S&M MANAGEMENT, INCORPORATED
P. O. Box 1429, Route 209
Milford, PA 18337-2429

August 5, 2002

Archie L. Mosley Contracting Officer
VA New York/New Jersey Business Service Center
Department of Veterans Affairs
130 West Kingsbridge Road
Bronx, New York 10468

Re: Project Number 620-98-126

Dear Mr. Mosely:

This letter is sent to advise you that S&M Management Inc. hereby asserts its rights to make a written demand pursuant to paragraph 52.233-1 of the above referenced agreement. Demand is made upon you to approve the claim of S&M Management for payment in the full amount due to S&M Management pursuant to its contract. Demand is further made that you render a decision within 60 days of the date of this letter.

Very truly yours,

Salvatore Sciascia
President