VA New York/New Jersey
Business Service Center
Department of Veterans Affairs
130 West Kingsbridge Road
Bronx, New York 10468

**CERTIFIED MAIL: 7000 1670 0000 1186-2238**

February 25, 2002

**IN REPLY REFER TO: 00BSC/NAP**

Mr. Salvatore Sciascia
President
S&M Management, Inc.
P.O. Box 1429, Route 209
Milford, PA 18337-2429

Dear Mr. Sciascia:

Reference is made to Contract No. V10N3C-067, Project No. 620-98-127, Replace Lateral Steam Lines at the VA Hudson Valley Healthcare System, Castle Point Campus, Castle Point, NY.

I am in receipt of a letter dated August 5, 2002 (faxed to this office from the Office of General Counsel). For the record, this letter was never received in this office as submitted.

Your letter in part states that S&M Management Inc. asserts its rights to make a written demand pursuant to paragraph 52.233-1 and that demand is made to approve the claim of S&M Management for payment in the full amount due.

Please submit a copy of stated claim for our review and decision.

If there are any questions concerning this matter, please call me at (718) 584-9000, ext. 3697.

Sincerely,

ARCHIE L. MOSLEY
Contracting Officer

cc: Engineering Service (138)
Contract File (00BSC/NAP)
Surety