McCULLOUGH, GOLDBERGER & STAUDT, LLP
ATTORNEYS AT LAW
1311 MAMARONECK AVENUE, SUITE 340
WHITE PLAINS, NEW YORK
10605
(914) 949-6400
FAX (914) 949-2510

FRANK S. McCULLOUGH, JR.
CHARLES A. GOLDBERGER
JAMES STAUDT
WILLIAM SIMON
LINDA B. WHITEHEAD

MATTHEW A. BAVOSO
ANNE DE SUTTER
DEBORAH A. GOLDBERGER
EDMUND C. GRAINGER, III
PATRICIA W. GURAHIAN
CRIS EDWARD JOHNSON
JOHN P. MESSINA
RUTH F-L. POST
WENDY A. TELLER

BENJAMIN I. TAYLOR (1911-1988)
JULIAN LIBERMAN (1911-1989)
FRANK S. McCULLOUGH (1908-1998)

EVANS V. BREWSTER
MICHAEL A. KRAMER
COUNSEL

OUR FILE NO.

March 24, 2003

Via Facsimile and Mail

Archie L. Mosley, Contracting Officer
VA New York/New Jersey Business Service Center
Department of Veterans Affairs
130 West Kingsbridge Road
Bronx, New York 10468

Re: Project Number 620-98-126

Dear Mr. Mosely:

This letter is in response to your letter of February 25, 2003, which is dated February 25, 2002.

As you know we are the attorneys for S&M Management Inc. with respect to this matter. In the future I would appreciate your communicating directly with us rather than our client.

I am enclosing a copy of our client's August 5, 2002 letter, which was mailed from our office to you. After you did not respond in a timely matter, I spoke to you and you directed me to speak with your office of general counsel. I did speak with that office and at their request faxed a copy of the August 5th letter to them. Your letter is apparently the response to the August 5th letter.

Without waiving any rights of our client it our position that we have already made the demand pursuant to the contract. For your convenience, I am enclosing a copy of a letter from

John T. Stieh, Esq. dated February 21, 2002. That letter was in response to your letter of February 14, 2002 a copy of which I am also enclosing. Mr. Stieh's letter sets forth the position of our client, which has not changed. Based on the explanation given by Mr. Stieh, it is our position that S&M Management is entitled to full payment under the contract. If you disagree with that statement please let me hear from you as soon as possible.

Very truly your,

Edmund C. Grainger, III

ECG:ch
Enc.
cc: Salvatore Sciascia – S&M Management, Inc.