IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| S&M MANAGEMENT INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-155C |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. Denies the allegations contained in paragraph 1 for lack of knowledge of information sufficient to form a belief as to the truth of the matters asserted.

2. The allegations contained in paragraph 2 are plaintiff's characterization of its complaint to which no response is required. Avers that the United States (here acting through the Department of Veterans Affairs ("DVA")) is the only defendant to actions in this Court.

3. The allegations contained in paragraph 3 are conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

4. Admits the allegations contained in sentences one and two of paragraph 4 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in sentences one and two of paragraph 4.

5. Denies the allegations contained in the first, fifth, and sixth sentences of paragraph 5. Admits the allegations contained in the second sentence of paragraph 5 that the DVA refused to make payment because S&M management had not performed all of its contract obligations; otherwise denies the allegations contained in the second sentence of paragraph 5. Admits the allegations contained in the third and fourth sentences of paragraph 5 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the

allegations contained in the third and fourth sentences of paragraph 5.

6. The allegations contained in the first and second sentences of paragraph 6 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the third, fourth, and fifth sentences of paragraph 6 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the third, fourth, and fifth sentences of paragraph 6.

7. The allegations contained in the first sentence of paragraph 7 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in second, third, fourth, fifth, and sixth sentences of paragraph 7 to the extent supported by the documents cited, which is the best evidence of its contents; otherwise denies the allegations contained in the second, third, fourth, fifth, and sixth sentences of paragraph 7.

8. The allegations contained in paragraph 8 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent that they are deemed allegations of fact, they are denied.

9. Denies.

10. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 9, or to any relief whatsoever.

11. Denies each and every allegation not previously admitted or otherwise qualified.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

June 21, 2006 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 21st day of June, 2006, a copy of the foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Sean B. McNamara