# In the United States Court of Federal Claims

* * * * * * *

S&M MANAGEMENT, INC., *

Plaintiff, * No. 06-155C

v. * Filed: August 21, 2006

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Pursuant to the Joint Preliminary Status Report filed by the parties on August 14, all discovery is stayed pending this court's ruling on motions for summary judgment. Counsel will file any such motions by December 1, 2006.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge