IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| S&M MANAGEMENT INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-155C<br>(Judge Hodges, Jr.) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including January 30, 2007, within which to file its motion for summary judgment. Defendant's motion for summary judgment is now due to be filed on December 1, 2006. This is defendant's first request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel, who has indicated that plaintiff does not oppose this request.

Additional time is needed for the Government to complete drafting its motion. In addition to scheduled annual leave, the undersigned has recently had to devote his full time and resources to drafting the United States' principal briefs on appeal in McBeth v. Social Security Administration, No. 06-3289 (Fed. Cir.) (brief filed on November 16), Curry v. Department of Agriculture, No. 06-3328 (Fed. Cir) (brief due on November 30, 2006), Nelson v. Nicholson, No. 06-7314 (Fed. Cir) (brief due on November 30, 2006), Amtec v. United States, No. 06-5086 (Fed. Cir.) (brief due on December 4, 2006), Cottrell v. United States, No. 06-3328 (Fed. Cir.) (brief due on December 22, 2006), preparing for oral argument in Hoover v. Department of Labor, No. 06-3066 (Fed. Cir.) (argument scheduled for December 6, 2006) and Waller v. Department of Army, No. 06-1327 (Fed. Cir.) (argument scheduled for January 11, 2006), and defending the United States in Textron v. United States, No. 06-517 (Fed. Cl.) (response to

motion for reconsideration due December 7, 2006), Todd Construction v. United States, No. 06-381 (Fed. Cl.) (initial disclosures due on November 30), H&R Services v. United States, No. 06-582 (Fed. Cl.) (answer filed on November 17, 2006), and MNS Wind v. United States, No. 04-1569 (Fed. Cl.) (response to court filed on November 28, 2006).

This enlargement of time is also necessary to allow the Department of Veterans Affairs sufficient time to participate in this case. Once Government counsel has had time to complete a draft of the Government's motion, the agency will then comment upon the motion. After receipt of the agency's comments, additional time will be necessary to review those comments, prepare our motion, and obtain necessary supervisory review of the motion.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 60-day enlargement of time within which to file its motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

November 29, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 29th day of November, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Sean B. McNamara