# In the United States Court of Federal Claims

* * * * * * *

S&M MANAGEMENT, INC., *

Plaintiff, * No. 06-155C

v. * Filed: November 29, 2006

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's unopposed motion for enlargement to January 30, 2007 in which to file its motion for summary judgment is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge