IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| S&M MANAGEMENT INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-155C |
| | ) | (Judge Hodges, Jr.) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME</u>

Defendant respectfully requests an enlargement of time of 30 days, to and including March 1, 2007, within which to file its motion for summary judgment. Defendant's motion for summary judgment is now due to be filed on January 30, 2007. This is defendant's second request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel, who has indicated that plaintiff does not oppose this request.

Government counsel has begun drafting the Government's motion, but additional time is needed to complete a draft. Government counsel has recently had to devote his full time and resources to preparing for oral argument in <u>Waller v. Department of Army</u>, No. 06-1327 (Fed. Cir.) (argument on January 11, 2007), drafting a response to an application for attorney fees pursuant to the Equal Access to Justice Act in <u>United States v. Universal Fruits, et al.</u>, No. 04-431 (CIT) (due on January 25, 2007), drafting a motion for summary judgment in <u>Todd Construction v. United States</u>, No. 06-381 (Fed. Cl.) (due on February 5, 2007), and engaging in settlement activities in <u>Northern Taiga Ventures v. United States</u>, No. 06-646 (Fed. Cl). In addition, government counsel will spend the week of February 5, 2007, out of the office on work-related travel. For these reasons, an additional 30 days is necessary for Government counsel to complete a draft of the Government's motion.

This enlargement of time is also necessary to allow the Department of Veterans Affairs sufficient time to participate in this case. The agency counsel initially assigned to assist Government counsel on this matter has recently left the Department of Veterans Affairs for other employment, and DVA is in the process of assigning a replacement attorney to participate in this matter. Once Government counsel has had sufficient time to complete a draft of the Government's motion, the agency will then comment upon the motion. After receipt of the agency's comments, additional time will be necessary to review those comments, prepare our motion, and obtain necessary supervisory review of the motion.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 30-day enlargement of time within which to file its motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

January 30, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 30th day of January, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Sean B. McNamara