IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| S&M MANAGEMENT INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-155C |
| | ) | (Judge Hodges, Jr.) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 14 days, to and including March 15, 2007, within which to file its motion for summary judgment. Defendant's motion for summary judgment is now due to be filed on March 1, 2007. This is defendant's third request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel, who has indicated that plaintiff does not oppose this request.

Government counsel has begun drafting the Government's motion, but additional time is needed to complete a draft. In the course of preparing our motion, it became evident to Government counsel that a particular declaration supporting the Government's motion would be required. The appropriate agency personnel were contacted and have begun the process of drafting the declaration. In addition, Government counsel will be out of the office from February 27 through March 1, 2007, on work-related travel. Once the agency's declaration is finished, and the Government's motion is complete, the agency will then comment upon the motion. After receipt of the agency's comments, additional time will be necessary to review those comments, prepare our motion, and obtain necessary supervisory review of the motion. For these reasons, an additional 14 days is necessary for Government counsel to complete a draft of the Government's motion.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 14-day enlargement of time within which to file its motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

February 22, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of February, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Sean B. McNamara