# APPENDIX

**Index to Appendix**

Contract Award Document, 10N3-192-99 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-6

Contract clauses incorporated by reference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45-46

Payments clause . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56-58

Specifications and drawings clause . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76-77

Changes clause . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78

Inspection clause . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79-80

Warranty clause . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80-81

Specifications and drawings clause (second) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86

Guaranty clause . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87-88

Changes clause (second) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94-96

Contracting officer designation clause . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98

Scope of Work (“SOW”), introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99

SOW, Section 01010 (General requirements) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100-118

SOW, Section 01340 (Samples and shop drawings) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 164-68

SOW, Section 02710 (Distribution and transmission systems) . . . . . . . . . . . . . . . . . . . . . 282-306

SOW, Section 03300 (Cast-in-place concrete) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 307-334

SOW, Section 07113 (Modified bituminous sheet waterproofing) . . . . . . . . . . . . . . . . . . 335-338

SOW, Section 15250 (Insulation) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 339-352

Acceptance letter, dated September 29, 1999 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 353-54

Notice to proceed, dated November 9, 1999 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 355-56

Final inspection letter (with punch list), dated December 5, 2001 . . . . . . . . . . . . . . . . . . . 357-60

Letter from S&M disputing punch list items, dated December 13, 2001 . . . . . . . . . . . . . . 361-63
Letter from VA responding to S&M’s contentions, dated February 14, 2002 . . . . . . . . . . 373-77

Letter from S&M responding to VA's response, dated February 21, 2002 . . . . . . . . . . . . . 378-82

VA memo regarding disputed items, dated February 25, 2002 . . . . . . . . . . . . . . . . . . . . . . 383-84

Demand letter from S&M, dated August 5, 2002 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 385

VA response to S&M's demand letter, dated February 25, 2002 (should be 2003) . . . . . . . . . 386

Letter from S&M responding to VA response, dated March 24, 2003 . . . . . . . . . . . . . . . . 387-88

S&M's application for payment, dated November 28, 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . 491

Contract drawings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 496-506

Declaration of Jud F. Lancto and exhibits, dated March 6, 2007 . . . . . . . . . . . . . . . . . . . 508-529

COTR's delegation of authority, dated November 9, 1999 . . . . . . . . . . . . . . . . . . . . . . . . 530-532