# Veterans Integrated Service Network—VISN 3

IFB 10N3-192-99
PROJECT: 620-98-127



## *REPLACE LATERAL STEAM LINES AT DVAMC, CASTLE POINT, NEW YORK*

BID ISSUE DATE: September 2, 1999
BID OPENING DATE: September 20, 1999 @ 2:00 PM LOCAL TIME

**IN ORDER TO MAINTAIN THE INTEGRITY OF THE BID OPENING DATE AND SUBSEQUENT AWARD DATE, ALL BIDDERS ARE REQUESTED TO SUBMIT QUESTIONS TO THE CONTRACTING OFFICER IN WRITING NO LATER THAN TEN (10) CALENDAR DAYS PRIOR TO THE BID OPENING DATE. SUBMIT TO THE CONTRACTING OFFICER, 10N3-ACQ, BRONX VA MEDICAL CENTER, 130 W. KINGSBRIDGE ROAD, BRONX, NY 10468-3992.**

APP 1

PROJECT NO. 620-98-127
DEPARTMENT OF VETERANS AFFAIRS
BRONX, NEW YORK

## TABLE OF CONTENTS


| ADMINISTRATIVE SECTION | TITLE | PAGES |
|---|---|---|
| SF 1442 | Solicitation, Offer, and Award (Construction, Alteration, or Repair) | 1-3 |
| | Information Regarding Bidding Material, Bid Guarantee, and Bonds | 4-11 |
| | Representations, Certifications and Other Statements of Bidders | 12-40 |
| | GENERAL CONDITIONS | 41-94 |
| | Scope of Work | 95 |
| 01010 | GENERAL REQUIREMENTS | 96-114 |
| Wage Rates | General Wage Decision | 115-139 |

| TECHNICAL SPECIFICATIONS | | |
|---|---|---|
| 01061 | OHSA Requirements | 140-144 |
| 01066 | Electrical Inspection | 145 |
| 01090 | Reference Standards | 146-159 |
| 01340 | Samples & Shop Drawings | 160-164 |
| 01410 | Testing Laboratory Services | 165-173 |
| 01569 | Asbestos Removal | 174-253 |
| 02050 | Demolition | 254-257 |
| 02201 | Earthwork | 258-264 |

| | | |
|---|---|---|
| 02513 | Asphaltic Concrete Paving | 265-268 |
| 02514 | Site Work Concrete | 269-277 |
| 02710 | Distribution & Transmission Systems | 278-302 |
| 03300 | Cast In Place Concrete | 303-330 |
| 07113 | Modified Bituminous Sheet Waterproofing | 331-334 |
| 15250 | Insulation | 335-348 |


END

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. 10N3-192-99 | 2. TYPE OF SOLICITATION X ADVERTISED (IFB) ☐ NEGOTIATED (RFP) | 3. DATE ISSUED 09/1/99 | PAGE OF PAGES 1 of 3 |
|---|---|---|---|---|

IMPORTANT — The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST | 6. PROJECT NO. 620-98-127 |
|---|---|---|

| 7. ISSUED BY CODE 10N3ACQ | ADDRESS OFFER TO |
|---|---|
| VISN#3 Network Acquisition Program Contracting Officer<br>VA Medical Center<br>130 West Kingsbridge Road<br>Bronx, NY 10468 | Same as BLOCK # 7 |

| 9. FOR INFORMATION CALL: | A. NAME JEAN P. RYAN | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) (718) 584-9000 x4313 |
|---|---|---|

**SOLICITATION**

NOTE: In advertised solicitations "offer and offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date)*:

REPLACE LATERAL STEAM LINES AT DEPT. OF VETERANS AFFAIRS, CASTLE POINT, NY SIC 1711

Project 620-98-127

**ASE BID:**

The contractor shall completely prepare the site for building operations, under Project No. 620-98-127 'REPLACE LATERAL STEAM LINES', including the excavation for exposing the existing underground steam vaults, opening of said vaults, abatement of asbestos insulation on existing steam lines and connections, removal of existing steam lines, connections, hangers, etc., the installation of two new manholes, and the replacement with new steam lines, connections, hangers, etc. as depicted on the contract drawings and described in the contract specifications. This work will take place at the VA Hudson Valley Health Care System, Castle Point, Dutchess County, New York, and shall be fully compliant with all applicable local, state, and federal codes, guidelines, and requirements. The contractor will provide all labor, equipment, materials, tools, and supervision necessary to perform the following work: excavation to the depth of the vault covers of approximately two thousand one hundred five lineal feet (2,105 lf) of underground steam vaults, the opening of the steam vaults, the abatement of asbestos insulation from approximately four thousand two hundred ten linear feet (4,210 lf) of steam supply and return pipes ranging from 4"ID to 1 ¼"ID, asbestos abatement of any hangers, connections or other steam line appurtenances, and the removal, after abatement and clearance, of all the above described steam lines, hangers, connections and appurtenances. Completion time: 270 calendar days (construction). Forty five (45) days for submittals. (continued on page 2)

11. The Contractor shall begin performance within 45 calendar days and complete it within 270 calendar days after receiving ☐ award xx notice to proceed. This performance period is xx mandatory ☐ negotiable. (See 52.211-3 Commencement).

