PROJECT 620-98-127
REPLACE LATERAL STEAM LINES
CASTLE POINT CAMPUS, VAHVHCS

SCOPE OF WORK

Provide all materials, labor, equipment and supervision necessary to perform the following work: the excavation to the depth of the vault covers of approximately two thousand one hundred five lineal feet (2,105lf) of underground steam vaults; the opening of the steam vaults, the abatement of Asbestos insulation from approximately four thousand two hundred ten lineal feet (4,210lf) of steam supply and return pipes ranging from 4"ID to 1-1/4"ID, the Asbestos abatement of any hangers, connections or other steam line appurtenances, and the removal, after abatement and clearance, of all the above-described steam lines, hangers, connections and appurtenances.

The project further includes: the installation of approximately one hundred fifty five lineal feet (155lf) of new 4" steam supply piping (SSP), approximately one thousand five lineal feet (1,005lf) of new 3" SSP, approximately sixty lineal feet (60lf) of new 2-1/2" SSP and approximately eight hundred eighty five lineal feet (885lf) of new 2" SSP; the installation of approximately one hundred fifty five lineal feet (155lf) of new 3" condensate return piping (CRP), approximately one thousand sixty five lineal feet (1,065lf) of new 2-1/2" CRP, approximately three hundred forty lineal feet (340lf) of new 1-1/2" CRP and approximately five hundred forty five lineal feet (545lf) of new 1-1/4" CRP, as well as the installation of new hangers, connections, other required appurtenances, and new insulation. Also included are two (2) new manholes, eight (8) new manhole covers and the fabrication for replacement, and installation, as necessary, of any steam vault cover sections that were discovered to be defective upon unearthing, or were damaged during removal.

Work also includes the replacement of any concrete, asphaltic concrete or asphalt surfaces that are removed during construction, and the replacement of any plant materials that are damaged, destroyed or removed.

APP 99

SECTION 01010
GENERAL REQUIREMENTS

1.1 GENERAL INTENTION:

A. The Contractor shall completely prepare the site for building operations, under Project Number 620-98-127 'REPLACE LATERAL STEAM LINES', including the excavation for the exposing of existing underground steam vaults, the opening of said vaults, the abatement of asbestos insulation on existing steam lines and connections, the removal of existing steam lines, connections, hangers, etc., the installation of two new manholes and the replacement with new steam lines, connections, hangers, etc., as depicted on the Contract drawings and described in the Contract specifications, at the VA Hudson Valley Health Care System, Castle Point Campus, Castle Point, Dutchess County, New York. All work shall be fully compliant with all applicable Local, State and Federal codes, guidelines and requirements.

B. Visits to the site by prospective Bidders may be made only by previous appointment with the Chief, Engineering Service, VAHVHCS.

1.2 STATEMENT OF BID ITEM(S):

A. BASE BID:

Provide all materials, labor, equipment and supervision necessary to perform the following work: the excavation to the depth of the vault covers of approximately two thousand one hundred five lineal feet (2,105lf) of underground steam vaults, the opening of the steam vaults, the abatement of Asbestos insulation from approximately four thousand two hundred ten lineal feet (4,210lf) of steam supply and return pipes ranging from 4"ID to 1-1/4"ID, the Asbestos abatement of any hangers, connections or other steam line appurtenances; and the removal, after abatement and clearance, of all the above-described steam lines, hangers, connections and appurtenances.

The project further includes: the installation of approximately one hundred fifty five lineal feet (155lf) of new 4" steam supply piping (SSP), approximately one thousand five lineal feet (1,005lf) of new 3" SSP, approximately sixty lineal feet (60lf) of new 2-1/2" SSP and approximately eight hundred eighty five lineal feet (885lf) of new 2" SSP; the installation of approximately one hundred fifty five lineal feet (155lf) of new 3" condensate return piping (CRP), approximately one thousand sixty five lineal feet (1,065lf) of new 2-1/2" CRP, approximately three hundred forty lineal feet (340lf) of new 1-1/2" CRP and approximately five hundred forty five lineal feet (545lf) of new 1-1/4" CRP, as well as the installation of new hangers, connections, other required appurtenances, and new insulation. Also included are two (2) new manholes, eight (8) new manhole covers and the fabrication for replacement, and installation, as necessary, of any steam vault cover sections that were discovered to be defective upon unearthing, or were damaged during removal.
Work also includes the replacement of any concrete, asphaltic concrete or asphalt surfaces that are removed during construction, and the replacement of any plant materials that are damaged, destroyed or removed.

