1.9 RESTORATION:

A. The Contractor shall cut, remove, alter, patch and repair and/or replace existing work as necessary to install new work. Except as otherwise shown or specified, the Contractor shall NOT cut, alter or remove any structural work and shall NOT disturb any ducts, plumbing, steam, gas or electrical work without the approval of the COTR. Existing work to be altered or extended and which is found to be defective in any way shall be reported to the COTR before it is disturbed. Materials and workmanship used in restoration work shall conform in type quality to that of the original or existing construction, except as otherwise shown or specified.

B. Upon completion of the contract, the Contractor shall deliver the work complete and undamaged. Existing work (walls, floors, ceilings, partitions, mechanical and electrical work, lawns, vegetation, roads, walks and paving, etc.) disturbed or removed as a result of performing the required new work, shall be patched, repaired, reinstalled or replaced with new materials, and refinished and left in a condition as good as or better than existed before commencing the new work.

C. The Contractor shall, at his own expense, immediately restore to service and repair any damage caused by the Contractor's workers to existing piping and conduits, wires, cables, etc., of utility services or of fire protection systems and/or communication systems (including telephone) which are indicated on drawings and which are not scheduled for discontinuance or abandonment.

1.10 USE OF ROADWAYS:

For purposes of hauling, the Contractor shall use only established public roads and roads on the Medical Center property and, only when authorized by the COTR, shall use such temporary roads which are necessary in the performance of his work. Temporary roads, if required, shall be constructed by the Contractor at the Contractor's expense. When necessary to cross curbing, sidewalks or similar paved construction, such construction shall be protected by well-constructed bridging.

1.11 TEMPORARY USE OF MECHANICAL AND ELECTRICAL EQUIPMENT:

A. The use of newly installed mechanical and electrical equipment to provide heat and ventilation, plumbing and light and power, will be permitted subject to compliance with the following provisions:

1. Permission to use each unit or system must be given by the COTR. If the equipment is not installed and maintained in accordance with these provisions, the COTR will withdraw permission for the use of the equipment.

2. Electrical installations used by the equipment shall be completed in accordance with the drawings and specifications to prevent damage to the equipment and the electrical systems, i.e., transformers, relays, circuit breakers, fuses, conductors, motor controllers, and their overload elements shall be properly sized, coordinated and adjusted.

APP 111

Voltage supplied to each item of equipment shall be verified to be correct and it shall be determined that motors are not overloaded.

The electrical equipment shall be thoroughly cleaned before using it and again immediately before final inspection, including vacuum cleaning and wiping clean interior and exterior surfaces.

B. Prior to final inspection, the equipment, or parts used, which show wear and tear beyond normal, shall be replaced with identical components, at no additional cost to the Government.

1.12 TEMPORARY USE OF ELEVATORS: (Not used)

1.13 TEMPORARY TOILETS:

The Contractor may have, for the use of his workers, such toilet accommodations as may be assigned to the Contractor by the COTR. The Contractor shall be responsible for maintaining the toilets' cleanliness as well as for any damage done thereto by his workers. Failure to maintain the toilets satisfactorily will deprive the Contractor of the privilege to use such toilets.

1.14 USE OF UTILITY SERVICES:

A. Heat: The Contractor shall furnish temporary heat as necessary to prevent injury to workers and damage to materials which may be caused by cold and/or dampness. The use of Salamanders or similar temporary heating devices which may be fire hazards or which may smoke and damage finished work will NOT be permitted. The Contractor shall maintain not less than minimum temperatures as specified by the manufacturers of the various materials used in the renovation project.

B. Electricity (for Construction and Testing): The Contractor shall furnish all temporary electrical services. The Contractor shall obtain electricity by connecting to the Medical Center electrical distribution system. The Contractor shall meter and pay for electricity required for electrical cranes and hoisting devices, electrical welding devices and any electrical heating devices providing temporary heat. Electricity for all other uses will be available at no cost to the Contractor. The Department of Veterans Affairs will not be responsible for power outages or failures.

C. Water (for Construction and Testing): The Contractor shall furnish temporary water service as follows:

1. The Contractor shall obtain water by connecting to the Medical Center water distribution system. The Contractor shall provide a reduced pressure backflow preventer at each connection. Water will be available to the Contractor at no cost.

