Contracting Officer's Technical Representative (138P)
VA Hudson Valley Health Care System
FDR Campus
PO Box 100
Montrose, New York 10548

A copy of the Letter of Transmittal of the above described items shall be simultaneously forwarded to:

Contracting Officer (90C)
Construction & Lease Property Section
Network Acquisition Program, VISN #3
Department of Veterans Affairs Medical Center
130 W. Kingsbridge Road
The Bronx, New York 10468-3992

--- END OF SECTION ---

SECTION 02710
DISTRIBUTION AND TRANSMISSION SYSTEMS (STEAM)

## PART 1 – GENERAL

### 1.1 DESCRIPTION

Steam distribution and condensate return piping systems located underground between buildings. Provide types of systems as shown including: trenches,

### 1.2 DEFINITIONS

A. System: A complete underground steam and condensate distribution system including all components such as piping, insulation, protective enclosures, valves, manholes, expansion devices, steam traps, corrosion protection and accessories.

B. Approved Brochure: A brochure which provides complete design, hardware, installation, maintenance, and repair requirements for a supplier's underground heat distribution system. The brochure must be prefaced by a Letter of Acceptability issued by the Federal Agency Committee on Underground Heat Distribution Systems.

C. Letter of Acceptability: A letter signed by representatives of federal agencies participating in the Committee and stating that the supplier's system is approved for use for the site groundwater conditions, operating temperature, and soil classification(s) indicated.

D. System Classifications for Approved Brochure System:

1. Groundwater Conditions: Class A – severe; Class B – bad; Class C – moderate; Class D – mild.

2. System Temperature: High – 261 to 450 degrees F; Medium – 201 to 260 degrees F; Low 200 degrees F or lower.

3. Soil Conditions: Corrosive, noncorrosive, and pH effects.

4. Carrier Pipe: Pipe carrying the steam or condensate.

E. Project Drawings: The project drawings accompanying this specification provide information on:

1. The size of carrier pipes, length, and site location of the system.

2. The elevation of the piping along the path.

3. Location and design of manholes.

4. The obstacles that must be avoided along the path.

5. Type of system required - trench, tunnel, pre-engineered Approved Brochure.

6. Other pertinent general information.

APP 282

1.3 RELATED WORK

A. Phasing of work: Section 01010, 'GENERAL REQUIREMENTS'.

B. Excavation, shoring and backfill: Section 02201, 'EARTHWORK'.

C. Concrete work: Section 02514, 'SITE WORK CONCRETE'.

D. Waterproofing of concrete structures: Section 07113, 'MODIFIED BITUMINOUS MEMBRANE WATERPROOFING (Sheet)'.

E. Asbestos removal work: Section 01569, 'ASBESTOS REMOVAL'.

1.4 QUALITY ASSURANCE

A. Provide a complete installation with all necessary specialties, materials and equipment fully and properly connected and coordinated. Installation shall be fully operational upon completion of work defined and as phased.

B. Apply and install materials, equipment and specialties in accordance with manufacturer's instructions. Printed instructions shall be available at the site prior to and during construction.

C. Materials and workmanship shall conform to applicable local codes, American National Standards Institute Power Piping Code, publications of the Manufacturers Standardization Society, American Welding Society, Federal Specifications, American Society for Testing and Materials, current safety standards, all as defined in the section of this specification relating to Applicable Publications.

D. Glass Fiber Reinforced Plastic Piping:

1. Contractor's personnel shall be certified in writing that they are qualified for installing and joining glass fiber reinforced plastic pipe. Non-certified personnel shall not be permitted to perform this work.

2. Training and Certification: Qualified personnel shall have been tested and certified under a procedure approved by the manufacturer of the piping. Proof of certification, in writing, shall be provided to the Resident Engineer.

1.5 SUBMITTALS

A. Submit in accordance with Section 01340, "SAMPLES AND SHOP DRAWINGS'.

B. Submit information and materials under this section separate from information and materials submitted under other sections and mark "SUBMITTED UNDER SECTION 02710, GROUP ____."

C. Submit all items listed under each group simultaneously.

1. Group I, Pre-Engineered Approved Brochure Systems:

a. The system supplier's approved brochure with Letter of Acceptability.

b. A detailed design layout of the system showing the size, type, and location of each

APP 283

component, the design of the transition points to aboveground or other type systems. Also, if applicable, the type and details of the cathodic protection system.

c. Calculations demonstrating that the maximum permissible heat loss requirements will not be exceeded.

d. Calculations demonstating that allowable stress of piping will not be exceeded due to thermal expansion and that anchor forces and moments are not excessive.

e. All drawings and calculations shall have professional engineer's stamp.

f. A proposed schedule of activities indicating when various items of work and tests are to be carried out and when quality control inspectors of the supplier will be present at the job site.

