B. Qualification of Welders: Rules of procedure for qualification of all welders and general requirements for fusion welding shall conform with the applicable portions of ANSI B31.1, and AWS B3.0, and also as outlined below.

C. Examining Welder: Each welder shall be examined at job site, by the Contractor in the presence of a representative of the Contracting Officer, to determine the ability of the welder to meet the qualifications required. Welders for piping shall be tested for all positions, including welds with the axis horizontal (not rolled) and with the axis vertical. Each welder shall be:

1. Allowed to weld only in the position in which he has qualified.

2. Required to identify his weld with his specific code marking signifying his name and number assigned.

D. Examination Results: Provide the Contracting Officer with a list of names and corresponding code markings. Where a welder fails to meet the prescribed welding qualifications, that welder shall be re-tested. If the welder fails the second test, the welder shall be disqualified for work on the project.

E. Beveling: Field bevels and shop bevels shall be done by mechanical means or by flame cutting. Where beveling is done by flame cutting, surfaces shall be thoroughly cleaned of scale and oxidation just prior to welding. All beveling shall conform to specified standards.

F. Alignment: Split welding rings shall be used for field joints on all carrier pipes above two inches to assure proper alignment, complete weld penetration, and prevention of weld spatter reaching the interior of the pipe. Field joints two-inches and smaller shall be made with welding sockets.

G. Erection: Piping shall not be split, bent, flattened, or otherwise damaged either before, during, or after installation. During erection, care shall be taken to remove all dirt, scale, and other foreign matter from inside the piping by use a pipe swab or pipe "pig" before connecting pipe sections, valves, equipment, or fittings. Where the pipe temperature falls to 32 degrees F or lower, the pipe shall be heated to approximately 100 degrees F for a distance of one foot on each side of the weld before welding, and the weld shall be finished before the pipe cools to 32 degrees F.

H. Defective Welds: Defective welds shall be replaced and re-inspected. Repairing defective welds by adding weld material over the defect or by peening will not be permitted. Welders responsible for defective welds must be re-qualified.

I. Electrodes: Electrodes shall be stored in a dry heated area, and be kept free of moisture and dampness during fabrication operations. Discard electrodes that have lost part of their coating.

3.5 GLASS FIBER REINFORCED PLASTIC PIPE

Installation of this product requires the work of approved certified personnel. Refer to Article, QUALITY ASSURANCE.

3.6 PIPE SUPPORT INSTALLATION (Not in Pre-Engineered Approved Brochure System)

A. Coordinate support locations with structure prior to erection of piping layout and hanger layout when locating hangers. Arrangement of supports shall facilitate operating, servicing

and removal of valves, strainers, and piping specialties. Hanger parts must be marked at the factory with a numbering system keyed to hanger layout drawings. Layout drawings must be available at the site.

B. Upper Attachments to Structure:

1. New Reinforced Concrete Construction: Concrete inserts.

2. Existing Reinforced Concrete Construction: Upper attachment welded or clamped to steel clip angles (or other construction shown on the drawings) which are expansion-bolted to the concrete. Expansion bolting shall be located so that loads place bolts in shear.

3. Steel Deck and Structural Framing: Upper attachments welded or clamped to structural steel members.

C. Expansion Fasteners and Power Set Fasteners: In existing concrete construction, expansion fasteners may be used for hanger loads up to one-third the manufacturer's rated strength of the expansion fastener. Power set fasteners may be used for loads up to one-fourth of rated load. When greater hanger loads are encountered, additional fasteners may be used and interconnected with steel members combining to support the hanger.

D. Special Supports:

1. Secure horizontal pipes where necessary to prevent vibration or excess sway.

2. Where hangers cannot be adequately secured as specified, special provisions shall be made for hanging and supporting pipe as directed by the COTR.

3. Pipe supports, hangers, clamps or anchors shall not be attached to equipment unless specified for that equipment or unless the COTR gives written permission.

E. Spring Hangers: Locate spring units within one foot of the pipe attachment, except in locations where spring assemblies interfere with pipe insulation.

F. Seismic Braces and Restraints: Do not insulate piping within one-foot of device until device has been inspected by the COTR.

