F. Air-Entrainment: Air-entrainment of normal weight concrete shall conform with Table III. Air-entrainment of lightweight structural concrete shall conform with Table IV. Determine air content by either ASTM C173 or ASTM C231.

TABLE III - TOTAL AIR CONTENT
FOR VARIOUS SIZES OF COARSE AGGREGATES (NORMAL CONCRETE)

| Nominal Maximum Size of Coarse Aggregate, Inches | Total Air Content Percentage by Volume |
|---|---|
| 3/8 | 6 to 10 |
| 1/2 | 5 to 9 |
| 3/4 | 4 to 8 |
| 1 | 3-1/2 to 6-1/2 |
| 1-1/2 | 3 to 6 |

TABLE IV
AIR CONTENT OF LIGHTWEIGHT STRUCTURAL CONCRETE

| Nominal Maximum size of Coarse Aggregate, Inches | Total Air Content Percentage by Volume |
|---|---|
| Greater than 3/8 | 4 to 8 |
| 3/8 or less | 5 to 9 |

G. High early strength concrete, made with Type III cement or Type I cement plus non-corrosive accelerator, shall have a 7-day compressive strength equal to specified minimum 28-day compressive strength for concrete type specified made with standard Portland cement.

H. Lightweight structural concrete shall not weigh more than air-dry unit weight shown. Air-dry unit weight determined on 6-inch by 12-inch test cylinders after seven days standard moist curing followed by 21 days drying at 73.4 (plus or minus 3) degrees Fahrenheit, and 50 (plus or minus 7) percent relative humidity. Use wet unit weight of fresh concrete as basis of control in field.

I. Concrete slabs placed at air temperatures below 50 degrees Fahrenheit use non corrosive, non-chloride accelerator. Concrete required to be air-entrained use approved

air entraining admixture. Pumped concrete, synthetic fiber concrete, architectural concrete, concrete required to be watertight, and concrete with a water/cement ratio below 0.50 use high-range water-reducing admixture (superplasticizer).

J. Durability: Use air entrainment for exterior exposed concrete subjected to freezing and thawing and other concrete shown or specified. Air content as shown in Table III or Table IV.

K. Enforcing Strength Requirements: Test as specified in Section 01410, 'TESTING LABORATORY SERVICES', during the progress of the work. Seven-day tests may be used as indicators of 28-day strength. Average of any three 28-day consecutive strength tests of laboratory-cured specimens representing each type of concrete shall be equal to or greater than specified strength. No single test shall be more than 500 psi below specified strength. Interpret field test results in accordance with ACI 214. Should strengths shown by test specimens fall below required values, the COTR may require any one or any combination of the following corrective actions, at no additional cost to the Government:

1. Require changes in mix proportions by selecting one of the other appropriate trial mixes or changing proportions, including cement content, of approved trial mix.

2. Require additional curing and protection.

3. If five consecutive tests fall below 95 percent of minimum values given in Table I or if test results are so low as to raise a question as to the safety of the structure, the COTR may direct the Contractor to take cores from portions of the structure. Use results from cores tested by the Contractor retained testing agency to analyze structure.

4. If strength of core-drilled specimens falls below 85 percent of minimum value given in Table I, the COTR may order load tests, made by Contractor retained testing agency, on portions of building so affected. Load tests in accordance with ACI 318 and criteria of acceptability of concrete under test as given therein.

5. Concrete work, judged inadequate by structural analysis or by results of load test, shall be reinforced with additional construction or replaced, if directed by the COTR.

2.4 BATCHING AND MIXING

A. General: Concrete shall be "Ready-Mixed" and comply with ACI 318 and ASTM C94, except as specified. Batch mixing at the site is permitted. Mixing process and equipment must be approved by the COTR. With each batch of concrete, furnish certified delivery tickets listing information in Paragraph 16.1 and 16.2 of ASTM C94. Maximum delivery temperature of concrete is 100 degrees Fahrenheit. Minimum delivery temperature as follows:

| Atmospheric Temperature | Minimum Concrete Temperature |
| --- | --- |
| 30 degrees to 40 degrees F. | 60 degrees F. |
| 0 degrees to 30 degrees F. | 70 degrees F. |

1. Services of aggregate manufacturer's representative shall be furnished during the design of trial mixes and as requested by the COTR for consultation during batching.

mixing, and placing operations of lightweight structural concrete. Services will be required until field controls indicate that concrete of required quality is being furnished. Representative shall be thoroughly familiar with the structural lightweight aggregate, adjustment and control of mixes to produce concrete of required quality. Representative shall assist and advise the COTR in establishing and maintaining these controls.

B. Ready-mixed: May be plant-mixed or transit-mixed.

1. Plant-mixed concrete: Plant equipped for accurate proportioning and mixing and have sufficient capacity and transportation facilities to deliver concrete at rate required.

a. Concrete shall have initial mixing at plant not less than one minute for mixer capacity of one cubic yard or less, increasing 15 seconds for each additional cubic yard or less, after materials are in mixer.

b. Maximum time elapsing between discharge of concrete from mixer to its final position in structure is 1-1/2 hours or 300 revolutions of drum.

c. Transportation of concrete from plant to job shall be in agitator trucks or transit mixers operated at agitation speed until concrete is discharged.

d. Capacity of truck mixer or of truck agitator in accordance with manufacturer's rating.

e. Maximum volume of mixed concrete carried is 80 percent of gross volume of drum or container. Minimum agitating speed is two revolutions per minute. Maximum agitating speed is six revolutions per minute of drum or mixing blade.

2. Transit-mixed concrete: Batch and discharge materials into truck mixers capable of transporting and mixing separate ingredients into thoroughly mixed and uniform mass while in transit.

a. Quality and characteristics of mix conform to requirements specified.

b. Flush water not permitted in mixing water.

c. Deliver concrete to site and complete placement in final position within 1-1/2 hours after introduction of mixing water or cement.

d. Begin mixing operation within 30 minutes after introduction of cement.

e. Minimum number of revolutions of mixer is four revolutions of drum per minute and a maximum peripheral velocity of 225 feet per minute.

f. Mix concrete for not less than 70 nor more than 100 revolutions of drum at rate of rotation designated by manufacturer of equipment at mixing speed.

g. Additional mixing, shall not exceed 200 revolutions at agitation speed designated by manufacturer of equipment. Agitating speed for transit mixer shall be not less than two nor more than six revolutions per minute.