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* x YES ☐ NO | 12B. CALENDAR DAYS TEN(10) |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and ______ copies to perform the work required are due at the place specified in Item 8 by 2 PM *(hour)* local time 09/20/99 *(date)*. If this is an advertised solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due

An offer guarantee xx is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 90 calendar days for Government acceptance after the date offers are due will be considered nonresponsive and will be rejected.

OFFER *(Must be fully completed by offeror)*

| | |
|---|---|
| ME AND ADDRESS OF OFFEROR *(Include ZIP Code)* | 15. TELEPHONE NO. *(Include area code)* |
| | 16. REMITTANCE ADDRESS *(Include only if different than Item 14)* |
| CODE FACILITY CODE | |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government within __________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS ▶ BASE BID : $__________________

18. The offeror agrees (a) to carry out this offer if the Government accepts it by signing Item 31B within the time specified in Item 13D, and (b) to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation — give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

| | | |
|---|---|---|
| ME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(e or print)* | 20B. SIGNATURE | 20C. OFFER DATE |

AWARD *(To be completed by Government)*

21 ITEMS ACCEPTED:

| | |
|---|---|
| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |
| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶ ITEM | 25. NEGOTIATED PURSUANT TO ☐ 10 USC 2304(a)( ) ☐ 41 USC 252(c)( ) |
| 26. ADMINISTERED BY CODE 10N3ACQ<br>Network Acquisition Management Program<br>Dept. of Veterans Affairs Medical Center<br>130 West Kingsbridge Road<br>Bronx, NY 10468 | 27. PAYMENT WILL BE MADE BY<br>Chief, Fiscal Service (620/04)<br>VA Hudson Valley Health Care System<br>P.O. Box 100<br>Montrose, NY 10548 |

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

| | |
|---|---|
| ☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return __________ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform work, requisitions identified this form and any continuation sheets for the consideration stated in this The rights and obligations of the parties to this contract shall be y (a) this contract award, (b) the solicitation, and (c) the clauses, ..tions, certifications, and specifications or incorporated by reference in or attached to this contract. | ☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | 31A. NAME OF CONTRACTING OFFICER *(Type or print)* |

APP 5

SF 1442 (continued)

Solicitation 10N3-192-99
Project 620-98-127: REPLACE LATERAL STEAM LINES AT DEPT. OF VETERANS AFFAIRS, CASTLE POINT, NY

AWARD SUBJECT TO AVAILABILITY OF FUNDS (FAR 52.232-18-APR 1984)

Funds are not presently available for this contract. The Government's obligation under this contract is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise until funds are made available to the Contracting Officer for this contract and until the contractor receives notice of such availability, to be confirmed in writing by the Contracting Officer.

## GENERAL CONDITIONS

### 52.252-2 CLAUSES INCORPORATED BY REFERENCE. (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): [http://www.arnet.gov].

(End of clause)