APP 100

C. Site and Building Access: The Contractor shall maintain free and unobstructed access to the Hospital's emergency services and for fire, police, ambulance and other emergency response forces in accordance with NFPA 241.

D. The Contractor shall separate temporary structures such as trailers, storage sheds and Dumpsters from existing buildings and new construction by distances in accordance with NFPA 241. For small structures with less than twenty (20) feet of overall exposing length, the structure must be separated by a minimum distance of ten (10) feet.

E. Temporary construction partitions, if necessary, shall be of noncombustible materials and shall be installed to provide a smoke-tight separation between work areas and adjoining areas which may be occupied by DVA personnel.

F. Exits for VA occupied areas of a building, including rooms, suites, corridors and floors, shall not be blocked by the construction operations nor by construction materials or equipment. Exits may be temporarily blocked only if it is unavoidable and only if adequate alternate protective measures are taken, such as signage, instructions to building occupants and the providing of a heat detection system. The temporary blocking of exits will be allowed only with the approval of the Contracting Officer's Technical Representative (COTR) and if written requests for such blockage are made at least 24 hours in advance.

G. Existing fire protection systems, including fire alarm systems, smoke detection systems and sprinkler systems shall not be impaired during construction except for devices in the immediate areas of the construction operations which have been vacated by VA personnel. The disconnecting or other impairment of any fire protection system shall be done only after notification of and approval by the Medical Center Fire Department.

H. At the end of each workday, combustible packaging and crating materials for construction products or equipment, shall be removed from the project site and disposed of in a proper manner.

I. The necessary number and appropriate type of portable fire extinguishers, as per the National Fire Protection Association (NFPA) Standards No. 10 - '*Standard for Portable Fire Extinguishers*', 1990 (or latest) edition, and No. 241 - '*Standard for Safeguarding Construction, Alterations, and Demolition Operations*, 1993 (or latest) edition, shall be provided by the Contractor for each area in which work is being performed.

J. As required by the Joint Commission on Accreditation of Healthcare Organizations (JCAHO) and as mandated by FDRVA Medical Center policies, smoking is not allowed in ANY building at the Medical Center, nor within fifteen (15) feet of any building entrance, window or other building opening. Smoking is allowed on the VA grounds and in three (3) smoking shelters which are provided on the VA property. Smokers are required to use proper and safe receptacles for the disposal of their smoking materials.

K. Weekly fire hazard inspections shall be conducted by the Contractor once construction begins and shall continue until the project is completed and the Government has regained possession of the building(s). The Contractor shall provide the COTR with a fire hazard inspection report, listing all hazards identified and corrective actions taken.

B. BID ALTERNATES:

There are no Bid Alternates on this project.

1.3 SPECIFICATIONS AND DRAWINGS FOR CONTRACTOR:

A. After award of Contract, five (5) sets of specifications and drawings will be furnished to the Contractor. These specifications and drawings will consist of those returned to the Contracting Office by prospective bidders.

B. Additional sets of drawings may be made by the Contractor, at the Contractor's expense, from reproducible sepia or Mylar prints furnished by the Engineering Service of the VA Medical Center. Borrowed reproducible prints shall be returned to the Engineering Service Office immediately after completion of printing.

1.4 FIRE SAFETY PRECAUTIONS:

A. Applicable Publications: Publications listed below form part of this Article to the extent referenced. Publications are referenced in the text by basic designations only.