2. The Contractor shall maintain all connections, pipes, fittings and fixtures and shall conserve water usage so none will be wasted. Failure to stop leakage or other waste will be cause for revocation (at the COTR's discretion) of the use of water from the Medical Center system.

APP 112

1.15 TESTS:

A. Refer to Specification Section 01410, 'TESTING LABORATORY SERVICES', for further information regarding items and materials to be tested, and testing procedures.

B. Items and materials to be tested may include, but not be limited to: earthwork (soils content and compaction), concrete (site-work and cast-in-place), asphaltic concrete and asphalt.

C. If required, the Contractor shall pre-test mechanical and electrical equipment and systems, and make corrections required for proper operation of such equipment before requesting final tests. Final tests will <u>NOT</u> be conducted without pre-testing.

D. The Contractor shall conduct final tests, as required in various sections of the specifications, in the presence of an authorized representative of the Contracting Officer. The Contractor shall furnish all labor, materials, equipment and instruments to conduct such tests.

E. Individual test results of any component, where required, will be accepted only when submitted with the test results of related components and of the entire system.

1.16 INSTRUCTIONS:

A. The Contractor shall furnish Maintenance and Operating manuals and verbal instructions when required by various sections of the specifications and as hereinafter specified.

B. Manuals: Maintenance and Operating manuals (four copies each) for each type valve, coupling and any other component with moving parts, shall be delivered to the COTR coincidental with the delivery to the project site, of the and other system components. Manuals shall be complete detailed guides to the maintenance and operation of the various steam distribution system components. They shall include complete information for adjusting, balancing, and maintaining in continuous, long term use, as well as information describing the dismantling and reassembling of the mechanical units and sub-assembly components. Manuals shall also include an index covering all component parts, clearly cross-referenced to diagrams and illustrations. Illustrations shall include 'exploded' views showing and identifying each separate item. Emphasis shall given to the need and use of special tools and equipment. The function of each piece of equipment, component and accessory shall be clearly and thoroughly explained. All necessary precautions for the operation and maintenance of the system components, and the reason(s) for the precautions shall be clearly stated. The manuals must reference the exact model, style and size of each system component installed. Manuals referencing similar components, but of a different model, style and/or size, will <u>NOT</u> be accepted.

C. Instructions: The Contractor shall provide a qualified, factory-trained manufacturer's representative to give detailed instruction to assigned DVA personnel in the operation and

complete maintenance of each component of the new water distribution system. All such training will be on the project site.

Instruction sessions shall be at such times as scheduled by the COTR and shall be considered concluded only when the COTR is satisfied in regard to completeness and thoroughness of the instruction.

The Department of Veterans Affairs reserves the right to request the removal of and substitution for any instructor who, in the opinion of the COTR, does not demonstrate sufficient qualifications in accordance with the requirements for instructors described above.

1.17 GOVERNMENT FURNISHED PROPERTY:

There is no equipment scheduled to be furnished by the Government, in the scope of work of this project.

1.18 RELOCATED EQUIPMENT AND ITEMS:

A. The Contractor shall disconnect, dismantle as necessary, remove and reinstall in a new location, all existing items and equipment indicated by the symbol 'R', on the drawings, or as otherwise indicated in the specifications or as directed by the COTR.

B. The Contractor shall perform the relocation of such items or equipment at such times and in such a manner as directed by the COTR.

C. The Contractor shall provide all mechanical and electrical service connections, fittings, fastenings and any other materials necessary for the assembly and installation of relocated equipment, and shall leave such equipment in proper operating condition.

D. The Contractor shall make any existing, relocated equipment ready for use or operation immediately after reinstallation.

1.19 CLEANING:

A. After each day of work, the Contractor shall remove all debris and other misplaced materials from all surfaces around the construction area.

B. Debris and other dirt shall be disposed of in appropriate containers on a daily basis.

C. Final cleaning shall be accomplished by the Contractor after the completion of all other operations which might deface or damage finished work. Such cleaning shall remove all dirt, debris and other foreign material, leaving the area completely clean and ready for use by the Department of Veterans Affairs.