2. Group II, Piping in Manholes, Tunnels, Trenches, Open Areas:

a. Pipe, valves, strainers and fittings.

b. Steam traps.

c. Pipe hangers, brackets, supports, racks, anchors, guides.

d. Pipe hanger calculations.

e. Pipe insulation, jackets, adhesives and cements. Submit samples and technical information.

3. Group III, Pipe Tunnels and Manholes:

a. Tunnel and manhole plans, profiles, sections and details.

b. Manhole frames, covers and steps.

c. Access doors and ladders.

d. Gravity ventilators and louvers.

e. Shop drawings for prefabricated tunnel sections and manholes.

f. Sumps and sump pumps.

4. Group IV, Pipe Trenches:

a. Trench plans, profiles, sections and details.

b. Shop drawings for prefabricated trench sections.

5. Group V, Expansion Joints and Ball Joints:

a. Joint locations, sizes, types, movements.

APP 284

b. Anchor locations, design, forces and moments.

c. Certification that joints conform to service requirements and quality assurance requirements specified.

d. Certification that representative of joint manufacturer has reviewed the applications in detail and has taken no exception.

e. Certified test data on number of cycles to failure on similar units at project service conditions - bellows type and expansion compensators.

D. Certificates: Specified for glass fiber reinforced plastic pipe.

1.6 STORAGE AND HANDLING

A. Equipment and material placed on the job shall remain in the custody of the Contractor until final acceptance whether or not the Contractor has been reimbursed for the equipment and material by the Government.

B. The Contractor is solely responsible for the protection of the equipment and material against damage from any source. Protect systems against entry of water and mud by installing watertight protection on open ends at the completion of each workday. Existing equipment worked on by the Contractor or in the Contractor's working area shall be under the custody and responsibility of the Contractor.

C. The Contractor shall place all damaged equipment in first class new operating condition or shall replace same as determined and directed by the COTR, at no additional cost to the Government.

1.7 JOB CONDITIONS

A. Phasing of demolition and construction shall be in accordance with the provisions of Section 01010, "GENERAL REQUIREMENTS", and as shown on steam distribution drawings.

B. Interruption of Existing Service: Arrange, phase and perform work and provide temporary facilities, materials, equipment, and connections to utilities, to assure adequate steam and condensate return service for existing installations at all times. Only such absolutely necessary interruptions as may be required for making connections will be permitted, and only at such times when approval is obtained from the COTR. Interruptions to steam and condensate service shall be only with prior approval, and be the minimum possible duration. All interruptions shall be as scheduled under Article "Phasing" of Section 01010, 'GENERAL REQUIREMENTS' or as approved by the COTR.

1.8 APPLICABLE PUBLICATIONS

A. The publications listed below form a part of this specification to the extent referenced. The publications are referenced in the text by basic designation only.

B. Federal Specifications (Fed. Spec.):

HH-B-100B............Barrier Material Vapor (For Pipe, Duct And Equipment Thermal Insulation)

RR-F-621D............Frames, Covers, Grating, Steps, Sump And Catch Basin, Manhole

APP 285

TT-S-00227E (3)..........Sealing Compound: Elastomeric Type, Multi-Component (For Caulking, Sealing, and Glazing in Buildings and other Structures).

C. Military Specifications (Mil. Spec):

MIL-S-901C (1).........Shock Tests (High Impact) Shipboard Machinery, Equipment And Systems

MIL-I-2781E (2).........Insulation, Pipe, Thermal

MIL-I-23128B (1).......Insulation Blanket, Thermal, Refractory Fiber, Flexible

MIL-I-2819F (2).........Insulation Block, Thermal

MIL-P-28584A.........Pipe and Pipe Fittings, Glass Fiber Reinforced Plastic, for Condensate Return Lines

D. American Society of Mechanical Engineers (ASME):

Boiler and Pressure Vessel Code: 1986 (or latest) Edition with Amendments

E. American Society for Testing and Materials (ASTM):

A36-87...............Structural Steel

A47-84...............Ferritic Malleable Iron Castings

A53-87...............Pipe, Steel, Black and Hot-Dipped, Zinc-Coated Welded and Seamless

A105-87..............Forgings, Carbon Steel, for Piping Components

A106-87..............Seamless Carbon Steel Pipe for High-Temperature Service

A126-84..............Gray Iron Castings for Valves, Flanges and Pipe Fittings

A197-87..............Cupola Malleable Iron

A216-84..............Steel Castings, Carbon, Suitable for Fusion Welding, for High-Temperature Service

A234-87..............Pipe Fittings of Wrought Carbon Steel and Alloy Steel for Moderate and Elevated Temperatures

A395-80..............Ferritic Ductile Iron Pressure-Retaining Castings for Use at Elevated Temperatures

B61-86...............Steam or Valve Bronze Castings.