G. Minimum Clearances in Tunnels and Trenches:

1. Floor to bottom of pipe support beam: Two-inches.

2. Floor to bottom of pipe insulation jacket: Six-inches.

3. Wall to side of pipe insulation jacket: Three-inches.

4. Ceiling to top of pipe insulation jacket: One-inch.

3.7 PAINTING EXPOSED STEEL SURFACES

Remove all rust and dirt and apply prime coat of rust resistant metal primer.

3.8 PRE-ENGINEERED APPROVED BROCHURE SYSTEM (Not used)

APP 302

3.9 BALL JOINT INSTALLATION

Location, spacing and cold set shall conform to layout drawings approved by manufacturer of ball joints. Representative of manufacturer shall visit site and verify that installation is proper. Locate to allow access to all packing injection devices, when provided.

3.10 EXPANSION JOINTS (BELLOWS AND SLIP TYPE)

A. Anchors and Guides: Provide type, quantity and spacing as recommended by manufacturer of expansion joint and as shown. Verify that anchors are properly designed for forces and moments which will be imposed.

B. Cold Set: Provide setting of joint travel at installation as recommended by the manufacturer for the ambient temperature during the installation.

C. Preparation for Service: Clean all sliding surfaces, add packing as necessary, remove all apparatus provided to restrain joint during shipping or installation. Representative of manufacturer shall visit the site and verify that installation is proper.

D. Access: Locate joints to permit access without removing piping or other devices. Allow clear space to permit replacement of joints and to permit access to devices for adding packing.

3.11 INSTALLATION - SAFETY VALVES

A. Location: Valves must be upright and oriented so that lifting levers are accessible from nearest walkway.

B. Vent System: Provide drip pan ell or, if shown, special flexible connector on each safety valve. Provide slip joint arranged to prevent vent line from imposing any strain on safety valve and to prevent moisture accumulation in safety valve. Support vent line from above. Provide drain line to nearest floor drain from drip pan ell or flexible connector. Provide separate vent line from each safety valve to atmosphere unless otherwise shown. Piping weight on safety valve outlet shall not exceed that allowed by valve manufacturer.

C. Accessibility: Provide union or flanged connection at safety valve outlet to allow removal of safety valves without disassembling vents.

3.12 INSTALLATION - PRESSURE GAUGES

Locate at inlet and outlet of each pressure reducing station and on each pump discharge. Orient gauges so that dials are upright and visible from nearest walkway. Provide gauge cock. Provide siphon on steam service. Provide liquid - filled gauges on pump discharge.

3.13 INSTALLATION - THERMOMETERS

Orient thermometers so that scales are upright and visible from nearest walkway. Locate wells in flow stream.

3.14 INSTALLATION - VALVES

A. Locate valve stems above the horizontal centerline of the pipe.

B. Locate valves to permit access for operation, maintenance, and replaceme

APP 303

3.15 INSULATION

A. Piping in Pre-Engineered Approved Brochure Systems shall be insulated in accordance with Approved Brochure.

B. Steam, condensate and drip return piping, other than in Pre-Engineered Approved Brochure Systems, shall be insulated as follows:

1. Piping in concrete trenches with removable covers shall be insulated with calcium silicate pipe insulation, glass cloth or aluminum jacket.

2. Piping in concrete manholes shall be insulated with calcium silicate pipe insulation, glass cloth or aluminum jacket.

3. Exposed piping in walk-through tunnels shall be insulated with fiberglass pipe insulation, all purpose jacket.

4. Valves and strainers 2-1/2 inches and above shall be insulated. Steam traps, screwed unions, strainers under 2-1/2 inches and bronze valves shall not be insulated. Do not insulate expansion joints.