APP 320

h. Operate truck mixers within limits of capacity and speed or rotation designated by manufacturer.

i. Equip transit mixer with a device for recording number of revolutions made by drum.

3. Mixing structural lightweight concrete: Charge mixer with aggregate and 2/3 of the total mixing water. Mix ingredients for not less than 30 seconds in a stationary mixer or not less than 10 revolutions at mixing speed in a truck mixer. Add remaining mixing water and other ingredients and continue mixing. Above procedure may be modified as recommended by aggregate producer.

## PART 3 - EXECUTION

### 3.1 FORMWORK

A. General: Design in accordance with ACI 347 is the responsibility of the Contractor. The Contractor shall retain a registered Professional Engineer to design the formwork, shores, and re-shores. Deflections of flat slab area are of concern, and shall be addressed. Shoring and re-shoring sequence specified under SUBMITTALS shall be composed to limit creep deflections and address safety. If, in the opinion of the COTR, construction operations result in excessive flat slab deflections, Contractor shall revise the sequence, subject to approval. Revisions could include (1) timing; (2) camber, or other features. Camber, if used, shall be calculated by the Contractor's Engineer. Forms shall be rigid, true, plumb, well braced, restrained from warping or displacement, sufficiently tight to hold concrete without leakage, and sufficiently strong to withstand depositing and vibration of concrete and to carry, without exceeding deformation and tolerances (See Paragraph 3.11), dead and live loads to which they may be subjected. Place supporting shores and re-shores, to extent necessary, on firm supports and set with wedges. Construct wood forms for beams, girders and lintels, so that at least one side may be removed for inspection and cleaning but without disturbing bottom of form or its supports. Construct removable sections at bottoms of two sides of column forms and where directed on interior side of wall forms or provide other methods acceptable to the COTR for cleaning out and for inspection of steel before concrete is placed. Chamfer exposed edges and external corners 1-inch face, unless otherwise shown.

1. Spreaders: Locate spreaders in wall forms adjacent to ties and opposite studs, approximately 3 feet apart at each line of wales. Provide means of removing spreaders as placing of concrete progresses.

2. Bulkheads: Provide construction joint bulkheads to definitely limit each concrete placement. Set bulkheads using either optical or laser instruments. Maximum distance between construction joints is 80 feet in horizontal direction, unless otherwise shown. Set bulkheads normal and vertical to section to receive concrete and leave in place until concrete has sufficiently set. Remove concrete passing bulkheads at completion of concrete placement.

2. Form boards and plywood forms may be reused for contact surfaces of exposed concrete only if thoroughly cleaned, patched, and repaired and their reuse is approved by the COTR.

4. Provide forms for concrete footings unless the COTR determines forms are not necessary.

5. Corrugated fiberboard forms: Place forms on a smooth firm bed, set tight, with no buckled cartons to prevent horizontal displacement, and in a dry condition when concrete is placed.

B. Treating and Wetting: Treat or wet contact forms as follows:

1. Coat plywood and board forms with non-staining form sealer. In hot weather cool forms by wetting with cool water just before concrete is placed.

2. Clean and coat removable metal forms with light form oil before reinforcement is placed. In hot weather cool metal forms by thoroughly wetting with water just before placing concrete.

3. Use sealer on reused plywood forms as specified for new material.

C. Size and Spacing of Studs: Size and space studs, wales and other framing members for wall forms so as not to exceed safe working stress of kind of lumber used nor to develop deflection greater than 1/270 of free span of member.

D. Unlined Forms: Use plywood forms to obtain a smooth finish for concrete surfaces. Tightly butt edges of sheets to prevent leakage. Back up all vertical joints solidly and nail edges of adjacent sheets to same stud with 6d box nails spaced not over 6 inches apart.

E. Lined Forms: May be used in lieu of unlined plywood forms. Back up form lining solidly with square edge board lumber securely nailed to studs with all edges in close contact to prevent bulging of lining. No joints in lining and backing may coincide. Nail abutted edges of sheets to same backing board. Nail lining at not over 8 inches on centers along edges and with at least one nail to each square foot of surface area; nails to be 3d blued shingle or similar nails with thin flatheads.

F. Architectural Liner: Attach liner as recommended by the manufacturer with tight joints to prevent leakage.

G. Wall Form Ties: Locate wall form ties in symmetrically level horizontal rows at each line of wales and in plumb vertical tiers. Space ties to maintain true, plumb surfaces. Provide one row of ties within 6 inches above each construction joint. Space through-ties adjacent to horizontal and vertical construction joints not over 18 inches on centers.

1. Tighten row of ties at bottom of form just before placing concrete and, if necessary, during placing of concrete to prevent seepage of concrete and to obtain a clean line. Ties to be entirely removed shall be loosened 24 hours after concrete is placed and shall be pulled from least important face when removed.

2. Coat surfaces of all metal that is to be removed with paraffin, cup grease or a suitable compound to facilitate removal.

H. Inserts, Sleeves, and Similar Items: Flashing reglets, steel strips, masonry ties, anchors, wood blocks, nailing strips, grounds, inserts, wire hangers, sleeves, drains, guard angles, forms for floor hinge boxes, inserts or bond blocks for elevator guide rails and supports, and other items specified as furnished under this and other sections of specifications and required to be in their final position at time concrete is placed shall be properly located, accurately positioned, and built into construction, and maintained securely in place.

1. Locate inserts or hanger wires for furred and suspended ceilings only in bottom of concrete joists, or similar concrete member of overhead concrete joist construction.

2. Install sleeves, inserts and similar items for mechanical services in accordance with drawings prepared specially for mechanical services. Contractor is responsible for accuracy and completeness of drawings and shall coordinate requirements for mechanical services and equipment.

3. Do not install sleeves in beams, joists or columns except where shown or permitted by the COTR. Install sleeves in beams, joists, or columns that are not shown, but are permitted by the COTR, and require no structural changes, at no additional cost to the Government.