| | | |
|---|---|---|
| 52.202-1 | DEFINITIONS. (OCT 1995) -- ALTERNATE I | APR 1984 |
| 52.203-3 | GRATUITIES. | APR 1984 |
| 52.203-5 | COVENANT AGAINST CONTINGENT FEES. | APR 1984 |
| 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT. | JUL 1995 |
| 52.203-7 | ANTI-KICKBACK PROCEDURES. | JUL 1995 |
| 52.203-8 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY. | JAN 1997 |
| 52.204-4 | PRINTING/COPYING DOUBLE-SIDED ON RECYCLED PAPER. | JUN 1996 |
| 52.214-26 | AUDIT AND RECORDS - SEALED BIDDING. | OCT 1997 |
| 52.214-27 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA - MODIFICATIONS - SEALED BIDDING. | OCT 1997 |
| 52.214-28 | SUBCONTRACTOR COST OR PRICING DATA - MODIFICATIONS - SEALED BIDDING. | OCT 1997 |
| 52.219-8 | UTILIZATION OF SMALL BUSINESS CONCERNS. | JAN 1999 |
| 52.222-1 | NOTICE TO THE GOVERNMENT OF LABOR DISPUTES. | FEB 1997 |
| 52.222-3 | CONVICT LABOR. | AUG 1996 |
| 52.222-4 | CONTRACT WORK HOURS AND SAFETY STANDARDS ACT - OVERTIME COMPENSATION. | JUL 1995 |
| 52.222-6 | DAVIS-BACON ACT. | FEB 1995 |
| 52.222-7 | WITHHOLDING OF FUNDS. | FEB 1988 |
| 52.222-8 | PAYROLLS AND BASIC RECORDS. | FEB 1988 |
| 52.222-9 | APPRENTICES AND TRAINEES. | FEB 1988 |
| 52.222-10 | COMPLIANCE WITH COPELAND ACT REQUIREMENTS. | FEB 1988 |
| 52.222-11 | SUBCONTRACTS (LABOR STANDARDS). | FEB 1988 |
| 52.222-12 | CONTRACT TERMINATION - DEBARMENT. | FEB 1988 |
| 52.222-13 | COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS. | FEB 1988 |
| 52.222-14 | DISPUTES CONCERNING LABOR STANDARDS. | FEB 1988 |
| 52.222-15 | CERTIFICATION OF ELIGIBILITY. | FEB 1988 |
| 52.222-21 | PROHIBITION OF SEGREGATED FACILITIES. | FEB 1999 |
| 52.222-26 | EQUAL OPPORTUNITY. | FEB 1999 |
| 52.222-27 | AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION. | FEB 1999 |
| 52.222-35 | AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA. | APR 1998 |
| 52.222-36 | AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES. | JUN 1998 |
| 52.222-37 | EMPLOYMENT REPORTS ON DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA. | JAN 1999 |

| | | |
|---|---|---|
| 52.223-2 | CLEAN AIR AND WATER. | APR 1984 |
| 52.223-3 | HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (JAN 1997), ALTERNATE I (JUL 1995) | |
| 52.223-5 | POLLUTION PREVENTION AND RIGHT-TO-KNOW INFORMATION. | APR 1998 |
| 52.223-6 | DRUG-FREE WORKPLACE. | JAN 1997 |
| 52.223-13 | CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING. | OCT 1996 |
| 52.225-11 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES. | AUG 1998 |
| 52.225-12 | NOTICE OF BUY AMERICAN ACT REQUIREMENT – CONSTRUCTION MATERIALS. | MAY 1997 |
| 52.225-14 | INCONSISTENCY BETWEEN ENGLISH VERSION AND TRANSLATION OF CONTRACT. | AUG 1989 |
| 52.227-1 | AUTHORIZATION AND CONSENT. | JUL 1995 |
| 52.227-4 | PATENT INDEMNITY – CONSTRUCTION CONTRACTS. | APR 1984 |
| 52.228-11 | PLEDGES OF ASSETS. | FEB 1992 |
| 52.229-3 | FEDERAL, STATE, AND LOCAL TAXES. | JAN 1991 |
| 52.229-5 | TAXES - CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO. | APR 1984 |
| 52.232-17 | INTEREST. | JUN 1996 |
| 52.232-23 | ASSIGNMENT OF CLAIMS. | JAN 1986 |
| 52.242-13 | BANKRUPTCY. | JUL 1995 |
| 52.242-14 | SUSPENSION OF WORK. | APR 1984 |
| 52.244-2 | SUBCONTRACTS. | AUG 1998 |
| 52.249-2 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE). (SEP 1996) — ALTERNATE I | SEP 1996 |

U.S. Department of Treasury
Financial Management Service
Surety Bond Branch
401 14th Street, NW, 2nd Floor, West Wing
Washington, DC 20227

(End of clause)

52.232-5 PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS. (MAY 1997)

(a) Payment of price. The Government shall pay the Contractor the contract price as provided in this contract.

(b) Progress payments. The Government shall make progress payments monthly as the work proceeds, or at more frequent intervals as determined by the Contracting Officer, on estimates of work accomplished which meets the standards of quality established under the contract, as approved by the Contracting Officer.

(1) The Contractor's request for progress payments shall include the following substantiation:

(i) An itemization of the amounts requested, related to the various elements of work required by the contract covered by the payment requested.

(ii) A listing of the amount included for work performed by each subcontractor under the contract.

(iii) A listing of the total amount of each subcontract under the contract.

(iv) A listing of the amounts previously paid to each such subcontractor under the contract.

(v) Additional supporting data in a form and detail required by the Contracting Officer.