1. American Society for Testing AND Materials (ASTM):

E84-1994..................Surface Burning Characteristics of Building Materials

2. National Fire Protection Association (NFPA):

10-1994..................Standard for Portable Fire Extinguishers

30-1996..................Flammable and Combustible Liquids Code

51B-1994.................Standard for Fire Prevention in the Use of Cutting and Welding Processes

70-1996..................National Electric Code

241-1996.................Standard for Safeguarding Construction, Alteration and Demolition Operations

3. Occupational Safety and Health Administration (OSHA):

29 CFR 1926..........Safety and Health Regulations for Construction

B. Fire Safety Plan: The Contractor shall establish and maintain a fire protection program in accordance with 29 CFR 1926. Prior to start of work, the Contractor shall prepare a plan detailing project-specific fire safety measures, including periodic status reports, and shall submit to the COTR and the Station Safety Officer for review of compliance with the Contract requirements in accordance with Specification Section 01340, 'SAMPLES AND SHOP DRAWINGS'.

APP 102

L. A fire safety plan shall be prepared prior to any construction operations, detailing all fire safety measures which will be addressed during the construction period. The plan shall be provided to the COTR for review and comment. A monthly status report shall also be provided throughout the entire construction period, detailing the status of each safety measure.

M. Temporary structures, including trailers that are to be used for field offices or for the storage of construction materials or equipment, shall be located a minimum of thirty (30) feet from any VA occupied building. Such structures shall be placed in a location recommended by or approved by the COTR. (See 1.4 (D)).

N. All temporary heating equipment shall be installed in accordance with the requirements of applicable NFPA Standards and the equipment manufacturer's instructions.

O. All flammable liquids shall be handled, stored and used in accordance with NFPA Standard No. 30 - '*Flammable and Combustible Liquids Code*', 1996 (or latest) edition.

P. All temporary electrical wiring and equipment used for construction shall be installed and used in accordance with pertinent provisions of NFPA Standard No. 70, '*National Electric Code*', 1996 (or latest) edition.

Q. Installation of sprinkler systems, standpipe systems, fire hydrants and fire alarm systems, etc., or the reactivation of such items, shall be given priority and shall be made serviceable as soon as practical.

R. The Contractor shall maintain the construction site so as to permit unimpeded access of Fire Department or other emergency vehicles as required. Construction areas in buildings shall be kept clear of obstructions so that all portions are accessible for Fire Department apparatus and so as to permit emergency egress of construction workers and other personnel.

S. The Contractor shall take all precautions necessary to prevent the accidental activation of any existing smoke detection devices. Dust shall be kept to a minimum, by dampening if necessary, and if it is required that smoke detectors be turned off prior to construction operations, the Contractor shall make prior arrangements with the VA Medical Center Fire Department.

T. All construction activities that have not been covered above shall be in accordance with the latest edition of NFPA Standard No. 241: '*Standard for Safeguarding Construction, Alterations and Demolition Operations*' 1993 (or latest) edition.

U. All hot work shall be conducted safely and in accordance with NFPA Standard No. 51B- '*Fire Prevention in the Use of Cutting and Welding Process*' (latest edition in effect at the time of construction). For further information regarding hot work procedures, refer to Specification Section 01061, "FIRE AND SAFETY: OSHA REQUIREMENTS - SAFETY AND HEALTH REGULATIONS', articles, 'Hot Work' and 'Hot Work Permit'.

APP 103

1.5 PHASING, PROCEDURES AND COORDINATIONS:

A. Working space and space for the storing of construction materials and equipment shall be as determined by and/or with the approval of the COTR.

B. The Contractor and his workers (including Sub-Contractors) are subject to the rules and regulations of the Medical Center applicable to their conduct.

C. Work shall be executed in such a manner so as to interfere as little as possible with the normal, day to day functioning of the Medical Center as a whole, including operations of utility services, fire protection systems and any existing equipment, nor with work being performed by others.

1. Roads and sidewalks shall be kept clear of construction material, equipment, vehicles and debris at all times.

2. Use of equipment, tools or machinery that transmit vibrations and noise throughout a structure, is not allowed in buildings that are occupied by patients, staff or others, during the time of construction, except as permitted by the Contracting Officer's Technical Representative.