D. Final cleaning shall be accomplished in each building or exterior work area as soon as all aspects of the renovation are completed in that location. The Contractor will NOT wait until all areas in the scope of work for this project have been refurbished, to commence with final cleaning procedures.

APP 114

1.20 HISTORIC PRESERVATION:

Should the Contractor, or any of the Contractor's workers, prior to or during any phase of the construction, be advised of or discover any possible archaeological, historical and/or cultural resources, the Contractor shall immediately cease work and contact the Contracting Officer's Technical Representative verbally, and shall follow up the initial contact with a written report of the discovery.

1.21 SCHEDULES FOR CONSTRUCTION CONTRACTS:

A. The Contractor shall, within five (5) days of Notice to Proceed, or such other period of time as determined by the Contracting Officer, prepare and submit to the Contracting Officer for approval, three (3) copies of a practicable schedule showing the order in which the Contractor proposes to perform the work, and the dates on which he contemplates starting and completing the various phases of the work. This shall include mobilization and the acquisition and delivery of materials and equipment. The schedule shall be in the form of a progress chart of suitable scale to indicate appropriately the percentage of work scheduled for completion by any given date during the period of the Project. If the Contractor fails to submit a schedule within the time prescribed, the Contracting Officer may withhold approval of progress payments until the Contractor submits the required schedule.

B. The Contractor shall enter the actual progress on the chart as directed by the Contracting Officer, and upon doing so shall immediately deliver three (3) copies of the annotated schedule to the Contracting Officer or, if so directed, to the COTR. If, in the opinion of the Contracting Officer, the Contractor falls significantly behind the approved schedule, the Contractor shall take steps necessary to improve its progress, including those that may be required by the Contracting Officer, without additional cost to the Government. In this circumstance, the Contracting Officer may require the Contractor to increase the number of shifts, overtime operations and/or days of work, and to submit for approval any supplementary schedule or schedules, in chart form, as the Contracting Officer deems necessary to demonstrate how the approved rate of progress will be regained.

C. Failure of the Contractor to comply with the requirements of the Contracting Officer or the COTR under this clause shall be grounds for a determination by the Contracting Officer that the Contractor is not prosecuting the work with sufficient diligence to ensure completion within the time specified in the Contract. Upon making this determination, the Contracting Officer may terminate the Contractor's right to proceed with the work, or any separable part of it, in accordance with the default terms of this Contract.

1.22. WARRANTY OF CONSTRUCTION:

A. In addition to any other warranties in this Contract, the Contractor warrants, except as provided in paragraph 'J' of this clause, that work performed under this Contract conforms to the Contract requirements and is free of any defect in equipment, material or design furnished, or workmanship performed by the Contractor or supplier at any tier.

B. This warranty shall continue for a period of one (1) year from the date of final

APP 115



///

acceptance of the work. If the Government takes possession of any part of the work before final acceptance, this warranty shall continue for a period of one (1) year from the date the Government takes possession.

C. The Contractor shall remedy, at his own expense, any failure to conform, or any defect. In addition, the Contractor shall remedy, at his own expense, any damage to Government owned or controlled real or personal property, when that damage is the result of:

1. The Contractor's failure to conform to Contract requirements, or,

2. Any defect of equipment, material, workmanship or design furnished.

D. The Contractor shall restore any work damaged in fulfilling the terms and conditions of this clause. The Contractor's warranty with respect to work repaired or replaced will run for a period of one (1) year from the date of repair or replacement.

E. The Contracting Officer shall notify the Contractor, in writing, within a reasonable time after the discovery of any failure, defect or damage.

F. If the Contractor fails to remedy any failure, defect or damage within a reasonable time after receipt of notice, the Government shall have the right to replace, repair or otherwise remedy the failure, defect or damage, at the Contractor's expense.

G. With respect to warranties, express or implied, from subcontractors, manufacturers or suppliers, for work performed and materials furnished under this Contract, the Contractor shall:

1. Obtain all warranties that would be given in normal commercial practice;

2. Require all warranties to be executed, in writing, for the benefit of the Government, if directed by the Contracting Officer, and;

3. Enforce all warranties for the benefit of the Government, if directed by the Contracting Officer.

H. In the event the Contractor's warranty under paragraph 'B' of this clause has expired, the Government may bring suit, at its expense, to enforce a subcontractor's, manufacturer's or supplier's warranty.