C411-82..............Hot-Surface Performance of High-Temperature Thermal Insulation

C547-77..............Mineral Fiber Preformed Pipe Insulation

C655-85..............Reinforced Concrete D-Load Culvert, Storm Drain and Sewer Pipe (Rev. A)

APP 286

F. American National Standards Institute (ANSI):

B16.3-85..............Malleable Iron Threaded Fittings

B16.5-81..............Steel Pipe Flanges and Flanged Fittings

B16.9-86..............Factory Made Wrought Steel Butt Welding Fittings

B16.11-80..............Forged Steel Fittings, Socket-Welding and Threaded

B31.1-86..............Code for Pressure Piping, Power Piping

B40.1-85..............Gauges-Pressure Indicating Dial Type - Elastic Element

G. American Welding Society (AWS):

AWS B3.0-77..............Qualification Welding Procedure and Performance

H. Manufacturers Standardization Society of the Valve and Fitting Industry (MSS):

SP45-82..............Bypass and Drain Connection Standard

SP58-83..............Pipe Hangers and Supports-Materials, Design and Manufacture

SP69-83..............Pipe Hangers and Supports-Selection and Application

SP80-87..............Bronze Gate, Globe, Angle and Check Valves

I. National Fire Protection Association (NFPA):

255-84..............Building Materials, Test of Surface Burning Characteristics of

J. American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE):

ASHRAE Handbook.....1988 Equipment

K. American Concrete Institute (ACI):

318-83..............Building Code Requirements for Reinforced Concrete

L. Department of Commerce (NBS):

NBSIR 81-2324...Boiling Test of Non-Asbestos Based Thermal Insulation Use in Air-Conduit Underground Heat Distribution Systems

PART 2 - PRODUCTS

2.1 MATERIALS AND MANUFACTURED PRODUCTS

A. Manufactured Products:

1. When two or more units of equipment serve the same function, they shall be products of one manufacturer.

APP 287

2. Manufacturers of equipment assemblies, which include components made by others, shall assume complete responsibility for final assembled unit.

   a. All components of an assembled unit need not be products of same manufacturer.

   b. Constituent parts which are alike shall be products of a single manufacturer.

   c. Components shall be compatible with each other and with the total assembly for intended service.

B. Manufacturer's Identification: Components of equipment shall bear manufacturer's name or trademark and model number on a name plate securely affixed in a conspicuous place, or cast integral with, stamped or otherwise permanently marked upon the components of the equipment.

C. Any items which differ from the contract requirements can be approved at the option of the Contracting Officer only if the best interests of the Government are served. If the Contractor submits any items for approval which are not in compliance with the contract requirements, the Contractor must include full details (including drawings) on all changes which the submitted item will cause to all trades. In addition, the Contractor shall make all necessary revisions to buildings, structures, piping and all utility systems, at no additional cost to the Government. Contractor shall make all necessary field measurements and investigations to assure that the equipment and assemblies can be properly installed.

D. Materials containing Asbestos are not permitted.

2.2 FACTORY FABRICATED PRE-ENGINEERED APPROVED BROCHURE SYSTEMS (Not used)

2.3 MANHOLES

Two (2) new manholes will be installed as a part of this project, at Manhole Points 18B and 18E ( see drawing # S-3). For new manholes, and if any existing manholes are deemed damaged to an extent requiring replacement, the following shall apply:

A. Concrete:

1. Construction: Reinforced concrete conforming to Section, CAST-IN-PLACE CONCRETE, not less than six inches thick. Pour monolithically where possible. Place waterproof membrane between mud slab and bottom concrete slab, and continue up sides to top of side walls. Joint between manhole wall and outer periphery of conduits shall be watertight. Provide each manhole with cast-iron manhole frame and solid cover, not less than 24 inch clear opening, Fed. Spec. RR-F-621. Unless otherwise shown on the drawings, frames and covers shall be as follows:

   a. For non-traffic applications: Frame - Type IV, Size 25; Cover - Type E, Size 25.

   b. For traffic applications: Frame - Type I, Style A, Size 24A; Cover - Type A, Size 24A

   c. Manhole steps: Standard, cast-iron, Fig. 19, Fed. Spec. RR-F-621.

2. Ventilation: Provide manhole ventilation as indicated on drawings. Construct ventilation ducts of galvanized steel sheet metal and in accordance with ASHRAE

APP 288

Handbook recommendations for low pressure ducts. Gravity ventilators shall be factory fabricated of aluminum or galvanized steel and arranged as indicated on drawings. Ventilating pipes shall be standard weight black steel and installed as shown on drawings.