5. Insulation Thickness: Insulation thicknesses given are manufacturers nominal thickness.

a. Steam Lines:

| PIPE SIZE: | THICKNESS: |
|---|---|
| One-inch and under | Two-inches |
| 1-1/4 to three inches | 2-1/2 inches |
| Four-inches and over | 3-1/2 inches |

b. Condensate Returns - (Pump, gravity, drip and vacuum):

| PIPE SIZE: | THICKNESS: |
|---|---|
| One-inch and under | One-inch |
| 1-1/4 to three-inches | 1-1/2 inches |
| Four-inches and over | Two-inches |

6. Installation:

a. All insulation material shall be new, clean, dry and stored in a clean dry environment; jacketing materials shall be clean and unmarred; store adhesives in original containers.

b. All materials incorporated in the job shall be identified on manufacturers container by name, type and description.

APP 304

c. Materials shall be applied on clean, dry surfaces from which all dirt, loose scale, construction debris has been removed by wire brushing.

d. The installation shall be neat, thermally and structurally tight without sag, neatly finished at all hanger or other penetrations and shall provide a smooth finished surface primed as required to receive specified painting.

e. Scrap insulation shall not be incorporated; any work damaged by welding, burning, compressing due to concentrated construction loads shall be repaired.

f. Pipe covering protection saddles (MSS SP-58, Type 39) shall be applied at all hanger points incorporating springs or rollers. Fill space between saddle and piping with high density insulation, thoroughly packed. Jacket shall be terminated clear of saddle bearing area.

g. Insulation and jacket shall terminate hard and tight at all anchor points.

h. Insulation termination at piping facilities not to be insulated shall stop short, and be finished with 45 degree chamfered section of insulating and finishing cement, and covered with jacket.

i. Flanged fittings and valves shall be insulated with sections of pipe insulation cut, fitted and arranged neatly, and firmly wired in place. Insulating cement shall fill all cracks, voids and outer surface for covering with glass cloth. Insulation of valve bonnet shall terminate on valve side of bonnet flange to permit valve repair.

j. On calcium silicate insulated piping systems, fittings over two-inch size shall be insulated with field shaped sections of calcium silicate insulation, finished with specified insulating and finishing cements and covered with glass cloth jacket. On sizes two inches and under apply insulating and finishing cements, and cover with glass cloth jacket.

k. Fiberglass insulated piping systems fittings over two-inch size shall be insulated with specified molded pipe fitting covering or compressed blanket, finished with specified insulating and finishing cements and covered with specified PVC fitting jacket. On sizes two inches and under apply insulating and finishing cements and cover with PVC fitting jacket.

l. Apply glass cloth using an approved adhesive. Glass cloth shall be smooth, tight and neatly finish at all edges; prime cloth to receive paint.

3.16 TESTS

A. Provide hydrostatic and operational tests of piping systems.

B. Before conducting steam system operating test, remove steam trap elements or use bypass connections around traps; then flush lines with high pressure water until discharge shows no foreign matter to the satisfaction of resident engineer.

C. Hydrostatic and Operational Tests: Steam and condensate piping hall be tested hydrostatically before insulation is applied at field joints and shall be proved tight at a pressure 1-1/2 times distribution supply pressure.

1. Remove or isolate any elements of the system such as expansion joints, which are not designed for the test pressure.

2. Prior to acceptance of installation, Contractor shall subject system to operating tests as may be required by the COTR to demonstrate satisfactory functional and operating efficiency. These operating tests shall cover a period of not less than six hours for each portion of system tested. Conduct tests at times as the COTR may direct.

3. Provide calibrated instruments, equipment, facilities and labor, at no additional cost to the Government.

4. Repeat tests when failures occur.

5. After completion of satisfactory test, replace all elements which have been removed prior to testing.

D. Deficiencies discovered shall be corrected at the Contractor's expense, to satisfaction of the COTR. Major deficiencies or failure to correct deficiencies, to the satisfaction of the COTR, may be considered cause for rejecting the entire installation.

--- END OF SECTION ---

APP 306

SECTION 03300
CAST-IN-PLACE CONCRETE

## PART 1 - GENERAL

### 1.1 DESCRIPTION

This section specifies cast-in-place structural concrete and materials and mixes for other concrete.