4. Minimum clear distance of embedded items such as conduit and pipe is at least three diameter of conduit or pipe, except at stub-ups and other similar locations.

5. Provide recesses and blockouts in floor slabs for door closers and other hardware as necessary in accordance with manufacturer's instructions.

I. Construction Tolerances:

1. Set and maintain concrete formwork to assure erection of completed work within tolerances specified and to accommodate installation of other rough and finish materials. Accomplish remedial work necessary for correcting excessive tolerances. Erected work that exceeds specified tolerance limits shall be remedied or removed and replaced, at no additional cost to the Government.

2. Permissible surface irregularities for various classes of materials are defined as "finishes" in specification sections covering individual materials. They are to be distinguished from tolerances specified which are applicable to surface irregularities of structural elements.

3.2 PLACING REINFORCEMENT

A. General: Details of concrete reinforcement in accordance with ACI 318 and ACI 315, unless otherwise shown.

B. Placing: Place reinforcement conforming to CRSI MSP1, unless otherwise shown.

1. Place reinforcing bars accurately and tie securely at intersections and splices with 16-gauge black annealed wire. Secure reinforcing bars against displacement during the placing of concrete by spacers, chairs, or other similar supports. Portions of supports, spacers, and chairs in contact with formwork shall be made of plastic in areas that will be exposed when building is occupied. Type, number, and spacing of supports conform to ACI 315. Where concrete slabs are placed on ground, use concrete blocks or other non-corrodible material of proper height, for support of reinforcement. Use of brick or stone supports will not be permitted.

2. Lap welded wire fabric at least 1-1/2 meshes plus end extension of wires not less than 12 inches in structural slabs. Lap welded wire fabric at least 1/2 mesh plus end extension of wires not less than 6 inches in slabs on grade.

3. Splice column steel at no points other than at footings and floor levels unless otherwise shown.

C. Spacing: Minimum clear distances between parallel bars, except in columns and multiple layers of bars in beams shall be equal to nominal diameter of bars. Minimum clear spacing is 1 inch or 1-1/3 times maximum size of coarse aggregate.

D. Splicing: Splices of reinforcement made only as required or shown or specified. Accomplish splicing as follows:

1. Lap splices: Do not use lap splices for bars larger than #11. Minimum lengths of lap as shown.

2. Welded splices: Splicing by butt-welding of reinforcement permitted providing the weld develops in tension at least 125 percent of the yield strength (fy) for the bars. Welding conform to the requirements of AWS D1.4. Welded reinforcing steel conform to the chemical analysis requirements of AWS D1.4.

a. Submit test reports indicating the chemical analysis to establish weldability of reinforcing steel.

b. Submit a field quality control procedure to insure proper inspection, materials and welding procedure for welded splices.

c. Department of Veterans Affairs retained testing agency shall test a minimum of three splices, for compliance, locations selected by the COTR.

3. Mechanical Splices: Develop in tension and compression at least 125 percent of the yield strength (fy) of the bars. Stresses of transition splices between two reinforcing bar sizes based on area of smaller bar. Provide mechanical splices at locations indicated. Use approved exothermic, tapered threaded coupling, or swaged and threaded sleeve. Exposed threads and swaging in the field not permitted.

a. Initial qualification: In the presence of the COTR, make three test mechanical splices of each bar size proposed to be spliced. Department of Veterans Affairs retained testing laboratory will perform load test.

b. During installation: Furnish, at no additional cost to the Government, one companion (sister) splice for every 50 splices for load testing. Department of Veterans Affairs retained testing laboratory will perform the load test.

E. Bending: Bend bars cold, unless otherwise approved. Do not field bend bars partially embedded in concrete, except when approved by the COTR.

F. Cleaning: Metal reinforcement, at time concrete is placed, shall be free from loose flaky rust, mud, oil, or similar coatings that will reduce bond.

G. Future Bonding: Protect exposed reinforcement bars intended for bonding with future work by wrapping with felt and coating felt with a bituminous compound unless otherwise shown.

APP 324

3.3 VAPOR BARRIER

A. Except where membrane waterproofing is required, interior concrete slab on grade shall be placed on continuous vapor barrier installed between slab and grade, or slab and fill.

1. Vapor barrier joints lapped 6 inches and sealed with compatible waterproof pressure-sensitive tape.

2. Patch punctures and tears.

3.4 CONSTRUCTION JOINTS

A. Unless otherwise shown, location of construction joints to limit individual placement shall not exceed 80 feet in any horizontal direction, except slabs on grade which shall have construction joints shown. Allow 48 hours to elapse between pouring adjacent sections unless this requirement is waived by the COTR.

B. Locate construction joints in suspended floors near midpoint of spans for slabs, beams or girders, unless a beam intersects a girder at center, in which case joint in girder shall be offset a distance equal to twice width of beam. Provide keys and inclined dowels as shown. Provide longitudinal keys as shown.

C. Place concrete for columns slowly and in one operation between joints. Install joints in concrete columns at underside of deepest beam or girder framing into column.

D. Allow 2 hours to elapse after column is cast before concrete of supported beam, girder or slab is placed. Place girders, beams, grade beams, column capitals, brackets, and haunches at the same time as slab unless otherwise shown.

3.5 EXPANSION JOINTS

A. Clean expansion joint surfaces before installing premolded filler and placing adjacent concrete.

3.6 PLACING CONCRETE

A. Preparation:

1. Remove hardened concrete, wood chips, shavings and other debris from forms.

2. Remove hardened concrete and foreign materials from interior surfaces of mixing and conveying equipment.

3. Have forms and reinforcement inspected and approved by the COTR before depositing concrete.

4. Provide runways for wheeling equipment to convey concrete to point of deposit. Keep equipment on runways which are not supported by or bear on reinforcement. Provide similar runways for protection of vapor barrier on coarse fill.

C. Bonding: Before depositing new concrete on or against concrete which has been set,

thoroughly roughen and clean existing surfaces of laitance, foreign matter, and loose particles.