(2) In the preparation of estimates, the Contracting Officer may authorize material delivered on the site and preparatory work done to be taken into consideration. Material delivered to the Contractor at locations other than the site also may be taken into consideration if -

(i) Consideration is specifically authorized by this contract; and

(ii) The Contractor furnishes satisfactory evidence that it has acquired title to such material and that the material will be used to perform this contract.

(c) Contractor certification. Along with each request for progress payments, the Contractor shall furnish the following certification, or payment shall not be made: (However, if the Contractor elects to delete paragraph (c)(4) from the certification, the certification is still acceptable.)

I hereby certify, to the best of my knowledge and belief, that -

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of chapter 39 of Title 31, United States Code;

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract; and

(4) This certification is not to be construed as final acceptance of a subcontractor's performance.

______________________________

(Name)

______________________________

(Title)

______________________________

(Date)

(d) Refund of unearned amounts. If the Contractor, after making a certified request for progress payments, discovers that a portion or all of such request constitutes a payment for performance by the Contractor that fails to conform to the specifications, terms, and conditions of this contract (hereinafter referred to as the "unearned amount"), the Contractor shall –

(1) Notify the Contracting Officer of such performance deficiency; and

(2) Be obligated to pay the Government an amount (computed by the Contracting Officer in the manner provided in paragraph (j) of this clause) equal to interest on the unearned amount from the 8th day after the date of receipt of the unearned amount until –

(i) The date the Contractor notifies the Contracting Officer that the performance deficiency has been corrected; or

(ii) The date the Contractor reduces the amount of any subsequent certified request for progress payments by an amount equal to the unearned amount.

(e) Retainage. If the Contracting Officer finds that satisfactory progress was achieved during any period for which a progress payment is to be made, the Contracting Officer shall authorize payment to be made in full. However, if satisfactory progress has not been made, the Contracting Officer may retain a maximum of 10 percent of the amount of the payment until satisfactory progress is achieved. When the work is substantially complete, the Contracting Officer may retain from previously withheld funds and future progress payments that amount the Contracting Officer considers adequate for protection of the Government and shall release to the Contractor all the remaining withheld funds. Also, on completion and acceptance of each separate building, public work, or other division of the contract, for which the price is stated separately in the contract, payment shall be made for the completed work without retention of a percentage.

(f) Title, liability, and reservation of rights. All material and work covered by progress payments made shall, at the time of payment, become the sole property of the Government, but this shall not be construed as –

(1) Relieving the Contractor from the sole responsibility for all material and work upon which payments have been made or the restoration of any damaged work; or

(2) Waiving the right of the Government to require the fulfillment of all of the terms of the contract.

(g) Reimbursement for bond premiums. In making these progress payments, the Government shall, upon request, reimburse the Contractor for the amount of premiums paid for performance and payment bonds (including coinsurance and reinsurance agreements, when applicable) after the Contractor has furnished evidence of full payment to the surety. The retainage provisions in paragraph (e) of this clause shall not apply to that portion of progress payments attributable to bond premiums.

(h) Final payment. The Government shall pay the amount due the Contractor under this contract after -

(1) Completion and acceptance of all work;

(2) Presentation of a properly executed voucher; and

(3) Presentation of release of all claims against the Government arising by virtue of this contract, other than claims, in stated amounts, that the Contractor has specifically excepted from the operation of the release. A release may also be required of the assignee if the Contractor's claim to amounts payable under this contract has been assigned under the Assignment of Claims Act of 1940 (31 U.S.C. 3727 and 41 U.S.C. 15).

(i) Limitation because of undefinitized work. Notwithstanding any provision of this contract, progress payments shall not exceed 80 percent on work accomplished on undefinitized contract actions. A "contract action" is any action resulting in a contract, as defined in FAR Subpart 2.1, including contract modifications for additional supplies or services, but not including contract modifications that are within the scope and under the terms of the contract, such as contract modifications issued pursuant to the Changes clause, or funding and other administrative changes.

(j) Interest computation on unearned amounts. In accordance with 31 U.S.C. 3903(c)(1), the amount payable under subparagraph (d)(2) of this clause shall be -

(1) Computed at the rate of average bond equivalent rates of 91-day Treasury bills auctioned at the most recent auction of such bills prior to the date the Contractor receives the unearned amount; and

(2) Deducted from the next available payment to the Contractor.

(End of clause)

and all meters required to measure the amount of each utility used for the purpose of determining charges. Before final acceptance of the work by the Government, the Contractor shall remove all the temporary connections, distribution lines, meters, and associated paraphernalia.