3. The Contractor shall not store materials or equipment in areas other than those assigned by the COTR.

4. Construction materials and equipment scheduled for delivery to the site, and proposed for storage in buildings occupied by and in use by VA personnel, shall be in quantities sufficient for no more than ten (10) working days per delivery.

5. Storage of Contractor's material and equipment in unoccupied areas of buildings, or in areas where access by Medical Center personnel is not required, will be permitted, subject to fire and safety requirements as outlined in Article 1.4 of this Specification Section, "FIRE SAFETY PRECAUTIONS", and the approval of the Contracting Officer.

D. Phasing: To ensure such executions, the Contractor shall furnish the COTR with a schedule of approximate phasing dates on which he intends to accomplish work in each specific portion of the lateral steam line replacement project. In addition, the Contractor shall notify the COTR at least two (2) weeks in advance of the proposed date of starting work in each section or area included in the scope of the project. The Contractor shall arrange such phasing dates so as to ensure accomplishment of this work in successive phases which are mutually agreeable to the Contractor and the COTR, as follows:

1. PHASE I – SUBMITTALS AND BONDING: All submittals shall be submitted within thirty (30) days of Notice to Proceed. No work shall commence on the project site until all submittals have been received and approved. No work shall commence prior to approval of bonding.

2. PHASE II - REVIEW AND RETURN OF SUBMITTALS: Submittals will be reviewed and, if in compliance with the Contract requirements, approved and returned. Any work that i

APP 104

installed prior to return of approved submittals will be removed and reinstalled with the approved material after the submittal has been approved and returned.

3. PHASE III - CONSTRUCTION: Construction shall commence and continue in accordance with the approved construction schedule as submitted by the Contractor (See Paragraph E, 'Scheduling'). Replacement of sections of the steam lines shall be done in such a manner so as to minimize the amount of time any portions of the Medical Center Campus vehicular and pedestrian traffic patterns are disrupted.

4. PHASE IV - FINAL CLEANUP, TESTING, ADJUSTING, BALANCING AND TRAINING: All manuals as required by the specifications will be provided during this phase. This phase will be completed in a maximum of thirty (30) calendar days.

5. PHASE V - FINAL ACCEPTANCE.

E. Scheduling: This project shall be performed in three (3) general segments, which may overlap as the total renovation project proceeds. No portion of the work of this Contract will require the relocation of patients or staff. The general segments of this project are:

1. Demolition: Shall include the excavation and removal and proper disposal of, off the Medical Center property, all existing 1-1/4", 1-1/2", 2", 2-1/2", 3" and 4" steam supply and/or condensate return lines, connections, hangers and any other components of the existing lateral steam distribution system which are scheduled for replacement in the scope of this project. The above-described demolition shall commence only after all Asbestos-containing insulation has been abated and clearance to proceed has been given by the Industrial Hygienist. All Asbestos-containing materials shall be properly disposed of as described in Specification Section 01569, 'ASBESTOS REMOVAL'.

   Any concrete, asphaltic concrete or asphalt paving which the Contractor found necessary to cut and remove in the course of the steam line replacement project Shall also be properly transported and disposed of, off the Medical Center property.

2. Installation of new 1-1/4", 1-1/2", 2", 2-1/2", 3" and 4" sections of steam line piping, new connections, hangers, insulation, steam vault covers (as necessary), two (2) new man-holes, and any other components as described in Article 1.2-A of this Specification Section, 'STATEMENT OF BID ITEMS: BASE BID'. All work shall be compliant with all applicable local, state and federal codes and regulations pertaining to the type of work called for in the Contract.

3. Replacement, as necessary, of any roads, curbs, walks, parking areas or portions thereof, which were cut and removed; replacement of any trees, shrubs or other landscaping features that were removed or severely damaged during the work on this project; and replacement of any utility service lines (pipes, cables, conduits, etc.) that were cut, removed or severely damaged during the work of this project.

For more specific phasing schedules, refer to Article 1.5 - D, 'PHASING', in this Specification Section. The Contractor shall take all measures and provide all materials as necessary for the protection of existing equipment and property in affected areas of construction against

APP 105

dust and debris, in order that equipment and affected areas to be used in the Medical Center's operations will not be hindered. The Contractor shall not hinder access to and through construction areas by DVA personnel who are required in such areas in the performance of their duties. The Contractor shall coordinate his construction activities so as to not interrupt normal Medical Center operations.