I. Unless a defect is caused by the negligence of the Contractor or Subcontractor or supplier at any tier, the Contractor shall not be liable for the repair of any defects of material or design furnished by the Government nor for the repair of any damage that results from any defect in Government furnished material or design.

J. This warranty shall not limit the Government's rights under the "Inspection and Acceptance' clause in this Contract with respect to latent defects, gross mistakes or fraud.

APP 116

1.23 WORKMANSHIP:

All work shall be executed, as necessary, by mechanics, carpenters and masons who are skilled in the trade and specialized in the type of work to be accomplished. The final work done must be of the highest quality and to the satisfaction of the Contracting Officer. The Contractor will be required to perform all work specified or implied as determined by the Contracting Officer, and to perform all work incidental thereto, as is obviously necessary to complete the project in a timely and satisfactory manner.

1.24 TIME OF WORK:

All work is to be accomplished weekdays, Monday through Friday, holidays excepted, between the hours of 8:00 AM and 4:30 PM, and will be scheduled so as to cause the minimum of disruption to the ongoing daily activities of the Medical Center. Permission to work at any other hours shall be requested, in writing, with justification to the COTR, at least forty eight (48) hours in advance.

1.25 AS-BUILT DRAWINGS:

The Contractor shall maintain a full set of drawings marked 'As-Built Drawings', reserved solely for this purpose. The Contractor shall mark these drawings to clearly show what and where deviations have occurred during the performance of the contract work. These drawings shall be kept neat, clean and clearly legible.
After all changes have been noted on the drawings, the Contractor shall turn them over to the Contracting Officer. This shall be done two (2) weeks prior to the final inspection. Finally, the Architect/Engineer will transfer these noted changes to the original Mylar drawings for the permanent Government records.

1.26 METRIC PRODUCTS:

A. Products manufactured to metric dimensions will be considered on an equal basis with those manufactured using inch-pound units, providing they fall within the tolerances specified using conversion tables contained in the latest revision of Federal Standard No. 376.

B. If a product is manufactured to metric dimensions, and those dimensions exceed the tolerances specified in the inch-pound units, a request shall be made to the Contracting Officer to determine if the product is acceptable.

1.27 NOTICE:

The Castle Point Veterans Affairs Hospital, a campus of the VA Hudson Valley Health Care System, is a medical hospital, comprising numerous buildings on a 115 acre site. The security and safety of our veteran beneficiaries, employees, visitors and construction work forces is vitally important.
The Contractor and his workers (including Subcontractors) will be required to strictly adhere to all safety regulations stated throughout these specifications, and to keep all work areas

APP 117

locked while working on the premises. Keys may be made available from the COTR after the pre-construction conference.
The Contractor will be required to sign for all keys issued, including those issued to Subcontractors. After the final inspection, and upon acceptance of the completed project, the Contractor will return all keys to the COTR, and sign for the return of the keys. The Contractor will be required to pay for all keys not returned, and may be issued a bill for collection to pay for re-keying the entire Medical Center.

1.28 MINIMUM HOURLY RATES OF WAGES:

The following wage determination decision of the Secretary of Labor shall be applicable to this project in accordance with the Davis-Bacon Act, as set forth under the Section titled "LABOR STANDARDS PROVISIONS" and the Supplementary Labor Standard Provisions of Section G, "GENERAL CONDITIONS":

1.29 PROFESSIONAL SURVEYING SERVICES:

A registered professional Land Surveyor or registered Civil Engineer, whose services are retained and paid for by the Contractor, shall perform professional services as specified herein and in other specification sections. The Contractor shall certify that the Land Surveyor or Civil Engineer is not one who is a regular employee of the Contractor, and that the Land Surveyor or Civil Engineer has no financial interest in this Contract.

--- END OF SECTION ---

SECTION 01340
SAMPLES AND SHOP DRAWINGS

GENERAL:

S-1 Refer to Article 'Specifications and Drawings for Construction' (FAR 52.236-21) in Section 01001, 'GENERAL CONDITIONS'

S-2 For the purposes of this contract, samples (including laboratory samples to be tested), test reports, certificates, and manufacturer's literature and data, shall also be subject to the previously referenced requirements. The following paragraphs refer to all such items collectively as 'Submittals'.