3. Drainage: Drainage shall be as shown on drawings. Provide an 18 inch square by 18 inch deep sump pit in each manhole where indicated on drawings.

B. Prefabricated Steel Manholes: Not permitted.

2.4 TUNNELS (Not used).

2.5 CONCRETE TRENCHES

Concrete trenches (steam vaults) exist. If portions are damaged beyond further use, new ones shall be constructed as follows:

A. Concrete trenches shall either be constructed with trench covers serving as sidewalks or shall be constructed at the same depth below grade as the existing trench

B. Construction: Construct trenches of poured concrete conforming to Section, "CAST-IN-PLACE CONCRETE" or construct trenches of pre-cast concrete in full compliance with the requirements of ACI 318 and conforming to ASTM C655. Manufacturer shall have a minimum of five years successful experience in the design and fabrication of similar pre-cast concrete units and shall have an established quality assurance program in operation and show current certification in the PCI "Certification Program for Quality Control." Concrete mix and reinforcing shall be manufacturers standard product.

C. Concrete Trench Covers: Shall be pre-cast reinforced concrete sections meeting requirements of ACI 318 and ASTM C655. Covers shall be flat and true at all points of contact on trench wall. Design trench and cover to form a watertight envelope when assembled. Caulking and sealant between pre-cast trench section and trench covers or between trench wall and covers shall comply with requirements of Fed. Spec. TT-S-227, Type 2, Class A, for cast-in-place trench or shall be as specified by manufacturer for pre-cast trench section.

D. Gasket Material: Provide 1/4 inch thick neoprene pad with a minimum width of two inches between covers and tops of walls.

E. Drainage: Design pre-cast trench so that, when assembled, a water tight envelope incorporating a gravity drainage system is formed sloping toward manholes or buildings. Cast-in-place trench shall slope towards manholes or buildings. Provide a drainage system at all low points in the system.

2.6 STEAM PIPING (All applications except within Approved Brochure System)

A. Pipe: Schedule 40, black steel, seamless, conforming to applicable ASTM standard

B. Joints:

1. In trenches: Butt-weld. Socket-weld is permitted for pipe sizes two-inches and below.

2. Except in trenches: Butt-weld pipe sizes 2-1/2 inches and above; thread, butt-weld or socket-weld pipe sized two-inches and below.

APP 289

C. Fittings:

1. Butt-welded Joints: Same schedule as adjoining pipe. All elbows shall be long radius unless otherwise indicated. Tees shall be full size or reducing as required, having interior surfaces smoothly contoured.

2. Threaded Joints: Malleable iron, ASTM A47 or A197, ANSI B16.3, 300 pound class; or, ductile iron, ASTM A395, 300 pound class.

3. Socket-Welded Joints: Forged steel, ANSI B16.11, 2000 pound class.

D. Flanges: Weld-neck, ANSI B16.5, forged steel; ASTM A105. Pressure class 150 PSIG.

E. Unions: On pipe two-inches and smaller, threaded, malleable iron or steel, 300 pound class.

2.7 STEAM CONDENSATE PIPING (All applications except within Approved Brochure System)

A. Piping shall be K copper, to match existing.

2.8 EXPANSION LOOPS AND BENDS

Expansion loop and bend stresses shall be less than the maximum allowable stress listed in the Power Piping Code (ANSI B31.1). Submit shop drawings and stress and anchor force calculations for all loops and bends. Show locations of all anchors, guides and supports. Base calculations on 135 PSIG and 358 degrees F for steam line loops and bends and 30 PSIG and 275 degrees F for return line loops and bends. Base calculations on actual pressures and temperatures if they are higher than those listed above.

2.9 EXPANSION JOINTS

A. Factory built devices, inserted in the pipeline, designed to absorb axial cyclical pipe movement which results from thermal expansion and contraction.

B. Minimum Service Requirements:

1. Pressure Containment:

a. Steam Service 5-30 PSIG: Rated 50 PSIG at 298 degrees F.

b. Steam Service 31-125 PSIG: Rated 150 PSIG at 366 degrees F.

c. Steam Service 126-150 PSIG: Rated 200 PSIG at 382 degrees F.

d. Condensate Service: Rated 100 PSIG at 310 degrees F.