### 1.2 RELATED WORK

A. Materials testing and inspection during construction: Section 01410, 'TESTING LABORATORY SERVICES'.

B. Concrete roads, walks, and similar exterior site work: Section 02514, 'SITE WORK CONCRETE'.

### 1.3 TESTING AGENCY FOR CONCRETE MIX DESIGN

A. Testing agency retained and reimbursed by the Contractor and approved by the COTR.

B. Testing agency maintaining active participation in Program of Cement and Concrete Reference Laboratory (CCRL) of National Institute of Standards and Technology.

C. Testing agency shall furnish equipment and qualified technicians to establish proportions of ingredients for concrete mixes.

### 1.4 TOLERANCES

A. Formwork: ACI 117, except the elevation tolerance of formed surfaces before removal of shores is +0 inch and -3/4 inch.

B. Reinforcement Fabricating and Placing: ACI 117, except that fabrication tolerance for bar sizes #3, #4, and #5 (Tolerance Symbol 1 in Fig. 2.1(a), ACI, 117) used as column ties or stirrups is +0 inch and -1/2 inch where gross bar length is less than 12 feet, or +0 inch and -3/4 inch where gross bar length is 12 feet or more.

C. Cross-Sectional Dimension: ACI 117, except tolerance for thickness of slabs 12 inches or less is +3/4 inch and -1/4 inch. Tolerance of thickness of beams more than 12 inch but less than 3 feet is +3/4 inch and -3/8 inch.

D. Slab Finishes: ACI 117, Section 4.5.6, F-number method in accordance with ASTM E1155, except as follows:

1. Test entire slab surface, including those areas within 2 feet of construction joints and vertical elements that project through slab surface.

2. Maximum elevation change which may occur within 2 feet of any column or wall element is 0.25 inches.

APP 307

3. Allow sample measurement lines that are perpendicular to construction joints to extend past joint into previous placement no further than 5 feet.

1.5 REGULATORY REQUIREMENTS

A. ACI 315 - Manual of Standard Practice for Detailing Reinforced Concrete Structures.

B. ACI 318 - Building Code Requirements for Reinforced Concrete.

1.6 SUBMITTALS

A. Submit in accordance with Section 01340, SAMPLES AND SHOP DRAWINGS.

B. Samples:

1. Portland cement, eight pounds

2. Fly ash, five pounds

C. Shop Drawings:

Reinforcing steel: Complete shop drawings

D. Mill Test Reports:

Reinforcing steel

E. Manufacturer's Certificates:

1. Abrasive aggregate

2. Lightweight aggregate for structural concrete

3. Air-entraining admixture

4. Chemical admixtures

5. Waterproof paper for curing concrete

6. Liquid membrane-forming compounds for curing concrete

7. Non-shrinking grout

8. Liquid hardener

9. Waterstops

10. Expansion joint filler

11. Adhesive binder

F. Testing Agency for Concrete Mix Design:

Approval request including qualifications of principals and technicians and evidence of

active participation in program of Cement and Concrete Reference Laboratory (CCRL) of National Institute of Standards and Technology.

G. Test Report:

1. Trial mixes including water-cement ratio curves

2. Concrete mix ingredients

3. Admixtures

H. Shoring and Re-shoring Sequence: Submit for approval a shoring and re-shoring sequence for flat slab portions, prepared by a registered Professional Engineer. As a minimum, include timing of form stripping, re-shoring, number of floors to be re-shored and timing of re-shore removal to serve as an initial outline of procedures subject to modification as construction progresses. Submit revisions to sequence, whether initiated by the COTR (see FORMWORK) or Contractor.

1.7 DELIVERY, STORAGE, AND HANDLING

A. Conform to ACI 304. Store aggregate separately for each kind or grade, to prevent segregation of sizes and avoid inclusion of dirt and other materials.

B. Deliver cement in original sealed containers bearing name of brand and manufacturer, and marked with net weight of contents. Store in suitable watertight building in which floor is raised at least 1 foot above ground. Store bulk cement in separate suitable bins.

C. Deliver other packaged materials for use in concrete in original sealed containers, plainly marked with manufacturer's name and brand, and protect from damage until used.

1.8 PRE-CONCRETE CONFERENCE

A. General: At least 15 days prior to submittal of design mixes, conduct a meeting to review proposed methods of concrete construction to achieve the required results.