1. Preparing surface for applied topping:

   a. Remove laitance, mortar, oil, grease, paint, or other foreign material by sand blasting. Clean with vacuum type equipment to remove sand and other loose material.

   b. Broom clean and keep base slab wet for at least four hours before topping is applied.

   c. Use a thin coat of one part Portland cement, 1.5 parts fine sand, bonding admixture, and water at a 50:50 ratio and mix to achieve the consistency of thick paint. Apply to a damp base slab by scrubbing with a stiff fiber brush. New concrete shall be placed while the bonding grout is still tacky.

C. Conveying Concrete: Convey concrete from mixer to final place of deposit by a method which will prevent segregation. Method of conveying concrete subject to approval of the COTR.

D. Placing: For special requirements see Paragraphs, HOT WEATHER and COLD WEATHER.

1. Do not place concrete when weather conditions prevent proper placement and consolidation, or when concrete has attained its initial set, or has contained its water or cement content more than 1-1/2 hours.

2. Deposit concrete in forms as near as practicable in its final position. Prevent splashing of forms or reinforcement with concrete in advance of placing concrete.

3. Do not drop concrete freely more than 10 feet for concrete containing the high-range water-reducing admixture (superplasticizer) or 5 feet for conventional concrete. Where greater drops are required, use a tremie or flexible spout (canvas elephant trunk), attached to a suitable hopper.

4. Discharge contents of tremies or flexible spouts in horizontal layers not exceeding 20 inches in thickness, and space tremies such as to provide a minimum of lateral movement of concrete.

5. Continuously place concrete until an entire unit between construction joints is placed. Rate and method of placing concrete shall be such that no concrete between construction joints will be deposited upon or against partly set concrete, after it's initial set has taken place, or after 45 minutes of elapsed time during concrete placement.

6. On bottom of members with severe congestion of reinforcement, deposit 12-inch layer of flowing concrete containing the specified high-range water-reducing admixture (superplasticizer). Successive concrete lifts may be a continuation of this concrete or concrete with a conventional slump.

7. Concrete on metal deck:

   a. Concrete on metal deck shall be class and minimum thickness shown. Allow for

deflection of steel beams and metal deck under the weight of wet concrete in calculating concrete quantities for slab.

(1) The Contractor shall become familiar with deflection characteristics of structural frame to include proper amount of additional concrete due to beam/deck deflection.

E. Consolidation: Conform to ACI 309. Immediately after depositing, spade concrete next to forms, work around reinforcement and into angles of forms, tamp lightly by hand, and compact with mechanical vibrator applied directly into concrete at approximately 1-1/2 foot intervals. Mechanical vibrator shall be power driven, hand operated type with minimum frequency of 5,000 cycles per minute having an intensity sufficient to cause flow or settlement of concrete into place. Vibrate concrete to produce thorough compaction, complete embedment of reinforcement and concrete of uniform and maximum density without segregation of mix. Do not transport concrete in forms by vibration.

1. Use of form vibration shall be approved only when concrete sections are too thin or too inaccessible for use of internal vibration.

2. Carry on vibration continuously with placing of concrete. Do not insert vibrator into concrete that has begun to set.

3.7 HOT WEATHER

Follow the recommendations of ACI 305 or as specified to prevent problems in the manufacturing, placing, and curing of concrete that can adversely affect the properties and serviceability of the hardened concrete. When temperature is 75 degrees Fahrenheit and rising with a low humidity that is not rising, obtain approval by the COTR and clearance as to procedures of placing concrete. Maximum temperature of concrete when being placed is 100 degrees Fahrenheit. Cool water, cement, and aggregate to a temperature that will assure that placing temperature of concrete does not exceed 100 degrees Fahrenheit. Dampen forms, subgrade, and reinforcing steel and protect from sun and wind. Take special care in timing and execution of curing methods. Methods proposed for cooling materials and arrangements for protecting concrete shall be made in advance of concrete placement and approved by the COTR. Take protective measures as quickly as concrete hardening and finishing operation will allow.

3.8 COLD WEATHER

Follow the recommendations of ACI 306 or as specified to prevent freezing of thin sections (less than 12 inches) and to permit concrete to gain strength properly. Use only the specified non corrosive, non-chloride accelerator. Do not use calcium chloride, thiocyantes or admixtures containing more than 0.05 percent chloride ions. Non-corrosive accelerator permitted when temperature is below 40 degrees Fahrenheit and falling, obtain approval by the COTR and clearance as to procedures of placing concrete. Water and aggregate shall be heated, as required, to a temperature that will assure specified placing temperature of concrete is obtained.

Mixed concrete shall have a temperature between 50 and 70 degrees Fahrenheit and placed temperature not less than 55 degrees Fahrenheit. Provide suitable means for maintaining concrete at temperature of not less than 50 degrees Fahrenheit for a period of 72 hours after placing for normal concrete, and 48 hours for high-early-strength concrete or for as long a time as necessary to

assure proper rate of curing. Methods proposed for heating materials and arrangements for protecting concrete shall be made in advance of concrete placement and approved by the COTR.

3.9 PROTECTION AND CURING

A. Conform to ACI 308. Initial curing shall immediately follow the finishing operation. Protect exposed surfaces of concrete from premature drying, wash by rain and running water, wind, mechanical injury, and excessively hot or cold temperatures. Keep concrete not covered with membrane or other curing material continuously wet for at least 7 days after placing, except wet curing period for high-early-strength concrete shall be not less than 3 days. Keep wood forms continuously wet to prevent moisture loss until forms are removed. Cure exposed concrete surfaces as described below. Other curing methods may be used if approved by the COTR.

1. Liquid curing and sealing compounds: Apply by power-driven spray or roller in accordance with the manufacturer's instructions. Apply immediately after finishing. Maximum coverage 400 square feet per gallon on steel troweled surfaces and 300 square feet per gallon on floated or broomed surfaces for the curing/sealing compound.

2. Plastic sheets: Apply as soon as concrete has hardened sufficiently to prevent surface damage. Utilize widest practical width sheet and overlap adjacent sheets 2 inches. Tightly seal joints with tape.

3. Paper: Utilize widest practical width paper and overlap adjacent sheets 2 inches. Tightly seal joints with sand, wood planks, pressure-sensitive tape, mastic or glue.