(End of clause)

52.236-17 LAYOUT OF WORK. (APR 1984)

The Contractor shall lay out its work from Government established base lines and bench marks indicated on the drawings, and shall be responsible for all measurements in connection with the layout. The Contractor shall furnish, at its own expense, all stakes, templates, platforms, equipment, tools, materials, and labor required to lay out any part of the work. The Contractor shall be responsible for executing the work to the lines and grades that may be established or indicated by the Contracting Officer. The Contractor shall also be responsible for maintaining and preserving all stakes and other marks established by the Contracting Officer until authorized to remove them. If such marks are destroyed by the Contractor or through its negligence before their removal is authorized, the Contracting Officer may replace them and deduct the expense of the replacement from any amounts due or to become due to the Contractor.

(End of clause)

52.236-21 SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION. (FEB 1997)

(a) The Contractor shall keep on the work site a copy of the drawings and specifications and shall at all times give the Contracting Officer access thereto. Anything mentioned in the specifications and not shown on the drawings, or shown on the drawings and not mentioned in the specifications, shall be of like effect as if shown or mentioned in both. In case of difference between drawings and specifications, the specifications shall govern. In case of discrepancy in the figures, in the drawings, or in the specifications, the matter shall be promptly submitted to the Contracting Officer, who shall promptly make a determination in writing. Any adjustment by the Contractor without such a determination shall be at its own risk and expense. The Contracting Officer shall furnish from time to time such detailed drawings and other information as considered necessary, unless otherwise provided.

Wherever in the specifications or upon the drawings the words "directed", "required", "ordered", "designated", "prescribed", or words of like import are used, it shall be understood that the "direction", "requirement", "order", "designation", or "prescription", of the Contracting Officer is intended and similarly the words "approved", "acceptable", "satisfactory", or words of like import shall mean "approved by," or "acceptable to", or "satisfactory to" the Contracting Officer, unless otherwise expressly stated.

(c) Where "as shown," as indicated", "as detailed", or words of similar import are used, it shall be understood that the reference is made to the drawings accompanying this contract unless stated otherwise. The word "provided" as used herein shall be understood to mean "provide complete in place," that is "furnished and installed".



(d) Shop drawings means drawings, submitted to the Government by the Contractor, subcontractor, or any lower tier subcontractor pursuant to a construction contract, showing in

detail (1) the proposed fabrication and assembly of structural elements, and (2) the installation (i.e., fit, and attachment details) of materials or equipment. It includes drawings, diagrams, layouts, schematics, descriptive literature, illustrations, schedules, performance and test data, and similar materials furnished by the contractor to explain in detail specific portions of the work required by the contract. The Government may duplicate, use, and disclose in any manner and for any purpose shop drawings delivered under this contract.

(e) If this contract requires shop drawings, the Contractor shall coordinate all such drawings, and review them for accuracy, completeness, and compliance with contract requirements and shall indicate its approval thereon as evidence of such coordination and review. Shop drawings submitted to the Contracting Officer without evidence of the Contractor's approval may be returned for resubmission. The Contracting Officer will indicate an approval or disapproval of the shop drawings and if not approved as submitted shall indicate the Government's reasons therefor. Any work done before such approval shall be at the Contractor's risk. Approval by the Contracting Officer shall not relieve the Contractor from responsibility for any errors or omissions in such drawings, nor from responsibility for complying with the requirements of this contract, except with respect to variations described and approved in accordance with (f) below.

(f) If shop drawings show variations from the contract requirements, the Contractor shall describe such variations in writing, separate from the drawings, at the time of submission. If the Contracting Officer approves any such variation, the Contracting Officer shall issue an appropriate contract modification, except that, if the variation is minor or does not involve a change in price or in time of performance, a modification need not be issued.

(g) The Contractor shall submit to the Contracting Officer for approval four copies (unless otherwise indicated) of all shop drawings as called for under the various headings of these specifications. Three sets (unless otherwise indicated) of all shop drawings, will be retained by the Contracting Officer and one set will be returned to the Contractor.

(End of clause)

**52.236-26 PRECONSTRUCTION CONFERENCE. (FEB 1995)**

If the Contracting Officer decides to conduct a preconstruction conference, the successful offeror will be notified and will be required to attend. The Contracting Officer's notification will include specific details regarding the date, time, and location of the conference, any need for attendance by subcontractors, and information regarding the items to be discussed.

(End of clause)

**52.236-27 SITE VISIT (CONSTRUCTION). (FEB 1995)**

(a) The clauses at 52.236-2, Differing Site Conditions, and 52.236-3, Site Investigations and Conditions Affecting the Work, will be included in any contract awarded as a result of this solicitation. Accordingly, offerors or quoters are urged and expected to inspect the site where the work will be performed.

(b) An organized site visit has been scheduled for <u>July 6, 1999 @11:30 AM</u>.