F. Construction Fence: If the Contractor requires an area of the Medical Center property for locating a construction office or a materials storage site, such area will be decided upon through mutual agreement between the Contractor and the COTR.
Before any construction procedures begin, the Contractor shall provide and install a chain link construction fence at a minimum height of eight feet (8'), which will entirely enclose the exterior construction operations area, as well as any open trenching throughout the project site.
An access gate shall be provided including all necessary hardware such as hasps and padlocks. The fence shall not be removed without prior approval of the COTR.

G. When any portion of a building being refurbished in the scope of this project is turned over to the Contractor, the Contractor shall accept entire responsibility therefor.

1. The Contractor shall maintain a minimum temperature of 4.5 degrees Celsius (40 degrees Fahrenheit) in any building in which he may be working, unless specified otherwise.

2. The Contractor shall maintain, in operating condition, all existing fire protection and alarm equipment. In addition, the Contractor shall make arrangements with the Medical Center Fire Department for a pre-construction site inspection of the existing fire protection and alarm systems.

H. Utility Services: The Contractor shall maintain all existing utility services for the Medical Center throughout the duration of the renovation project. The Contractor shall provide temporary facilities, labor, materials, equipment, connections and utilities to ensure uninterrupted service. Where necessary for the Contractor to cut existing water, steam, gas, sewer or air pipes; or conduits, wires, cables, etc., of utility services; or of fire protection systems or communication systems, including telephone, they shall be cut and capped at suitable locations as depicted on the drawings or described in the specifications, or, in the absence of such indication, in a manner as directed by the COTR.

1. No utility service, including but not limited to, water, gas, steam, sewer and electricity, or fire protection or communication systems, shall be interrupted without prior approval of the COTR.

2. The Contractor shall submit a request to interrupt any such service to the COTR, in writing, five (5) days in advance of proposed interruption. The written request shall state the reason, date, exact time of and approximate duration of such interruption.

3. The Contractor will be advised, in writing, of request approval or of which other date and/or time such interruption will cause the least inconvenience to the operations of the Medical Center. An interruption time, approved by the Medical Center, may occur at a time other than the Contractor's normal working hours.

APP 106

4. Major interruptions of any service or system must be requested, in writing, at least fifteen (15) calendar days prior to the desired time of interruption, and shall be performed as directed by the COTR.

5. In the event of a Contract construction emergency, service will be interrupted on approval of the COTR. Such approval will be confirmed in writing as soon as practical.

6. Whenever it is required that a connection fee be paid to a public utility provider for new permanent service to the construction project, for such items as sewer, gas, steam or electricity, payment of such fee shall be the responsibility of the Government and not of the Contractor.

I. Abandoned Lines: All service lines such as wires, cables, conduits, ducts, pipes and the like, and their hangers or supports, which are to be abandoned but are not required to be entirely removed, shall be sealed, capped or plugged. The lines shall not be capped in finished areas, but shall be removed and sealed, capped or plugged in ceilings, within furred spaces in unfinished areas, or within walls or partitions so that they are completely behind the finished surfaces.

J. In order to minimize interference of construction activities with the flow of Medical Center traffic, the Contractor shall comply with the following:

1. Roads, walks and entrances to grounds, parking areas and occupied areas of buildings shall be kept clear of construction materials and debris, and of standing construction equipment and vehicles.

2. The Contractor shall coordinate the work of this Contract with other construction operations as directed by the COTR. This includes the scheduling of traffic and the use of roadways as specified in Article 1.9 'USE OF ROADWAYS', in this specification section.

1.6 ALTERATIONS:

A. Survey: Prior to beginning any construction work, the Contractor shall conduct a thorough survey with the COTR and a representative of the Medical Center's Acquisition and Materiel Management Service (A&MMS), of areas of buildings in which alterations are to take place and of areas which are anticipated routes of access, and submit a written report, signed by all three, to the Contracting Officer. This report shall list, by rooms and spaces, the following information:

1. The type and condition of existing resilient flooring, doors, windows, walls and other surfaces not required to be altered throughout affected areas of the building.