S-3 Submit for approval all of the items specifically mentioned under the separate sections of the specifications, with information sufficient to evidence full compliance with the requirements of the contract. Materials, fabricated articles and the like to be installed in the permanent work, shall equal those of approved submittals. After an item has been submitted and approved, no change in brand, make, model, etc., will be permitted unless:

A. Satisfactory written evidence is presented to, and approved by, the Contracting Officer, that the manufacturer cannot make timely delivery of approved item, or;

B. The item delivered has been rejected and substitution of a suitable, equivalent item is an urgent necessity, or;

C. Other conditions become apparent which indicate the approval of such a substitute item to be in the best interests of the Government.

S-4 The Contractor shall forward submittals within thirty (30) calendar days of Notice to Proceed in order to permit proper consideration and approval action by the Government. Submittals shall be timed so as to comply with the 'Phasing' article of Section 01010, 'GENERAL REQUIREMENTS', of these specifications. Delays attributable to untimely and/or rejected submittals (including any laboratory samples to be tested) will not serve as a basis for extending contract time for completion.

S-5 Submittals will be reviewed for compliance with the contract requirements by the Contracting Officer's Technical Representative (COTR), and action thereon will be taken by the COTR on behalf of the Contracting Officer, within thirty (30) calendar days of receipt of submittal.

S-6 The COTR has approving authority for all submittals, shop drawings, reports and certificates. The COTR will return all submittals, with a cover transmittal sheet, to the Contractor, with a copy to the Contracting Officer, stamped 'Approved' or 'Disapproved'. The Contractor will not request or be given verbal approval or disapproval for any submittal. All submittals as described in the technical specifications will be submitted, in writing, to the Contracting Officer for the COTR's approval.

APP 164

S-7 Upon receipt of submittals, the COTR will assign a file number thereto. The Contractor, in any subsequent correspondence, shall refer to this file and identification number to expedite replies relative to previously approved or disapproved submittals.

S-8 The Government reserves the right to require additional submittals, whether or not mentioned particularly in this contract. If additional submittals beyond those required by the contract are furnished, pursuant to request therefor by the Contracting Officer, adjustments in contract price and time will be made in accordance with clauses titled 'CHANGES' (FAR 52.243 - 4) and 'CHANGES - SUPPLEMENT' (VAAR 852.236 - 88) of Section 01001, 'GENERAL CONDITIONS', of these specifications.

S-9 Schedules called for in the specifications and shown on the shop drawings shall be submitted for the use and information of the Department of Veterans Affairs and the COTR. However, the Contractor shall assume the responsibility for verifying and coordinating the schedules. The Contracting Officer and the COTR assume no responsibility for checking schedules or layout drawings for exact sizes, exact numbers and/or detailed positioning of items.

S-10 The Department of Veterans Affairs approval of submittals will be subject to Contract requirements and shall not relieve the Contractor from responsibility for errors of any sort in such submittals or from any unauthorized deviation from the Contract requirements. An authorized deviation is a deviation that has been identified and requested by the Contractor, or by the Government, and has been confirmed by an appropriate Contract modification.

SAMPLES, CERTIFICATES AND MANUFACTURER'S LITERATURE AND DATA:

S-11 Submittals must be submitted by the Contractor only and must be shipped prepaid. The Contracting Officer assumes no responsibility for checking quantities or exact numbers included in such submittals.

A. Submit samples in single units unless otherwise specified. Submit shop drawings, schedules, manufacturer's literature and data, and certificates in quadruplicate (one original and three copies), except where a greater number is specified.

B. Submittals will receive consideration only when covered by a letter of transmittal signed by the Contractor. The letter shall be sent via first class mail and shall contain the list of items, name of Station, name of Contractor, Contract Number, applicable specification paragraph numbers, applicable drawing numbers (and other information required for identifying the exact location for each item), manufacturer and brand, ASTM or Federal Specification Number (if any), and such additional information as may be required by specifications for the particular item being furnished. In addition, catalogs shall be marked to indicate specific items submitted for approval.