2. Number of Full Reverse Cycles without failure: Minimum 7000.

3. Movement: As shown on drawings plus recommended safety factor of manufacturer.

C. Bellows - Internally Pressurized Joint Type:

1. Multiple corrugations of type 304 stainless steel.

2. Internal stainless steel sleeve entire length of bellows.

APP 290

3. External equalizing rings, cast iron.

4. Flanged ends, 150 or 300 pound ANSI.

5. Design shall conform to standards of Expansion Joint Manufacturers Association and ANSI B31.1.

6. External tie rods to withstand pressure thrust force upon anchor failure.

D. Bellows - Externally Pressurized Joint Type:

1. Multiple corrugations of type 304 stainless steel.

2. Internal and external guides integral with joint.

3. Design for external pressurization of bellows to eliminate squirm.

4. Flanged ends, 150 or 300 pound ANSI.

5. Conform to the standards of Expansion Joint Manufacturers Association and ANSI B31.1.

6. Designed to withstand pressure thrust force if anchor fails.

7. Threaded connection at bottom, one inch minimum, for drain or drip point.

8. Integral external cover and internal sleeve.

E. Slip-Type Joints:

1. Steel construction, except guides.

2. Base with integral anchor.

3. Internally and externally guided steel slip, chrome plated to reduce corrosion, ground to reduce friction.

4. Guides shall be non-ferrous, non-corroding, low friction, designed to prevent scoring or binding of the slip.

5. Flanged ends 150 or 300 pound ANSI.

6. Limit stop to prevent slip disengagement if pipe anchor fails.

7. Semi-plastic, self-lubricating injectable packing contained between sealing rings.

8. Injection devices to allow addition of packing under full line pressure. provide one-year supply of packing.

9. Threaded connection at bottom, one-inch minimum, for drain or drip point.

10. Bolted packing gland permitting replacement of all packing and all sealing rings without removing joint from the line.

F. Expansion Compensators:

1. Permitted for pipe sizes two inches and less.
2. Corrugated bellows, externally pressurized, stainless steel or bronze.
3. Internal guides and anti-torque devices.
4. Threaded ends.
5. External shroud.
6. Conform to standards of Expansion Joint Manufacturers Association.

2.10 BALL JOINTS

A. Factory-built devices, inserted in pipe line offsets in groups of two or three as shown to absorb cyclical pipe movement which results from thermal expansion and contraction.

B. Minimum Service Requirements: Rated 250 PSIG, 450 degrees F, continuous on steam and condensate.

C. Quality Assurance: Submit independent certification that similar units have passed the following tests with no leaks.

1. Low Pressure Leakage Test: Minimum six PSIG saturated steam for 60 days.
2. Life Cycle Flex Test: Minimum 8000 flex cycles at 250 PSIG saturated steam.
3. Thermal Cycling Test: Minimum 100 cycles from atmospheric pressure to operating pressure and back to atmospheric pressure with saturated steam.
4. Environmental Shock Test: In accordance with MIL-S-901.
5. Vibration Test: Test for 170 hours on each of three mutually perpendicular axes at 25 to 125 HZ, 0.05 to 0.10-inch double amplitude on a single ball joint and on a three ball joint offset.

D. Construction:

1. Cast or forged carbon steel, weld ends.
2. Standard weight pipe wall thickness.
3. Conform to ANSI B31.1.
4. Provide minimum angular movement capability of 15 degrees and 360 degrees rotational movement.
5. Non-asbestos gaskets.
6. Packing injection devices, if provided, shall allow injection under full line pressure. Provide one-year supply of packing.

APP 292

2.11 VALVES

A. Valves for particular services are generally specified as Type Numbers. The Type Numbers are defined below. All valves of the same type shall be the products of a single manufacturer and shall comply with MSS SP45, MSS SP80 AND ANSI B31.1. Construct gate and globe valves so that packing can be replaced while the valve is under full working pressure. Design valves for the service fluids and conditions. Pressure - temperature ratings listed are minimum requirements. Packing and gaskets must be asbestos-free.

B. Valve Type Designations:

1. Gate Valves:

a. Type 101: Rated 150 PSIG at 500 degrees F, ASTM A216 WCB, cast steel body, 11-1/2 to 13 percent chromium stainless steel flexible wedge and hard faced stellite or nickel-copper alloy seats, 150 pound ANSI flanged ends, OS&Y, rising stem, bolted bonnet.

(1) Provide factory installed globe-valved bypass on all valves larger than three inches. Conform to MSS SP45.

(2). Drill and tap bosses for connection of drains where shown. Conform to MSS SP45.

b. Type 104: Rated 200 PSIG saturated steam, 400 PSIG WOG, ASTM B61, bronze body, bronze wedges and monel or stainless steel seats, threaded ends, rising stem, union bonnet.

2. Globe valves:

a. Type 201: Rated 150 PSIG at 500 degrees F, ASTM A216 WCB, cast steel body, 11-1/2 to 13 percent chromium stainless steel or stellite disc and seat, 150 pounds ANSI flanged ends, OS&Y, rising stem, bolted bonnet, renewable seat rings. Drill and tap bosses for connection of drains where shown to conform to MSS SP45.

b. Type 205: Rated 200 PSIG saturated steam, 400 PSIG WOG, ASTM B61 bronze body, hardened stainless steel disc and seat, threaded ends, rising stem, union bonnet, renewable seat rings.

3. Check valves:

a. Type 402: Rated 250 PSIG saturated steam, 500 PSIG WOG, ASTM A126 Class B cast iron body, bronze or bronze-faced disc and seat, 250 pounds ANSI flanged ends, bolted cover, swing-type, renewable disc and seat.

b. Type 404: Rated 200 PSIG saturated steam, 400 PSIG WOG, ASTM B61 bronze body, bronze disc, threaded ends, swing-type, regrinding disc.

C. Valve Applications (Steam and Steam Condensate Lines):

1. Gate valves, two-inches and under: Type 104.

2. Gate valves, 2-1/2 inches and above: Type 101.

APP 293

3. Globe valves, two-inches and under: Type 205.

4. Globe valves, 2-1/2 inches and above: Type 201.

5. Check Valves, two-inches and under: Type 404.

6. Check valves, 2-1/2 inches and above: Type 402.

2.12 STEAM PRESSURE REDUCING VALVES

Valves shall be diaphragm operated, single seated, spring loaded, steam pilot controlled, guaranteed for dead end service, normally closed. Valve shall maintain delivery pressure within ten percent of set pressure when fluctuations in initial pressure do not exceed ten percent. Body to be 150 PSIG cast steel, flanged for 2-1/2 inches and over, threaded for two-inches and under. Trim shall be hardened stainless steel or equivalent. Spring to be corrosion resisting metal. Parts subject to wear shall be renewable. Maximum flow capacity shall not exceed capacity of downstream safety valve.

2.13 STEAM TRAPS

A. Each type furnished by a single manufacturer and sized for pressure and capacities, and of type as shown or required. Traps shall be inverted bucket or float-thermostatic type as shown.

B. Size orifices to provide capacities shown at pressure differentials shown. Floats and linkages shall provide sufficient force to open trap valve over the full operating pressure range. Equip all inverted bucket traps with bi-metallic thermostatic element for rapid release of non-condensables.

C. Trap bodies for steam line drip points shall have a steam pressure rating of 150 PSIG minimum. Construction shall permit easy removal and servicing of working parts without disturbing connected piping.

D. Floats: Copper or stainless steel.

E. Valves: Construct valves from suitably hardened and corrosion-resistant alloy such as chrome steel, stainless steel or monel metal.

F. Mechanisms: Shall be brass, copper, stainless steel or corrosion-resistant alloy.

G. Identification: Label each trap at the factory with an identification number keyed to the contract drawings. Label shall be a metal tag permanently attached to the trap.

2.14 STRAINERS, Y-TYPE

A. Provide as shown on steam and condensate piping systems.

B. Type: Open-end removable cylindrical screen; threaded blow-off connection.

C. Construction:

1. Steam service 61 to 150 PSIG: Rated for minimum 150 PSIG saturated steam. 150 PSI ANSI flanged ends, cast steel, for pipe sizes above two-inches. Cast iron or bronze; rated for 250 PSIG saturated steam, threaded ends, for pipe sizes two-inches and under.

APP 294

2. Steam service 60 PSIG and under, condensate: Rated for 125 PSIG saturated steam, 175 PSIG WOG. Provide 125 PSI ANSI flanged ends, cast iron, for pipe sizes above two-inches. Provide cast iron or bronze, threaded ends, for pipe sizes two-inches and under.

D. Screen: Monel or stainless steel, free area not less than 2-1/2 times flow area of pipe. Diameter of openings shall be 0.05-inch or less on steam service and 0.06-inch or less on water service.

E. Accessories: Gate type valve and quick-couple hose connection on all blowoff connections.

2.15 SAFETY VALVES AND DRIP PAN ELBOWS

A. Safety valves shall conform to the requirements of ASME Boiler and Pressure Vessel Code (Section VIII, Pressure Vessels) and be approved by the National Board of Pressure Vessel Inspectors.

B. Relieving capacity shall not be less than that shown on the drawings with an accumulation not to exceed 10 percent of set pressure.

C. Provide at the discharge of each safety valve a drip pan elbow with slip joint in vertical discharge line, arranged to prevent vertical line from imposing any strain on safety valve, and to prevent any moisture accumulation in the safety valve.

D. Special Flexible Connector: Provide, if shown, at safety valve vent pipe connection in place of drip panel. Multi-ply stainless steel bellows, full internal pipe liner, protective exterior shroud, drip catching configuration with drain, designed to prevent blow back of steam into room, pressure tested at 15 PSIG.

2.16 GAUGES, PRESSURE

A. Gauge locations are shown on the drawings.

B. Construction:

1. Case: Solid armored front between measuring element and dial, blowout back, bottom connection, phenol turret type.

2. Dial: Non-corrosive, 4-1/2 inch diameter face with black markings on white background.

3. Measuring Element: Bourdon tube designed for service. Provide bellows designed for service for pressure ranges under 15 PSIG.

4. Movement: Stainless steel, rotary.

5. Pointer: Micrometer adjustable, black color.

6. Window: Plastic.

7. Liquid Filled Gauges: Provide at outlet of all pumps.

C. Accuracy: ANSI B40.1, Grade 2A, 1/2 percent, on all gages; except Grade A, one percent permitted on diaphragm actuated gages, liquid filled gages, and compound gages.

APP 295

D. Accessories:

1. Red set hands on gages located at automatic pressure regulator valve outlets.

2. Needle valve or gage cock rated for the service.

3. Syphon on all steam gages.

4. Overload stop on all pressure gages.

E. Ranges: Except where otherwise shown on the drawings, pressure ranges shall be as follows:

| SERVICE | RANGE |
|---|---|
| L.P. Steam to 15 PSIG | 0 to 30 PSIG |
| M.P. Steam to 59 PSIG | 0 to 100 PSIG |
| H.P. Steam above 59 PSIG | 0 to 200 PSIG |
| Condensate Pump Discharge | 0 to 100 PSIG |
| Vacuum Return | 30 IN. HG. - 0 to 15 PSIG |

2.17 THERMOMETERS, PIPE OR TANK-MOUNTED

A. Thermometer locations are shown on the drawings.

B. Construction:

1. Industrial type, separable well and socket, union-connected.

2. Scales: Red-reading mercury combination fahrenheit/celsuis, Nine inches long.

3. Case: Corrosion resistant with glass or plastic front.

4. Form: Straight or back form except those located more than seven feet above floor shall be adjustable angle.

5. Wells: Sized to suit pipe diameter without restricting flow, or provide oversized pipe at well location. Snug sliding fit between socket and well.

6. Accuracy: One percent of scale range.

2.18 PIPE HANGERS AND SUPPORTS

A. Applies to all piping not in Pre-Engineered Approved Brochure System. All systems shall be completely supported. Supports shall be arranged so that all loads due to weight, thermal expansion, seismic shock and/or pressure are transferred from the support system to the structure. The design and location of supports shall at all times prevent excessive forces, moments, and stresses from being imposed on the equipment, structure, supported system, and supports. Heated systems generally require resilient supports.

APP 296

G. Spring Cushion Support Assembly:

1. Double Rod Assembly: MSS SP-58, Type 41 and 49.

2. Single Rod Assembly: MSS SP-58, Type 48 spring cushion, Type 3 pipe clamp or Type 1 clevis. Locate spring cushion within one-foot above pipe attachment.

H. Clevis Supports: MSS SP-58, Type 1.

I. Wall Brackets: MSS SP-58, Type 31, 32, and 33.

J. Pipe Stands: MSS SP-58, Type 38.

K. Riser Clamp: MSS SP-58, Type 42.

L. Alignment Guides: Construct guides of welded steel as shown to restrain movement perpendicular to the long axis of the piping. If not shown, provide steel spider clamped to pipe, enclosed within steel sleeve which is bolted or welded to structural support. Spider-type guide shall be a standard manufactured product.

M. Trapeze Supports: May be used where pipes are close together and parallel. Construct with structural steel channels or angles. Bolt roller supports to steel to support piping subject to horizontal thermal expansion. Attach other piping with u-bolts.

N. Pipe covering protection saddles: MSS SP-58, Type 39. Provide at all support points on insulated pipe except where Type 3 pipe clamp is provided.

O. Sliding Supports: MSS SP-58, Type 35. Welded steel attachments to pipe and structure with Teflon or graphite sliding surfaces bonded to the attachments. Provide steel guides, except at expansion bends, to prevent lateral movement of the pipe.

P. Pipe Racks and miscellaneous supports: Provide as shown. Construct of standard structural steel shapes, ASTM A36. Manufactured strut systems are acceptable if they have the required load-carrying ability.

Q. Seismic Restraints:

1. Bracing: Provide as required. Refer to details on drawings.

2. Shock Absorbers: MSS SP-58, Type 50. Mechanical or hydraulic type rated for shock loads. Pipe attachments shall be MSS SP-58, Type 3.

2.19 PIPE ANCHORS

Provide as shown. Construct with all welded steel, ASTM A36.

2.20 INSULATION MATERIALS (Except in Pre-Engineered Approved Brochure Systems)

A. Calcium Silicate Insulation:

1. Preformed Piping Insulation: Mil. Spec. MIL-I-2781.

2. Blocks: Mil. Spec. MIL-I-2819.

APP 298

3. Insulation shall have passed NBS boiling test. (Report NBSIR 81-2324).

B. Fiberglass Insulation:

1. Preformed Piping Insulation: ASTM C547, 450 degrees F.

2. Fitting Insulation: Mil. Spec. MIL-I-23128, with polyvinyl chloride pre-molded fitted covering.

C. Insulating and Finishing Cements: Best grade recommended by printed instructions of manufacturer for the type of insulation system and service conditions.

D. Insulation Bands: Minimum 1/2-inch wide by 0.015-inch thick aluminum or stainless steel.

E. Jackets for Insulation Exposed to Weather: Minimum 0.016-inch thick aluminum with locking longitudinal joints. Jackets for elbows, tees and other fittings shall be factory fabricated to match material and construction of the straight run jackets. Factory fabricated aluminum bands shall be furnished and installed on all circumferential joints. Bands shall be applied with manufacturers recommended sealant. Entire system shall be weathertight.

F. All-Purpose Jackets: Fed. Spec. HH-B-100, Type I. White kraft bonded to aluminum foil, fiberglass reinforced, pressure sensitive adhesive closure.

G. Glass Cloth Jacket: Minimum 7.8 ounces per square yard, 300 PSI bursting strength, weathertight for outside service.

H. Pipe Covering Protection Saddles: MSS SP-58, Type 39 at all hanger points except where type 3 pipe clamps are provided.

I. Fire and Smoke Ratings: Assembled insulation systems shall meet flame spread (25) and smoke developed (50) ratings as developed under ASTM C411 and NFPA 255 standards and specifications.

## PART 3 - EXECUTION

### 3.1 GENERAL

A. Connecting to Existing Work: Connect new work to existing work in a neat and workmanlike manner. Where an existing structure must be cut or existing utilities interfere, such obstruction shall be bypassed, removed, replace or relocated, patched and repaired. Work disturbed or damaged shall be replaced to its prior condition, as required by section 01010, 'GENERAL REQUIREMENTS'.

B. Coordination: Coordinate the location of all items of equipment and work of all trades. Maintain operability and maintainability of the equipment and systems. Any relocation of equipment or systems to comply with the requirement of operability and maintainability shall be performed by the contractor at his cost.

C. Excavation, trenching, shoring, sheathing, bracing, and backfilling shall conform to Section 02201, 'EARTHWORK'.

D. Grading: Unless otherwise shown on drawings, steam lines shall be graded downward not less than one-inch in 40-feet in direction of the flow. Provide eccentric reducing fittings on steam mains and branches, (except on vertical piping). Install said fittings to maintain continuity of

grade in bottom of pipeline. Provide risers with drip pockets and steam traps on steam lines where space restrictions prevent continuous grading.

3.2 DEMOLITION

A. Perform work in accordance with requirements for phasing.

B. All material and equipment removed shall become the property of the Contractor and shall be removed from Government property within one week and shall not be stored in operating areas.

C. All flame cutting shall be performed with adequate fire protection facilities available as required by safety codes and the COTR.

D. Asbestos Removal: Conform to Section 01569, "ASBESTOS REMOVAL".

3.3 PIPING JOINTS AND FITTINGS

A. Welded Joints:

1. Branch connections shall be made with either welding tees or welding outlet fittings. Welding outlet fittings shall be forged, integrally reinforced to provide 100 percent pipe strength, beveled for full penetration welding and funneled at inlet for full fluid flow.

2. Clean pipe and fittings before welding and installation in system.

B. Threaded Joints:

1. Pipe threads shall be cut to give proper engagement in threaded fittings. Threaded pipe shall have clean cut threads; dull or damaged pipe dies shall not be used.

2. Clean pipe and fittings before installation and ream pipe after cutting threads. Joints shall be made with oil and graphite pipe joint compound applied to male threads only.

C. Plastic Piping Joints: Construct with heat-cured epoxy adhesive. Materials and methods of joining shall conform to the recommendations of the pipe manufacturer.

D. Fittings: All pipe intersections and all changes in direction shall be made with factory-built reinforced fittings. Field-fabricated fittings and miters are not permitted.

3.4 WELDING

A. The Contractor is entirely responsible for the quality of the welding and shall:

1. Conduct tests of the welding procedures used by his organization, determine the suitability of the procedures used, determine that the welds made will meet the required tests, and also determine that the welding operators have the ability to make sound welds under standard conditions.

2. Comply with ANSI B31.1 and AWS B3.0.

3. Perform all welding operations required for construction and installation of the heat distribution system.

APP 300