B. Agenda: Includes but is not limited to:

1. Submittals

2. Coordination of work

3. Availability of material

4. Concrete mix design including admixtures

5. Methods of placing, finishing, and curing

6. Finish criteria, including flatness and levelness

7. Timing of floor finish measurements

8. Material inspection and testing

Attendees: Include but not limited to representatives of Contractor; subcontractors



APP 309

involved in supplying, conveying, placing, finishing, and curing concrete; admixture manufacturers and the COTR.

D. Minutes of the meeting: Contractor shall take minutes and type and distribute the minutes to attendees within five days of the meeting.

1.9 APPLICABLE PUBLICATIONS

A. Publications listed below form a part of this specification to extent referenced. Publications are referenced in text by basic designation only.

B. Federal Specifications (Fed. Spec.):

MM-L-751H........Lumber Softwood

C. American Concrete Institute (ACI):

117-90................Standard Tolerances for Concrete Construction and Materials

211.1-89..............Standard Practice for Selecting Proportions for Normal, Heavyweight, and Mass Concrete

211.2-91............Standard Practice for Selecting Proportions for Structural Lightweight Concrete

214-77(1983)....Recommended Practice for Evaluation of Strength Test Results of Concrete

301-89..............Specification for Structural Concrete for Buildings

304R-89...........Guide for Measuring, Mixing, Transporting, and Placing Concrete

305R-91............Hot Weather Concreting

306R-89.............Cold Weather Concreting

308-92..............Standard Practice for Curing Concrete

309R-87...........Guide for Consolidation of Concrete

315-80(1986)...Details and Detailing of Concrete Reinforcement

318-89..............Building Code Requirements for Reinforced Concrete

347R-88............Guide to Formwork for Concrete

D. American National Standards Institute and American Hardboard Association (ANSI/AHA):

A135.4-82........Basic Hardboard

APP 310

E. American Society for Testing and Materials (ASTM):

A185-90..........Steel Welded Wire, Fabric, Plain for Concrete Reinforcement

A446-91..........Steel Sheet, Zinc-Coated (Galvanized) by the Hot-Dip Process, Structural (Physical) Quality

A525-91..........General Requirements for Steel Sheet, Zinc-Coated (Galvanized) by the Hot-Dip Process

A615-92..........Deformed and Plain Billet-Steel Bars for Concrete Reinforcement

A616-90..........Rail-Steel Deformed and Plain Bars for Concrete Reinforcement

A617-92..........Axle-Steel Deformed and Plain Bars for Concrete Reinforcement

C31-91..........Making and Curing Concrete Test Specimens in the Field

C33-90..........Concrete Aggregates

C39-86..........Compressive Strength of Cylindrical Concrete Specimens

C94-92..........Ready-Mixed Concrete

C143-90..........Slump of Portland Cement Concrete

C150-92..........Portland Cement

C171-91..........Sheet Materials for Curing Concrete

C172-90..........Sampling Freshly Mixed Concrete

C173-78..........Air Content of Freshly Mixed Concrete by the Volumetric Method

C192-90..........Making and Curing Concrete Test Specimens in the Laboratory

C231-91..........Air Content of Freshly Mixed Concrete by the Pressure Method

C260-86..........Air-Entraining Admixtures for Concrete

C309-91..........Liquid Membrane-Forming Compounds for Curing Concrete

C330-89..........Lightweight Aggregates for Structural Concrete

C494-92..........Chemical Admixtures for Concrete

C496-90..........Test Method for Splitting Tensile Strength of Cylindrical Concrete

C567-85..........Unit Weight of Structural Lightweight Concrete

C618-92..........Fly Ash and Raw or Calcined Natural Pozzolan for Use as a Mineral Admixture in Portland Cement Concrete

C666-90..........Resistance of Concrete to Rapid Freezing and Thawing

C881-90..........Epoxy-Resin-Base Bonding Systems for Concrete

C1107-89..........Packaged, Dry, Hydraulic-Cement Grout (Non-Shrinkable)

D1751-83..........Preformed Expansion Joint Fillers for Concrete Paving and Structural Construction (Nonextruding and Resilient Bituminous Types)

D4397-91..........Polyethylene Sheeting for Construction, Industrial and Agricultural Applications

E1155-87..........Standard Test Method for Determining Floor Flatness and Levelness Using the F-Number System

F. American Welding Society (AWS):

D1.4-92............Structural Welding Code - Reinforcing Steel

G. Concrete Reinforcing Steel Institute (CRSI):

MSP 1-80..........Manual of Standard Practice

H. U. S. Department of Commerce Product Standard (PS):

PS 1-83............Construction and Industrial Plywood

I. U. S. Army Corps of Engineers Handbook for Concrete and Cement:

CRD C513-74...Rubber Waterstops

CRD C572-74...Polyvinylchloride Waterstops

PART 2 - PRODUCTS

2.1 FORMS

A. Wood: Fed Spec MM-L-751H, free from loose knots and suitable to facilitate finishing concrete surface specified; tongue and grooved.

B. Plywood: PS-1 Exterior Grade B-B (concrete-form) 5/8-inch, or 3/4-inch thick for unlined contact form. B-B High Density Concrete Form Overlay optional.

C. Metal For Concrete Rib-Type Construction: Steel (removal type) of suitable weight and form to provide required rigidity.

D. Permanent Steel Form for Concrete Slabs: Corrugated, ASTM A446, Grade E, and Galvanized, ASTM A525, G90. Provide venting where insulating concrete fill is used.

Corrugated Fiberboard Void Boxes: Double faced, completely impregnated with paraffin and laminated with moisture resistant adhesive, size as shown. Design forms to

support not less than 1,000 psf and not lose more than 15 percent of their original strength after being completely submerged in water for 24 hours and then air dried.

F. Form Lining:

1. Hardboard: ANSI/AHA A208.1, Type 2, Grade 2-M-2, exterior bond not less than 3/16-inch thick.
2. Plywood: Grade B-B Exterior (concrete-form) not less than 1/4-inch thick.
3. Plastic, fiberglass, or elastomeric capable of reproducing the desired pattern or texture.

G. Form Ties: Develop a minimum working strength of 3000 pounds when fully assembled. Ties shall be adjustable in length to permit tightening of forms and not have any lugs, cones, washers to act as spreader within form, nor leave a hole larger than 3/4-inch diameter, or a depression in exposed concrete surface, or leave metal closer than 1-1/2 inches to concrete surface. Wire ties not permitted. Cutting ties back from concrete face not permitted.

## 2.2 MATERIALS

A. Portland Cement: ASTM C150 Type ______.

B. Fly Ash: ASTM C618, Class C or F including supplementary optional requirements relating to reactive aggregates and alkalies, and loss on ignition (LOI) not to exceed 5 percent.

C. Coarse Aggregate: ASTM C33.

1. Size 67. Size 467 may be used for footings and walls over 12 inches thick.
2. Coarse aggregate for applied topping, encasement of steel columns, and metal pan stair fill shall be Size 7.
3. Maximum size of coarse aggregates not more than one-fifth of narrowest dimension between sides of forms; one-third of depth of slabs, nor three-fourth of minimum clear spacing between reinforcing bars.

D. Lightweight Aggregates for Structural Concrete: ASTM C330, Table 1. Maximum size of aggregate not larger than one-fifth of narrowest dimension between forms, nor three-fourths of minimum clear distance between reinforcing bars. Contractor to furnish certified report to verify that aggregate is sound and durable, and has a durability factor of not less than 80 based on 300 cycles of freezing and thawing when tested in accordance with ASTM C666.

E. Fine Aggregate: ASTM C33. Fine aggregate for applied concrete floor topping shall pass a No. 4 sieve, 10 percent maximum shall pass a No. 100 sieve.

F. Mixing Water: Fresh, clean, and potable.

G. Admixtures:

1. Water Reducing Admixture: ASTM C494, Type A and not contain more chloride ions

than are present in municipal drinking water.

2. Water-Reducing, Retarding Admixture: ASTM C494, Type D and not contain more chloride ions than are present in municipal drinking water.

3. High-Range Water-Reducing Admixture (Superplasticizer): ASTM C494, Type F or G, and not contain more chloride ions than are present in municipal drinking water.

4. Non-Corrosive, Non-Chloride Accelerator: ASTM C494, Type C or E, and not contain more chloride ions than are present in municipal drinking water. Admixture manufacturer must have long-term non-corrosive test data from an independent testing laboratory of at least one year duration using an acceptable accelerated corrosion test method such as that using electrical potential measures.

5. Air-Entraining Admixture: ASTM C260.

6. Prohibited Admixtures: Calcium chloride, Thiocyanate or admixtures containing more than 0.05 percent chloride ions are not permitted.

7. Certification: Written conformance to the requirements above and the chloride ion content of the admixture prior to mix design review.

H. Vapor Barrier: ASTM D4397, 6 mil.

I. Reinforcing Steel: ASTM A615, or ASTM A616, or ASTM A617 deformed, grade as shown.

J. Welded Wire Fabric: ASTM A185.

K. Reinforcement for Concrete Fireproofing: 4-inch by 8-inch mesh of No. 10 by No. 12 gauge wire fabric (No. 10 wires shall be four inches on centers), secured in place to hold mesh 3/4 inch away from steel. Mesh at steel columns shall be wired to No. 3 vertical corner steel rods.

L. Reinforcement for Metal Pan Stair Fill: 2-inch wire mesh, either hexagonal mesh at 1.5 pounds per square yard, or square mesh at 1.17 pounds per square yard.

M. Supports, Spacers, and Chairs: Types which will hold reinforcement in position shown in accordance with requirements of ACI 318 except as specified.

N. Expansion Joint Filler: ASTM D1751.

O. Sheet Materials for Curing Concrete: ASTM C171.

P. Curing Compounds:

Clear Curing and Sealing Compound: VOC compliant, 30 percent solids content Minimum, will not yellow under ultra violet light after 500 hours of test in accordance with ASTM C4587, test data from an independent testing laboratory indicating a maximum moisture loss of 0.039 grams per sq. cm. when applied at a coverage rate of 300 sq. ft. per gallon. Compatible with mastic applied adhesives and not discolor concrete surface.

Q. Abrasive Aggregate: Aluminum oxide grains or emery grits.

R. Liquid Hardener and Dustproofer: Fluosilicate solution of magnesium fluosilicate or zinc fluosilicate. Magnesium and zinc may be used separately or in combination as recommended by manufacturer.

S. Non-Shrink Grout:

1. ASTM C1107, pre-mixed, produce a compressive strength of at least 5,000 psi at three days. Furnish test data from an independent laboratory indicating that the grout when placed at a fluid consistency shall achieve 95 percent bearing under a 4-foot by 4-foot base plate.

2. Where high fluidity or increased placing time is required, furnish test data from an independent laboratory indicating that the grout when placed at a fluid consistency shall achieve 95 percent under an 18-inch by 36-inch base plate.

T. Adhesive Binder: ASTM C881.

U. Polyvinyl Chloride Waterstop: CRD C572.

V. Rubber Waterstops: CRD C513.

W. Bentonite Water Stop: Flexible strip of bentonite 1-inch by 3/4-inch, weighing 5.85 lbs. per foot composed of Butyl Rubber Hydrocarbon (ASTM D297), Bentonite (SS-S-210-A) and Volatile Matter (ASTM D6).

X. Cement: ASTM C150.

Y. Porous Backfill: Crushed stone or gravel graded from 1-inch to 3/4-inch.

Z. Synthetic Fibers: Monofilament or fibrillated polypropylene fibers for secondary reinforcing of concrete members. Use appropriate length and 1.5 lb. per cubic yard. Product shall have a UL rating.

AA. Epoxy Joint Filler: Two component, 100 percent solids compound, with a minimum shore D hardness of 50.

BB. Bonding Admixture: Non-rewettable, polymer modified, bonding compound.

## 2.3 CONCRETE MIXES

A. Mix Designs: Proportioned in accordance with Section 5.3, "Proportioning on the Basis of Field Experience and/or Trial Mixtures" of ACI 318.

1. If trial mixes are used, make a set of at least six cylinders in accordance with ASTM C192 for test purposes from each trial mix; test three for compressive strength at 7 days and three at 28 days.

2. Submit a report of results of each test series, include a detailed listing of the proportions of trial mix or mixes, including cement, fly ash, admixtures, weight of

fine and coarse aggregate per cubic foot measured dry rodded and damp loose, specific gravity, fineness modulus, percentage of moisture, air content, water-cement-fly ash ratio, and consistency of each cylinder in terms of slump.

3. Prepare a curve showing relationship between water-cement -fly ash ratio at day and 28 day compressive strengths. Plot each curve using at least three specimens.

4. If the field experience method is used, submit complete standard deviation analysis.

B. Fly Ash Testing: Submit certificate verifying conformance with specifications initially with mix design and for each truck load of fly ash delivered from source. Notify the COTR immediately when change in source is anticipated. Prior to beginning trial mixes submit to the COTR the following representative samples of material to be used, properly identified source and project description and number, type of testing (complete chemical and physical), suitably packaged for shipment, and addressed as specified. Allow 60 calendar days for test results after submittal of sample.

1. Fly ash - five pounds

2. Portland cement - eight pounds

Address - Waterways Experiment Station (WES)
3909 Halls Ferry Road
Vicksburg, MS 39180-6199
ATTN. Engineering Materials Group

C. After approval of mixes no substitution in material or change in proportions of approval mixes may be made without additional tests and approval of the COTR or as specified. Making and testing of preliminary test cylinders may be carried on pending approval of cement and fly ash, providing the Contractor and manufacturer certify that ingredients used in making test cylinders are the same. The COTR may allow the Contractor to proceed with depositing concrete for certain portions of work, pending final approval of cement and fly ash and approval of design mix.

D. Cement Factor: Maintain minimum cement factors in Table I regardless of compressive strength developed above minimums. Fly ash may be substituted for up to 20 percent of the minimum cement factor at option of the Contractor, with the approval of the COTR.

APP 316

TABLE I - CEMENT AND WATER FACTORS FOR CONCRETE

| Concrete Type & Strength | | Non-Air-Entrained | | Air-Entrained | |
|---|---|---|---|---|---|
| Concrete Type | Min. 28 Day PSI/Comp. Str. | Min. Cement Factor Pounds Per Cu. Yd. | Maximum Water Cement Ratio | Min. Cement Factor Pounds Per Cu. Yd. | Maximum Water Cement Ratio |
| E | 5000(1,3) | 630 | 0.45 | 650 | 0.40 |
| D | 4000(1,3) | 550 | 0.55 | 570 | 0.50 |
| C | 3000(1,3) | 470 | 0.65 | 490 | * |
| CL | 3000(1,2) | 500 | | 520 | * |

1. If trial mixes are used, the proposed mix design shall achieve a compressive strength 1200 psi in excess of f'c.
2. Lightweight Structural Concrete. Pump mixes may require higher cementitious values.
3. For concrete exposed to high sulfate content soils maximum water cement ratio 0.44.

*Determined by Laboratory in accordance with ACI 211.1 for normal concrete or ACI 211.2 for lightweight structural concrete.

E. Maximum Slump: Maximum slump, as determined by ASTM C143 with tolerances as established by ASTM C94, for concrete to be vibrated shall be as shown in Table II.

TABLE II - MAXIMUM SLUMP, INCHES*

| Kind of Construction | Normal Weight Concrete | Lightweight Structural Concrete |
|---|---|---|
| Reinforced Footings and Substructure Walls | 3 | 3 |
| Slabs, Beams, Reinforced Walls, and Building Columns | 4 | 3 |

*Slump may be increased by the use of the approved high-range water-reducing admixture (superplasticizer). Tolerances as established by ASTM C94. Concrete containing the high-range-water-reducing admixture may have a maximum slump of 9 inches. The concrete shall arrive at the job site at a slump of 2 inches to 3 inches, (3 inches to 4 inches for lightweight concrete), be verified, then the high-range-water-reducing admixture added to increase the slump to the approved level.