3.10 REMOVAL OF FORMS

A. Remove in a manner to assure complete safety of structure after the following conditions have been met.

1. Where structure as a whole is supported on shores, forms for beams and girder sides, columns, and similar vertical structural members may be removed after 24 hours, provided concrete has hardened sufficiently to prevent surface damage and curing is continued without any lapse in time as specified for exposed surfaces.

2. Take particular care in removing forms of architectural exposed concrete to insure surfaces are not marred or gouged, and that corners and arises are true, sharp and unbroken.

B. Control Test: Use to determine if the concrete has attained sufficient strength and curing to permit removal of supporting forms. Cylinders required for control tests taken in accordance with ASTM C172, molded in accordance with ASTM C31, and tested in accordance with ASTM C39. Control cylinders cured and protected in the same manner as the structure they represent. Supporting forms or shoring not removed until strength of control test cylinders have attained at least 70 percent of minimum 28-day compressive strength specified. //For post-tensioned systems supporting forms and shoring not removed until stressing is completed.// Exercise care to assure that newly unsupported portions of structure are not subjected to heavy construction or material loading.

APP 328

C. Re-shoring: Re-shoring required if superimposed load plus dead load of floor construction exceeds the capacity of floor construction at time of loading. Re-shoring accomplished in accordance with ACI 347 at no additional cost to the Government.

3.11 CONCRETE SURFACE PREPARATION

A. Metal Removal: Unnecessary metal items cut back flush with face of concrete members.

B. Patching: Maintain curing and start patching as soon as forms are removed. Do not apply curing compounds to concrete surfaces requiring patching until patching is completed. Use cement mortar for patching of same composition as that used in concrete. Use white Portland cement for gray as necessary to obtain finish color matching surrounding concrete. Thoroughly clean areas to be patched. Cut out honeycombed or otherwise defective areas to solid concrete to a depth of not less than 1 inch. Cut edge perpendicular to surface of concrete. Saturate with water area to be patched, and at least 6 inches surrounding before placing patching mortar. Give area to be patched a brush coat of cement grout followed immediately by patching mortar. Cement grout composed of one part Portland cement, 1.5 parts fine sand, bonding admixture, and water at a 50:50 ratio, mix to achieve consistency of thick paint. Mix patching mortar approximately 1 hour before placing and remix occasionally during this period without addition of water. Compact mortar into place and screed slightly higher than surrounding surface. After initial shrinkage has occurred, finish to match color and texture of adjoining surfaces. Cure patches as specified for other concrete. Fill form tie holes which extend entirely through walls from unexposed face by means of a pressure gun or other suitable device to force mortar through wall. Wipe excess mortar off exposed face with a cloth.

C. Upon removal of forms, clean vertical concrete surface that is to receive bonded applied cementitious application with wire brushes or by sand blasting to remove unset material, laitance, and loose particles to expose aggregates to provide a clean, firm, granular surface for bond of applied finish.

3.12 CONCRETE FINISHES

A. Vertical and Overhead Surface Finishes:

1. Unfinished areas: Vertical and overhead concrete surfaces exposed in pipe basements, elevator and dumbwaiter shafts, pipe spaces, pipe trenches, above suspended ceilings, manholes, and other unfinished areas will not require additional finishing.

2. Interior and exterior exposed areas to be painted: Remove fins, burrs and similar projections on surfaces flush, and smooth by mechanical means approved by the COTR, and by rubbing lightly with a fine abrasive stone or hone. Use ample water during rubbing without working up a lather of mortar or changing texture of concrete.

3. Interior and exterior exposed areas finished: Give a grout finish of uniform color and smooth finish treated as follows:

a. After concrete has hardened and laitance, fins and burrs removed, scrub concrete with wire brushes. Clean stained concrete surfaces by use of a hone stone.

b. Grout mix composed of one part of Portland cement, 1.5 parts fine sand, bonding admixture, and water at a 50:50 ratio. Mix to achieve the consistency of thick paint. Work grout into surface of concrete with cork floats or fiber brushes until all pits, and honeycombs are filled.

c. After grout has hardened slightly, but while still plastic, scrape grout off with a sponge rubber float and, about one hour later, rub concrete vigorously with burlap to remove any excess grout remaining on surfaces.

d. In hot, dry weather use a fog spray to keep grout wet during setting period. Complete finish of area in same day. Make limits of finished areas at natural breaks in wall surface. Leave no grout on concrete surface overnight.

4. Textured: Finish as specified. Maximum quantity of patched area 2 square feet in each 1,000 square feet of textured surface.

B. Slab Finishes:

1. Monitoring and Adjustment: Provide continuous cycle of placement, measurement, evaluation and adjustment of procedures to produce slabs within specified tolerances. Monitor elevations of structural steel in key locations before and after concrete placement to establish typical deflection patterns for the structural steel. Determine elevations of cast-in-place slab soffits prior to removal of shores. Provide information to the COTR and floor consultant for evaluation and recommendations for subsequent placements.

2. Set perimeter forms to serve as screed using either optical or laser instruments. For slabs on grade, wet screeds may be used to establish initial grade during strikeoff, unless the COTR determines method is proving insufficient to meet required finish tolerances and directs use of rigid screed guides. Where wet screeds are allowed, they shall be placed using grade stakes set by optical or laser instruments. Use rigid screed guides, as opposed to wet screeds, to control strikeoff elevation for all types of elevated (non slab-on-grade) slabs. Divide bays into halves or thirds by hard screeds. Adjust as necessary where monitoring of previous placements indicates unshored structural steel deflections to other than a level profile.

3. Place slabs monolithically. Once slab placement commences, complete finishing operations within same day. Slope finished slab to floor drains where they occur, whether shown or not.

4. Use straightedges specifically made for screeding, such as hollow magnesium straightedges or power strikeoffs. Do not use pieces of dimensioned lumber.. Strike off and screed slab to a true surface at required elevations. Use optical or laser instruments to check concrete finished surface grade after strikeoff. Repeat strikeoff as necessary. Complete screeding before any excess moisture or bleeding water is present on surface. Do not sprinkle dry cement on the surface.

5. Immediately following screeding, and before any bleed water appears, use a 10-foot wide highway straightedge in a cutting and filling operation to achieve surface flatness. Do not use bull floats or darbys, except that darbying may be allowed for narrow slabs and restricted spaces.

APP 330

6. Wait until water sheen disappears and surface stiffens before proceeding further. Do not perform subsequent operations until concrete will sustain foot pressure with maximum of 1/4-inch indentation.

7. Scratch Finish: Finish base slab to receive a bonded applied cementitious application as indicated above, except that bull floats and darbys may be used. Thoroughly coarse wire broom within two hours after placing to roughen slab surface to insure a permanent bond between base slab and applied materials.

8. Float Finish: Slabs to receive a steel trowel finish, fill, mortar setting beds, or a built-up roof, and ramps, stair treads, platforms (interior and exterior), and equipment pads shall be floated to a smooth, dense uniform, sandy textured finish. During floating, while surface is still soft, check surface for flatness using a 10-foot highway straightedge. Correct high spots by cutting down and correct low spots by filling in with material of same composition as floor finish. Remove any surface projections and refloat to a uniform texture.

9. Steel Trowel Finish: Concrete surfaces to receive resilient floor covering or carpet, monolithic floor slabs to be exposed to view in finished work, future floor roof slabs, applied toppings, and other interior surfaces for which no other finish is indicated. Steel trowel immediately following floating. During final troweling, tilt steel trowel at a slight angle and exert heavy pressure to compact cement paste and form a dense, smooth surface. Finished surface shall be smooth, free of trowel marks, and uniform in texture and appearance.

10. Broom Finish: Finish exterior slabs, ramps, and stair treads with a bristle brush moistened with clear water after surfaces have been floated. Brush in a direction transverse to main traffic. Match texture approved by the COTR from sample panel.

11. Finished slab flatness (FF) and levelness (FL) values comply with the following minimum requirements:

a. Areas covered with carpeting, or not specified otherwise in b. below:

<u>Slab on grade</u>

Specified overall value..........FF 25/FL 20

Minimum local value..............FF 17/FL 15

<u>Level suspended slabs (shored until after testing) and topping slabs</u>

Specified overall value..........FF 25/FL 20

Minimum local value..............FF 17/FL 15

APP 331

Unshored suspended slabs

Specified overall value..........FF 25

Minimum local value..............FF 17

Level tolerance such that 80 percent of all points fall within a 3/4-inch envelope (+3/8-inch, -3/8-inch) from the design elevation.

b. Areas that will be exposed, receive thin-set tile or resilient flooring, or roof areas designed as future floors:

Slab on grade

Specified overall value..........FF 36/FL 20

Minimum local value..............FF 24/FL 15

Level suspended slabs (shored until after testing) and topping slabs

Specified overall value..........FF 30/FL 20

Minimum local value..............FF 24/FL 15

Unshored suspended slabs

Specified overall value..........FF 30

Minimum local value..............FF 24

Level tolerance such that 80 percent of all points fall within a 3/4-inch envelope (+3/8-inch, -3/8-inch) from the design elevation.

c. "Specified overall value" is based on the composite of all measured values in a placement derived in accordance with ASTM E1155.

12. Measurements

a. Department of Veterans Affairs retained testing laboratory will take measurements as directed by the COTR, to verify compliance with FF, FL, and other finish requirements. Measurements will occur within 72 hours after completion of concrete placement (weekends and holidays excluded). Make measurements before shores or forms are removed to insure the "as-built" levelness is accurately assessed. Profile data for above characteristics may be collected using a laser level or any Type II apparatus (ASTM E1155, "profileograph" or "dipstick"). Contractor's surveyor shall establish reference elevations to be used by Contractor retained testing laboratory.

b. Contractor not experienced in using FF and FL criteria is encouraged to retain the services of a floor consultant to assist with recommendations concerning

adjustments to slab thicknesses and procedures on measurements of the finish as it progresses in order to achieve the specific flatness and levelness numbers.

13. Acceptance/ Rejection:

a. If individual slab section measures less than either of specified minimum local Ff/Fl numbers, that section shall be rejected and remedial measures shall be required. Sectional boundaries may be set at construction and contraction (control) joints, and not smaller than one-half bay.

b. If composite value of entire slab installation, combination of all local results, measures less than either of specified overall Ff/Fl numbers, then whole slab shall be rejected and remedial measures shall be required.

14. Remedial Measures for Rejected Slabs: Correct rejected slab areas by grinding, planing, surface repair with underlayment compound or repair topping, retopping, or removal and replacement of entire rejected slab areas, as directed by The COTR, until a slab finish constructed within specified tolerances is accepted.

3.13 SURFACE TREATMENTS

A. Use on exposed concrete floors and concrete floors to receive carpeting //except those specified to receive non-slip finish//.

B. Liquid Floor Hardener and Dustproofer: Apply in accordance with manufacturer's directions just prior to completion of construction.

C. Non-Slip Finish: Except where safety nosing and tread coverings are shown, apply non-slip abrasive aggregate to treads and platforms of concrete steps and stairs, and to surfaces of exterior concrete ramps and platforms. Broadcast aggregate uniformly over concrete surface at rate of application of 7.5 percent per square foot of area. Trowel concrete surface to smooth dense finish. After curing, rub treated surface with abrasive brick and water to slightly expose abrasive aggregate.

3.14 APPLIED TOPPING

A. Separate concrete topping on floor base slab of thickness and strength shown. Topping mix shall have a maximum slump of 8 inches for concrete containing the high-range water-reducing admixture (superplasticizer) and 4 inches for conventional mix. Neatly bevel or slope at door openings applied finish on slab adjoining small spaces not receiving an applied finish.

B. Placing: Place continuously until entire section is complete, struck off with straightedge, leveled with a highway straightedge or highway bull float, floated and troweled by machine to a hard dense finish. Slope to floor drains as required. Do not start floating until free water has disappeared and no water sheen is visible. Allow drying of surface moisture naturally. Do not hasten by "dusting" with cement or sand.

3.15 RESURFACING FLOORS

Remove existing flooring areas to receive resurfacing to expose existing structural slab and extend not less than 1 inch below new finished floor level. Prepare exposed structural slab

surface by roughening, broom cleaning, and dampening. Apply specified bonding grout. Place topping while the bonding grout is still tacky.

3.16 RETAINING WALLS (Not used)

3.17 PRECAST CONCRETE ITEMS

Precast concrete items, not specified elsewhere. Cast using Type C (3000 psi) air-entrained concrete to shapes and dimensions shown. Finish to match corresponding adjacent concrete surfaces. Reinforce with steel for safe handling and erection.

- - - END OF SECTION - - -

APP 334

SECTION 07113
MODIFIED BITUMINOUS SHEET WATERPROOFING

PART 1 - GENERAL

1.1 DESCRIPTION

This section specifies modified bituminous sheet material used for exterior below grade waterproofing and split slab waterproofing.

1.2 MANUFACTURERS QUALIFICATIONS

A. Approval by Contracting Officer is required of products of service or proposed manufacturers, and installers and will be based upon submission by Contractor of certification that:

1. Manufacturer regularly and presently manufactures bituminous sheet waterproofing as one of his principal products.

2. Installer has technical qualifications, experience, trained personnel and facilities to install specified items. Approval will not be given where experience record is one of unsatisfactory performance.

3. Manufacturer's product submitted has been in satisfactory and efficient operation on three similar installations for at least three years. Submit list of installations, include name and location of project and name of owner.

1.3 SUBMITTALS

A. Submit in accordance with Section 01340, "SAMPLES AND SHOP DRAWINGS'.

B. Manufacturer's Literature and Data:

1. Bituminous sheet.

2. Primer.

3. Mastic.

4. Protection material, temporary and permanent.

5. Printed installation instructions for conditions specified.

C. Certificates:

1. Indicating bituminous sheet manufacturer's approval of primer, and mastic.

2. Indicating bituminous sheet waterproofing manufacturer's qualifications as specified.

3. Approval of installer by bituminous sheet manufacturers.

4. Watertest report.

APP 335

1.4 PRODUCT DELIVERY, STORAGE AND HANDLING

The Contractor shall deliver materials to job in manufacturer's original unopened container with brand name marked thereon. Unload and store so as to prevent injury to materials. Do not store material in areas where temperature is lower than 50 degrees F, or where prolonged temperature is above 90 degrees F.

1.5 ENVIRONMENTAL REQUIREMENTS

Ambient Surface and Material Temperature: Not less than 40 degrees F, during application of waterproofing.

1.6 GUARANTEE

Guarantee bituminous sheet waterproofing installation against moisture and leaks and subject to the terms of the "Guarantee" Article in Section, GENERAL CONDITIONS, except that guarantee period is two years.

1.7 APPLICABLE PUBLICATIONS

A. The publications listed below form a part of this specification to the extent referenced. The publications are referenced by basic designation only.

B. Federal Specifications (Fed. Spec.):

UU-B-790A............Building Paper, Vegetable Fiber: (Kraft, Waterproof, Water Repellent And Fire Resistant)

LLL-B-810B...........Building Board, (Hardboard) Hard Pressed, Vegetable Fiber

LLL-I-535B...........Insulation Board, Thermal Cellulosic Fiber

C. American Society For Testing and Materials (ASTM):

C578-87a.............Preformed Cellular Polystyrene Thermal Insulation

D224-89.............Smooth-Surfaced Asphalt Roll Roofing (Organic Felt)

PART 2 - PRODUCTS

2.1 BITUMINOUS SHEET

A. A cold applied waterproofing membrane composed primarily of modified bituminous material prefabricated in sheet form and designed to be used primarily for below grade exterior and split slab waterproofing. The sheet may be reinforced with fibers at the manufacturer's option.

B. Thickness of Bituminous Sheet: 60 mils, plus or minus five mils, and bonded to a four mil thick plastic sheet.

C. Provide the bituminous sheet with a release sheet to prevent bonding of the bituminous sheet itself. Remove release sheet prior to application.

APP 336

2.2 PRIMER AND MASTIC

As furnished by the manufacturer of the bituminous sheet and as required for the particular application in accordance with the manufacturer's instructions.

2.3 PROTECTION BOARD

A. A material manufactured for protection of below grade waterproofing and approved by the manufacturer of the waterproofing system used.

B. Polystyrene: ASTM C578, Type I or VIII, 1/2 inch minimum thickness.

C. Hardboard: Fed. Spec. LLL-B-810, Type I, 1/4-inch thick.

D. Waterproofed Building Paper: Fed. spec. UU-B-790.

E. Roll Roofing: ASTM D224, Type II, 55 pound.

2.4 PATCHING COMPOUND

A factory prepared, non-shrinking, fast setting, adhesive compound containing no ferrous metal or oxide.

PART 3 - EXECUTION

3.1 PREPARATION

A. Surface Condition: Before applying waterproofing materials, concrete and masonry surfaces shall be fully cured, smooth, clean, dry, and free from high spots, depressions, loose and foreign particles and other deterrents to adhesion. Fill all voids, joints and cracks with patching compound.

B. Concrete surfaces shall be cured a minimum of seven days and be free from release agents, concrete curing agents and other contaminates.

3.2 APPLICATION

A. Priming: Prime concrete and masonry surfaces. Application method, amount of primer and condition or primer before installation of bituminous sheet shall be as recommended by the manufacturer. Re-prime when required in accordance with the manufacturer's instructions.

B. Bituminous Sheet Installation: Lay bituminous sheet from the low point to the high point so that the laps shed water.

1. Treat expansion, construction and control joints and evident working cracks as expansion joints. Apply bituminous sheet in double thickness over the joint by first applying a strip of bituminous sheet not less than eight inches wide, centered over the joint. Lap all seams not less than two inches. Lay each succeeding sheet with laps, and roll or press into place. Repair misaligned or inadequately lapped seams in accordance with the manufacturer's instructions.

2. Seal all seams and terminations in accordance with the manufacturer's instructions.

C. Corner Treatment: All inside and outside corners shall be double covered using an initial strip not less than 11 inches wide, centered along the axis of the corner. Cover each strip completely by the regular application of bituminous sheet. Provide a fillet or cant on inside corners. Form cants using patching compound. Do not use wood, fiber, and insulating materials for cants.

D. Projection Treatment: Apply a double layer of bituminous sheet around pipes and similar projections at least six inches in all directions. At drains, apply a bead of mastic over a double layer of bituminous sheet under clamping rings.

3.3 PROTECTION

A. Protect the bituminous sheet before backfill or wearing courses are placed. Install protection material and hold in place in accordance with the instructions of the manufacturer of the waterproofing materials.

B. Permanent Protection:

1. Vertical Surfaces: Install hardboard, polystyrene or protection board for the protection of waterproofing. Extend protection full height from footing to top of backfill. If graded backfill is used, the protection may be roll roofing.

2. Horizontal Surfaces: Install roll roofing for protection under concrete wearing courses. Where no concrete wearing course occurs or when surfaces will bear heavy traffic and will not immediately be covered with a wearing course, the protection shall be same as specified for vertical surfaces.

C. Temporary Protection: When waterproofing materials are subjected to damage by sunlight and can not be immediately protected as specified, protect the waterproofing materials by fiberboard or waterproof building paper or suitable coating approved by the manufacturer of the waterproofing system used.

3.4 PATCHING

Repair tears, punctures, air blisters, and inadequately lapped seams, in accordance with the manufacturer's instructions before the protection course is applied.

3.5 TESTING

Before any protection or wearing course is applied, test all horizontal applications of waterproofing with a minimum of one-inch head of water above highest point and leave for 24 hours. Mark leaks and repair when the waterproofing is dry. Certify, to the COTR, that water tests have been made and that the areas tested were found to be watertight.

3.6 INSPECTION

No waterproofed surfaces shall be covered by other materials or backfill until the work is approved by the COTR.

--- END OF SECTION ---

APP 338

SECTION 15250
INSULATION

PART 1 - GENERAL

1.1 DESCRIPTION

A. Field applied insulation for thermal efficiency and condensation control for HVAC and plumbing piping, ductwork and equipment. Re-insulate steam, HVAC and plumbing piping, and ductwork systems after Asbestos abatement.

B. Definitions

1. ASJ: All service jacket, white finish facing or jacket.

2. Air conditioned space: Space directly supplied with heated or cooled air.

3. Cold: Equipment, ductwork or piping handling media at design temperature of 16 degrees C (60 degrees F) or below.

4. Concealed: Ductwork and piping above ceilings and in chases, interstitial space, and pipe spaces.

5. Exposed: Piping, ductwork, and equipment exposed to view in finished areas including mechanical and electrical equipment rooms. Attics and crawl spaces where air handling units are located are considered to be mechanical rooms. Shafts, chases, interstitial spaces, unfinished attics, crawl spaces and pipe basements are not considered finished areas.

6. FSK: Foil-scrim-kraft facing.

7. Hot: Ductwork handling air at design temperature above 16 degrees C (60 degrees F); equipment or piping handling media above 41 degrees C (105 degrees F).

8. Kcm: Density, kilograms per cubic meter (Pcf: Density, pounds per cubic foot).

9. Runout: Branch pipe connection up to one inch nominal size to a floor mounted fan coil unit.

10. Thermal conductance: Heat flow rate through materials.

a. Flat surface: Watt per square meter (BTU per hour per square foot).

b. Pipe or cylinder: Watt per square meter (BTU per hour per linear foot).

11. Thermal conductivity (k): Watt per meter, per degree C (BTU per inch thickness, per hour, per square foot, per degree Fahrenheit temperature difference).

1.2 RELATED WORK

Section 02710, 'DISTRIBUTION AND TRANSMISSION SYSTEMS (STEAM)

APP 339

1.3 QUALITY ASSURANCE

A. Criteria:

1. Comply with NFPA 90A, particularly paragraphs 2-1.3; 2-2; and 3-3.8, parts of which are quoted as follows:

   a. "2-1.3.1 Duct coverings, duct linings, vapor barrier facings, tapes, and core materials in panels used in duct system shall have a flame spread rating not over 25 without evidence of continued progressive combustion and a smoke developed rating not higher than 50. If coverings and linings are to be applied with adhesives, they shall be tested as applied with such adhesives, or the adhesives used shall have a flame spread rating not over 25 and a smoke developed rating no higher than 50 when in the final dry state."

   b. "2-1.3.6 Pipe insulation and coverings shall meet the requirements of 2-2.1.2(a) when installed in ducts, plenums, or concealed spaces used as part of the air distribution system."

   c. "2-2.1.2(a) All materials exposed to the air flow shall have smoke developed ratings not greater than 50 and be non-combustible or limited combustible."

   d. "3-3.8.1 Where ducts pass through walls, floors, or partitions required to have a fire resistance rating and fire dampers are not required, the opening in the construction around the duct shall not exceed 25 mm (one inch) average clearance on all sides and shall be filled solidly with an approved material capable of preventing the passage of flame and hot gases sufficient to ignite cotton waste when subjected to the same NFPA 251 time-temperature fire conditions required for fire barrier penetration." (Note: By NFPA 101, 6-2.3.4 and 6-3.6, this requirement applies to pipe penetrations of fire or smoke barriers also.)

2. Test methods: ASTM E84, UL 723, or NFPA 255.

3. Specified k factors are at 24 degrees C (75 degrees F) mean temperature unless stated otherwise. Where optional thermal insulation material is used, select thickness to provide thermal conductance no greater than that for the specified material. For pipe, use insulation manufacturer's published heat flow tables. For domestic hot water supply and return, run out insulation and condensation control insulation, no thickness adjustment need be made.

4. All materials shall be compatible and suitable for service temperature, and shall not contribute to corrosion or otherwise attack surface to which applied in either the wet or dry state.

5. Underwriters Laboratories, Inc., label or listing, or satisfactory certified test report from an approved testing laboratory will be required to show that surface burning characteristics for materials to be used do not exceed specified ratings.

B. Every package or standard container of insulation or accessories delivered to the job site for use must have a manufacturer's stamp or label giving the name of the manufacturer and description of the material.

APP 340