2. The type and condition of existing items such as plumbing fixtures and accessories, electrical fixtures, equipment, venetian blinds and shades, etc. required by drawings to either be reused or relocated.

3. Any discrepancies between drawings and existing conditions at the site.

4. Areas designated for working space, materials storage and routes of access to

areas within a building where alterations occur and which have been agreed upon by the Contractor and the COTR.

B. Any items required by the drawings to be either reused or relocated found during this survey to be non-existent or, in the opinion of the COTR and/or the Contracting Officer, to be in such condition that their reuse is impossible or impractical, shall be furnished and/or replaced by the Contractor with new items, in accordance with specifications which will be provided by the Government. If the contract work is changed as a result of this Sub-paragraph B, the contract will be modified accordingly, under provision of the clauses 'DIFFERING SITE CONDITIONS' (FAR 52.236 - 2) and 'CHANGES' (FAR 52. 243 - 4 and VAAR 852.236 - 88) of Section 01001, 'GENERAL CONDITIONS'.

C. Re-survey: Thirty (30) days before the expected partial or final inspection date, the Contractor and the COTR shall together make a thorough re-survey of the areas of the buildings involved in the scope of the Contract. They shall submit a report on the conditions existing at that time of resilient flooring, doors, windows, walls and other surfaces, as well as the conditions existing at that time of plumbing fixtures and accessories, electrical fixtures, equipment, venetian blinds and shades, etc., that were reused or relocated. Their report will compare the condition of these items with the condition as reported in the initial survey.

The re-survey report will list any damage to the aforementioned items caused by the Contractor, despite protective measures, and will form the basis for determining the extent of repair work required by the Contractor to restore the items damaged by the Contractor and/or his workers in executing the work of the Contract.

D. Protection: The Contractor shall provide the following protective measures:

1. Portions of the buildings or grounds where work is to be done, materials stored or handled and equipment moved or relocated, shall be protected against damage throughout the duration of the contract.

2. Existing interior structures and equipment shall be protected at all times from damage, dust and effects of inclement weather. Wherever work is to be performed, floor surfaces that are to remain in place shall be adequately protected prior to the commencement of any work, and such protection shall be maintained intact until all work in the area is completed.

3. Debris shall be dampened to keep down dust and temporary dustproof barriers shall be erected in existing structures where directed by the COTR. Equipment barriers or partitions with hinged access doors shall be provided. Ducts and diffusers shall be sealed so as to prevent the circulation of dust into occupied areas during construction.

   a. Temporary construction partitions shall be installed, as required, to provide a smoketight separation between the areas that are occupied by Department of Veterans Affairs (DVA) personnel, patients or others, and the areas that are under construction. The partitions shall be constructed of either fire-rated gypsum board or treated plywood (with a flame rating of 25 or less, in accordance with ASTM E84), affixed to both sides of non-combustible studs. The partitions shall extend through suspended ceilings to the floor slab or to the roof above. The partitions shall be cut to fit around pipes, ducts, conduits, joists, etc.

All penetrations shall be sealed with sealant or mineral fiber insulation, and all joints shall be taped and sealed. Doors in partitions shall be solid core wood and shall be provided with self-closing devices. Clearance between the doors and frames or partitions shall not exceed 3mm (1/8 inch) and door undercuts shall not exceed 19 mm (3/4 inch).

b. Where temporary barriers separate DVA occupied areas from construction areas, and coincide or intersect with exit passageways, horizontal exits, stairshafts, exit enclosures, smoke barriers, fire barriers, hazardous area enclosures or any other type of partition or assembly that is required by NFPA 101 to have a fire-resistance rating, the integrity of the existing fire-rated construction shall be maintained at all times.

(1) When it is necessary to remove a portion of, or an entire fire-rated assembly that is to remain as part of the completed project, the removed assembly shall be replaced with an assembly of equivalent or higher fire-resistance rating. This replacement shall be given priority over any other construction elements.

(2) Penetrations of existing fire-rated assemblies resulting from construction operations shall be sealed with a through-penetration firestop system which is listed for protection of the penetrating item and the type of barrier penetrated.

4. Before leaving the work site for the day, the Contractor shall secure the construction area from unauthorized entrance and shall protect the area from the weather. All doors to the renovation area shall be locked.

E. Disposal and Retention: Materials and equipment accruing as a result of work removed and from demolition of the building or structure or parts thereof, shall be disposed of as follows:

1. Reserved items which are to remain property of the Government will be identified by attached tags or will be noted on the drawings or in the specifications as items to be stored. Items which are to remain property of the Government shall be removed or dislodged from existing locations in such a manner so as to prevent damage which would be detrimental to the reinstallation or reuse of the items. Such items shall be stored in a manner and location as directed by the COTR.

2. Items not reserved shall become the property of the Contractor and shall be removed from the Medical Center property by the Contractor.

3. Items of portable equipment and furnishings located in rooms and spaces in which work is to be performed under the contract shall remain property of the Government. When rooms and spaces are vacated by the DVA during the period of construction, such items which are NOT required by the drawings or specifications to be reused or relocated will be removed by the Government in advance of work, so as to avoid interfering with the Contractor's operations.

1.7 LAYOUT OF WORK:

A. The Contractor shall lay out the work from Government established baselines and

benchmarks, indicated on the drawings, and shall be responsible for all measurements in connection with the layout. The Contractor shall furnish, at his own expense, all stakes, templates, platforms, equipment, tools, materials and labor required to lay out any and all portions of the work to be executed. The Contractor shall be responsible for executing the work to the lines and grades that may be established or indicated by the Contracting Officer's Technical Representative. The Contractor shall also be responsible for maintaining and preserving all stakes and other marks established by the COTR, until authorized to remove them. If such marks are destroyed by the Contractor or through the Contractor's negligence before their removal is authorized, the Contracting Officer may replace them and deduct the expense of the replacement from any amounts due or to become due to the Contractor.

B. The Contractor shall establish and plainly mark all lines and grades that are reasonably necessary to properly assure that location, orientation and elevations established for roads and parking areas are in accordance with established lines and elevations.

C. Following completion of general mass excavation and before any other permanent work is performed, the Contractor shall establish and plainly mark (through the use of batter boards or other appropriate means) sufficient additional survey control points or system of points as may be necessary to assure proper alignment, orientation and grade of all major features of the work.
The survey may include, but not be limited to; location of lines and grades of footings, exterior walls, centerlines of columns in both directions, major utilities and elevations of floor slab, roadways and parking areas.

1.7 VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES AND IMPROVEMENTS: PROTECTIVE MEASURES:

A. Refer to Section 01010, 'GENERAL REQUIREMENTS', ARTICLE 1.6, 'ALTERATIONS', and ARTICLE 1.8, 'RESTORATION', and refer to SECTION 01001, 'GENERAL CONDITIONS', ARTICLE, 'OPERATIONS AND STORAGE AREAS', and ARTICLE, 'PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIP=MENT, UTILITIES AND IMPROVEMENTS' for additional instructions concerning repair of damage to structures or site improvements.

B. The Contractor shall preserve and protect all structures, equipment and vegetation (trees, shrubs and lawns) on and adjacent to the work site, which are not to be removed and which do not unreasonably interfere with the work required under this Contract. The Contractor shall remove plant materials only when specifically authorized to do so, and shall avoid damaging vegetation that is to remain in place.

C. The Contractor shall protect from damage all existing improvements and utilities at or adjacent to the work site, as well as on the property of an adjacent third party. The locations of which shall be made known by the Contractor, by way of completing a full utilities mark-out, at the expense of the Contractor. The Contractor shall repair any damage to those facilities, including those which are the property of a third party, resulting from failure to comply with the requirements of this Contract or failure to exercise reasonable caution in performing the work. If the Contractor fails or refuses to repair the damage promptly, the Contracting Officer may have the necessary work performed and charge the cost to the Contractor.



APP 110