1. A copy of the transmittal letter must be enclosed with the items, and any items received without an identification letter will be considered 'unclaimed goods', and held for a limited time only.

2. Any deviations from the contract requirements and justifications therefore must be stated in a letter of transmittal.

3. Each sample, certificate, and manufacturer's literature and data shall be labeled to indicate the name and location of the Station, name of the Contractor, manufacturer, brand, contract number and ASTM or Federal Specification Number as applicable, and location(s) on the project.

4. Required certificates shall be signed by an authorized representative of the manufacturer or supplier of the material, and by the Contractor.

C. In addition to complying with the applicable requirements specified in the preceding Subparagraph S - 9.B, samples which are required to have Laboratory Tests (those preceded by the symbol "LT") shall be tested, at the expense of the Contractor, in a commercial laboratory approved by the Contracting Officer.

1. The Testing Laboratory shall furnish the Contracting Officer with a certificate stating that it is fully equipped and qualified to perform the intended work, is fully acquainted with the specification requirements and intended use of the materials, and is an independent establishment connected in no way with the organization of the Contractor or with the manufacturer or supplier of the materials to be tested.

2. The certificates shall also set forth a list of comparable projects upon which the laboratory has performed similar functions during the past five (5) years.

3. Samples and laboratory tests shall be sent directly to an approved commercial testing laboratory.

4. The Contractor shall forward a copy of the transmittal letter to the Contracting Officer simultaneously with the submission of material to a commercial testing laboratory.

5. Laboratory test results shall be sent directly to the COTR for appropriate action.

6. Laboratory reports shall list the contract specification test requirements and a comparative list of the laboratory test results. When tests show that the material meets specification requirements, the laboratory shall so certify on the test report.

7. The laboratory test results shall also include a recommendation for approval or disapproval of the item tested.

8. No materials required to be tested by a laboratory shall be used in the work until they have been sampled and tested by an approved laboratory and certified copies of the laboratory test reports have been submitted to, and approved by, the COTR.

D. If submittal samples have been disapproved, the Contractor shall resubmit new samples as soon as possible after notification of disapproval. Such new samples shall be marked "Resubmitted Sample", in addition to containing other previously specified information required on the label and in the letter of transmittal.

E. Approved samples will be kept on file by the COTR at the site until completion of the project, at which time such samples will be delivered to the Contractor as the Contractor's property.

SHOP DRAWINGS:

S-12 Submittal drawings (shop, erection or setting drawings) and schedules, required for work of various trades, shall be checked before submission by technically qualified employees of the Contractor, for accuracy, completeness and compliance with contract requirements.

A. These drawings and schedules shall be stamped and signed by the Contractor, certifying to such check. This signature indicates that he/she has reviewed and coordinated the work. Any shop drawings without this signature will be returned, unchecked by the Government.

1. For each drawing required, submit one (1) legible Mylar or vellum reproducible copy.

2. Each reproducible shall be full size.

3. Each drawing shall have marked thereon, proper descriptive title, including Station location, project number, detail section number and specification section number.

4. A blank space of 4-3/4 inches by 5 inches shall be reserved on each drawing to accommodate an approval or disapproval stamp.

5. Drawings shall be submitted ROLLED WITHIN A MAILING TUBE, fully protected against damage during shipment.

6. Any deviation from the contract requirements must be shown on the shop, erection or setting drawings, and justification therefore shall be stated in a letter of transmittal.

7. One (1) reproducible print of each approved or disapproved shop drawing will be forwarded to the Contractor.

8. When work is directly related, and involves more than one trade, shop drawings shall be submitted to the COTR under one cover.

B. No fabrication of work shall be done, nor any part or parts thereof shipped to the project site prior to the approval of the required shop drawings for such work.

C. The Contractor shall be responsible for any delay in the progress of the work which may be due to the Contractor's failure to observe these requirements, and the time for the completion of the contract will not be extended on account of the Contractor's failure to submit shop drawings promptly and in strict accordance therewith.

S-13 Samples (except laboratory samples), shop drawings, test reports, certificates and manufacturer's literature and data shall be submitted for approval to: