1.4 SUBMITTALS

A. Submit in accordance with Section 01340, SAMPLES AND SHOP DRAWINGS.

B. Manufacturer's Literature and Data:

1. Insulation materials: Each type used. State surface burning characteristics.

2. Insulation facings and jackets: Each type used. Make it clear that white finish will be furnished for exposed ductwork, casings and equipment.

3. Insulation accessory materials: Each type used.

4. Manufacturer's installation and fitting fabrication instructions for flexible unicellular insulation.

5. Make reference to applicable specification paragraph numbers for coordination.

C. Samples:

1. Each type of insulation: Minimum size 100 mm (four inches) square for board/block/ blanket; six inches long, full diameter for round types.

2. Each type of facing and jacket: Minimum size 100 mm (four inches square).

3. Each accessory material: Minimum 120 mL (four ounce) liquid container or 120 gram (four ounce) dry weight for adhesives/cement/mastic.

1.5 APPLICABLE PUBLICATIONS

A. The publications listed below form a part of this specification to the extent referenced. The publications are referenced in the text by basic designation only.

B. Federal Specifications (Fed. Spec.):

L-P-535E..........Plastic Sheet (Sheeting): Plastic Strip; Poly (Vinyl Chloride) and Poly (Vinyl Chloride - Vinyl Acetate)

HH-B-100B..........Barrier Material Vapor (For Pipe, Duct and Equipment Thermal Insulation)

HH-I-558C(3)..........Insulation, Blocks, Boards, Blankets, Felts, Sleeving (Pipe and Tube Covering), and Pipe Fitting Covering, Thermal (Mineral Fiber, Industrial Type)

C. Military Specifications (Mil. Spec.):

MIL-A-3316C..........Adhesives, Fire-Resistant, Thermal Insulation

MIL-A-24179A..........Adhesive, Flexible Unicellular-Plastic Thermal Insulation

MIL-C-19565C(1)....Coating Compounds, Thermal Insulation, Fire-and Water-Resistant, Vapor-Barrier

MIL-C-20079H..........Cloth, Glass; Tape, Textile Glass; and Thread, Glass and Wire-Reinforced Glass

D. American Society for Testing and Materials (ASTM):

A167-92..............Stainless and Heat-Resisting Chromium-Nickel Steel Plate, Sheet, and Strip

B209-92..............Aluminum and Aluminum-Alloy Sheet and Plate

C411-E1-82..........Hot-Surface Performance of High-Temperature Thermal Insulation

C449M-88..........Mineral Fiber Hydraulic-Setting Thermal Insulating and Finishing Cement

C533-85..............Calcium Silicate Block and Pipe Thermal Insulation

C534-88..............Performed Flexible Elastomeric Cellular Thermal Insulation in Sheet and Tubular Form

C552-91..............Cellular Glass Thermal Insulation

C585-90..............Inner and Outer Diameters of Rigid Thermal Insulation for Nominal Sizes of Pipe and Tubing (NPS System)

D1668-86............Glass Fabrics (Woven and Treated) for Roofing and Waterproofing

E84 REV A-91......Surface Burning Characteristics of Building Materials

E119-88..............Fire Tests of Building Construction and Materials

E136-82..............Behavior of Materials in a Vertical Tube Furnace at 750 Degrees C

E. National Fire Protection Association (NFPA):

NFPA 90A-89.......Installation of Air Conditioning and Ventilating Systems

NFPA 101-97........Life Safety Code

NFPA 255-90........Surface Burning Characteristics of Building Materials

F. Underwriters Laboratories, Inc (UL):

UL723-83.............Tests for Surface Burning Characteristics of Building Materials

PART 2 - PRODUCTS

2.1 INSULATION FACINGS AND JACKETS

A. Fed. Spec. HH-B-100 for Vapor Barrier Types I and II: The mold and mildew test requirement is waived.

1. Type I, low vapor transmission (0.02 perm rating), Beach puncture 50 units: Use for insulation facing on exposed ductwork, casings and equipment, and for pipe insulation jackets. Facings and jackets shall be white all service type (ASJ) suitable for painting without sizing.

2. Type II, medium vapor transmission, Beach puncture 25 units: Foil-Scrim-Kraft (FSK) type for concealed ductwork and equipment.

APP 342

3. Pre-sized Glass Cloth Jacket, Beach puncture 100 units: Not less than 240 grams per square meter (7.8 ounces per square yard), with integral vapor barrier where required; for use where specified and in lieu of Type I or Type II jacket at the Contractor's option.

4. Factory composite materials may be used provided that they have been tested and certified by the manufacturer, and witnessed by the VA to meet Beach puncture units specified above. Witnessing of the test may be waived by the Department of Veterans Affairs.

5. Fire and smoke treatment of jackets and facings shall be permanent. The use of water soluble treatments is not acceptable.

6. Pipe insulation jackets shall have a minimum 40 mm (1-1/2 inch) lap at longitudinal joints and not less than 80 mm (3-inch) butt strips at end joints. Facing on board, blanket and block insulation shall have 50 mm (2-inch) laps or a minimum 80 mm (3-inch) butt strips. Butt strip material shall be the same as the jacket or facing. Laps and butt strips may be self-sealing type with factory-applied pressure sensitive adhesive.

B. Metal Protective Jacket:

1. Sheet aluminum: ASTM B209, 3003 alloy, H-14 temper, 0.4 mm (0.016-inch) thick. Provide moisture barrier lining for service temperatures 16 degrees C (60 degrees F) or less except where applied over a Type I or II jacket. Longitudinal lap shall be at least 50 mm (two inches) wide. For service temperatures 16 degrees C (60 degrees F) or less, seal all jacket laps in accordance with Mil. Spec. MIL-C-19565, Type II Coating.

2. Fitting covers: Factory fabricated from not lighter than 0.5 mm (0.020-inch) thick type 3003 sheet aluminum.

3. Bands: 20 mm (3/4-inch) wide aluminum on maximum 450 mm (18-inch) centers.

4. Provide metal jackets over insulation as follows:

a. All piping and round or oval ducts exposed to outdoor weather.

b. Piping exposed in building, within 1500 mm (five feet) of the floor, that connects to sterilizers, kitchen, and laundry equipment. Jacket may be applied with pop rivets. Provide aluminum angle ring escutcheons at wall, ceiling or floor penetrations.

c. A 50 mm (two-inch) overlap is required at longitudinal and circumferential joints.

2.2 MINERAL FIBER INSULATION

A. Refer to paragraph 3.1 for items not to be insulated. Note that the burning characteristic requirements of Fed. Spec. HH-I-558 (25/50) comply with NFPA 90A.

B. Fed. Spec. HH-I-558, Form A (Board, Block), Class 1 or 2, k = 0.037 Watt per meter, per degree C (0.26), external insulation for temperatures up to 204 degrees C (400 degrees F).

1. Exposed, unlined ductwork and equipment in unfinished areas including mechanical and electrical equipment rooms, and attics containing air handling units:

a. 40 mm (1-1/2 inch) thick insulation faced with ASJ (white all service jacket): Supply air duct, unlined air handling units, and afterfilter housing.

APP 343

b. 25 mm (1 inch) thick insulation faced with ASJ: Return air duct, mixed air plenums and prefilter housing.

c. Outside air ducts: No insulation required.

2. Supply air duct in the warehouse and in the laundry: 25 mm (One-inch) thick insulation faced with ASJ.

3. Cold equipment: 40mm (1-1/2 inch) thick insulation faced with ASJ.

a. Chilled water pumps, water filter, chemical feeder pot or tank.

b. Pneumatic, cold water storage and surge tanks.

4. Hot equipment: 40mm (1-1/2 inch) thick insulation faced with ASJ. Insulate steam condensate pump receivers only if room is very small and would become exceptionally hot, or if it could represent a work hazard in areas of frequent maintenance.

a. Converters, air separators, steam condensate pump receivers.

b. Reheat coil casing and separation chamber on steam humidifiers located above ceilings.

c. Domestic water heaters and hot water storage tank.

d. Booster water heaters for dietetics dish and pot washers and for washdown grease-extracting hoods.

e. Laundry: Hot exhaust ducts from dryers and from ironers, where duct is exposed in the laundry.

C. Firestop Pipe and Duct Insulation:

1. Provide firestopping insulation, UL listed, at fire and smoke barriers through penetrations.

2. Among pipe and duct penetrations requiring firestop insulation are the following:

a. Floor (platform) of interstitial space (ducts and pipe).

b. Pipe risers through mechanical room floors.

c. Pipe or duct chase walls and floors.

d. Smoke partitions.

Fire partitions.

D. Fed. Spec. HH-I-558, Form B (Blanket, Flexible) Type I, Class 6 B-3, Density 16 kcm (1 pcf), k = 0.045 (0.31); Class 6 B-5, Density 32 kcm (2 pcf), K = 0.04 (0.27), for use at temperatures up to 177 degrees C (350 degrees F):

1. Concealed supply air ductwork.

a. Above ceilings at a roof level: 50mm (2-inch) thick insulation faced with FSK.

APP 344

b. Above ceilings for other than roof level: 40 mm (1-1/2 inch) thick insulation faced with FSK.

2. Concealed return air duct above ceilings at a roof level and in chases with external wall or containing steam piping: 40 mm (1-1/2 inch) thick, no jacket required. Concealed return air ductwork in other locations need not be insulated.

3. Return air duct in interstitial spaces: 40mm (1-1/2 inch) thick insulation faced with FSK.

4. Concealed outside air duct: 40mm (1-1/2 inch) thick insulation faced with FSK.

5. Exhaust air branch duct from autopsy refrigerator to main duct: 1-1/2 inch thick insulation faced with FSK.

E. Fed. Spec. HH-I-558C, Form D, Type III (Molded), Class 12, k = 0.037 (0.26). Pipe and tubing covering, standard thicknesses per ASTM C585 modified by industry standard, for temperatures up to 450 degrees F, in nominal thickness as tabulated for piping above ground:

| Nominal Pipe Size, Millimeters:<br>Nominal Pipe Size, Inches: | 25 mm<br>(1 inch) | Through<br>32 to 80 mm<br>(1-1/4 to-3) | 100 to 150<br>(4 to 6) | Over<br>150<br>(6) |
|---|---|---|---|---|
| 1. (251-350 F) (HPS,HPR, MPS,): | 50<br>(2.0) | 65<br>(2.5) | 90<br>(3.5) | 90<br>(3.5) |
| 2. 100-121 degrees C (210 -250 F (LPS, Vents for receivers and flash tanks.): | 25<br>(1.0) | 50<br>(2.0) | 50<br>(2.0) | 50<br>(2.0) |
| 3. 38-99 degrees C (100-211 F) (LPR, PC, HWH, HWHR, GH, GHR) | 25<br>(1.0) | 40<br>(1.5) | 50<br>(2.0) | 50<br>(2.0) |
| a. Runouts to fan coil units | 15<br>(0.5) | | | |
| 4. 4-16 degrees C (40-60 F) CH, CHR, GC, GCR) | 25<br>(1.0) | 40<br>(1.5) | 50<br>(2.0) | 65<br>(2.5) |
| a. Runouts to fan coil units | 20<br>(.75) | - | - | -<br>- |
| b. Ice water piping | 25<br>(1.0) | 40<br>(1.5) | 50<br>(2.0) | -<br>- |
| 5. 10 degrees C (50 F) and less (RS for DX refrigeration) | 25<br>(1.0) | 40<br>(1.5) | -<br>- | -<br>- |

APP 345

| | | Through | | Over |
|---|---|---|---|---|
| Nominal Pipe Size, Millimeters: | 25 mm | 32 to 80 mm | 100 to 150 | 150 |
| Nominal Pipe Size, Inches: | (1 inch) | (1-1/4 to-3) | (4 to 6) | (6) |
| 6. Domestic hot water supply and return | 15 (0.50) | 20 (0.75) | 25 (1.0) | 40 (1.5) |

7. Condensation control insulation: Minimum 20 mm (0.75-inches) thick for all pipe sizes.

   a. HVAC: Cooling coil condensation piping to waste piping fixture or inlet. Omit insulation on plastic piping in mechanical rooms.

   b. Plumbing piping as follows:

      (1) Body of roof drains and horizontal runs, and offsets (including elbows) of interior downspout piping in all areas above pipe basement.

      (2) Waste piping from electric water coolers to drainage system.

      (3) Waste piping located above basement floor from ice making and film developing equipment and air handling units, from fixture (including trap) to main vertical waste pipe.

      (4) Cold water piping.

8. Freeze protection of above grade outdoor piping (over heat tracing tape): 25 mm (One inch) thick insulation, with metal jacket, for all pipe sizes 80 mm (3-inches) and smaller, and 40mm (1-1/2 inch) thick insulation for larger pipe. Provide for cold water make-up to cooling towers and for condenser water piping and chilled water piping as described in Section 15705, HVAC PIPING SYSTEMS (Electrical Heating Tracing Systems).

F. Fed. Spec. HH-I-558, Form E, Class 16, k = 0.037 (0.26), Molded Pipe Fitting Covering, for temperatures up to 188 degrees C (370 degrees F):

   1. This factory made fitting insulation may be used at the Contractor's option. Refer to paragraph 3.2 for fitting options.

2.3 FLEXIBLE ELASTOMERIC CELLULAR THERMAL INSULATION

A. ASTM C534, k = 0.043 (0.30), flame spread not over 25, smoke developed not over 100, for temperatures from minus 4 degrees C (40 degrees F) to 93 degrees C (200 degrees F). No jacket required.

B. Pipe Insulation: May be used in lieu of Form D mineral fiber insulation as follows:

   1. Domestic hot water supply and return.

   2. Condensation control insulation.

   3. Copper tubing run outs not exceeding 3600 mm (12 feet) in length, to floor mounted fan coil units.

APP 346

C. Use Class S (Sheet), 20 mm (3/4-inch) thick for the following:

1. Chilled water pumps (in lieu of mineral fiber).

2. Bottom and sides of metal basins for winterized cooling towers (where basin water is heated).

2.4 CELLULAR GLASS INSULATION

A. ASTM C552, density 136 kcm (8.5 pcf) nominal, k = 0.055 (0.38).

B. With thickness increased to provide equal thermal efficiency, cellular glass may be used in lieu of Form D mineral fiber insulation for above ground piping.

1. 80mm (3 inches) thick for hot water piping.

2. 50mm (2 inches) thick for chilled water piping.

2.5 CALCIUM SILICATE INSULATION

A. ASTM C533, density 160 kcm (10 pcf) minimum, k = 0.058 (0.40) at 93 degrees C (200 degrees F)mean temperature, for temperatures up to 649 degrees C (1200 degrees F).

B. Engine Exhaust Insulation for Diesel Driven Fire Pump: Type II, Class D, 65 mm (2-1/2 inch) nominal thickness. Cover exhaust completely from engine through roof or wall construction, including muffler.

2.6 INSULATION ACCESSORY MATERIALS

A. Insulation inserts at pipe supports: Provide for all insulated piping. Install with metal insulation shields furnished with pipe supports.

1. Material: Pre-molded, high density mineral fiber blocks, minimum density 320 kcm (20 pcf), of same thickness as adjacent insulation.

| | | | | | |
|---|---|---|---|---|---|
| Nominal Pipe Size, Millimeters: | 125mm | 25-150mm | 150 | 50-150mm | 200,250,300mm |
| Nominal Pipe Size, Inches: | (5") | (1-6") | (6") | (2-6") | (8,10,12") |
| Nominal Pipe Size, Millimeters: | 80-230mm | 100-300mm | 350,400mm | 450-600mm | 100-350mm |
| Nominal Pipe Size, Inches: | (3-9") | (4-12") | (14, 16") | (18-24") | (4-14") |

2. Optional insert material: 82 degree C (180 degree) segment of calcium silicate, cellular glass, or mineral fiber (144 kcm (9 pcf) minimum density) insert.

B. Adhesive, Mastic, Cement:

1. Mil. Spec. MIL-A-3316, Class 1: Jacket and lap adhesive and protective finish coating for insulation.

2. Mil. Spec. MIL-A-3316, Class 2: Adhesive for laps and for adhering insulation to metal surfaces.

3. Mil. Spec. MIL-A-24179, Type II Class 1: Adhesive for installing flexible unicellular insulation and for laps and general use.

4. Mil. Spec. MIL-C-19565, Type I: Protective finish for outdoor use.

5. Mil. Spec. MIL-C-19565, Type I or Type II: Vapor barrier compound for indoor use.

6. ASTM C449: Mineral fiber hydraulic-setting thermal insulating and finishing cement.

7. Other: Insulation manufacturers' published recommendations.

C. Mechanical Fasteners:

1. Pins, anchors: Welded pins, or metal or nylon anchors with tin-coated or fiber washer, or clips. Pin diameter shall be as recommended by the insulation manufacturer.

2. Staples: Outward clinching monel or stainless steel.

3. Wire: 1.3 mm thick (18 gage) soft annealed galvanized, or 1.9 mm (14 gage) copper clad steel or nickel copper alloy.

4. Bands: 20 mm (3/4-inch) nominal width, brass, galvanized steel, aluminum or stainless steel.

D. Reinforcement and Finishes:

1. Glass fabric, open weave: ASTM D1668, Type III (resin treated) and Type I (asphalt treated).

2. Glass fiber fitting tape: Mil. Spec. MIL-C-20079, Type II, Class 1.

3. Tape for Flexible Unicellular Insulation: Scotch No. 472, Nashua PE-12, or approved equal recommended by the insulation manufacturer.

4. Hexagonal wire netting: 25 mm (One-inch) mesh, 0.85 mm thick (22 gage) galvanized steel.

5. Corner beads: 50 mm (2-inch) by 50 mm (2-inch), 0.55 mm thick (26 gage) galvanized steel; or, 25 mm (1-inch) by 25 mm (1-inch), 0.47 mm thick (28 gage) aluminum angle adhered to 50 mm (2-inch) by 50 mm (2-inch) Kraft paper.

6. PVC fitting cover (optional): Fed. Spec. L-P-535, Composition A, 11-86 Type II, Grade GU, with Form B Mineral Fiber insert, for media temperature 4 degrees C (40 degrees F) to 121 degrees C (250 degrees F). Below 4 degrees C (40 degrees F) and above 121 degrees C (250 degrees F) provide double layer insert. Provide color matching, vapor barrier, pressure sensitive tape.

PART 3 – EXECUTION

3.1 GENERAL INSULATION REQUIREMENTS

A. Required pressure tests of joints and connections shall be completed and the work approved by the COTR for application of insulation. Surface shall be clean and dry with all foreign materials, such as dirt, oil, loose scale and rust removed.

B. Except for specific exceptions, insulate entire specified equipment, piping, (pipe, fittings, valves, accessories) and duct systems. Insulate each pipe and duct individually. Do not use scrap pieces of insulation where a full length section will fit.

APP 348

C. Insulation materials shall be installed in a first class manner with smooth and even surfaces, with jackets and facings drawn tight and smoothly cemented down at all laps. Insulation shall be continuous through all sleeves and openings, except at fire dampers and duct heaters (NFPA 90A). Vapor barriers shall be continuous and uninterrupted throughout systems with operating temperature 16 degrees C (60 degrees F) and below. Lap and seal vapor barrier over ends and exposed edges of insulation. Anchors, supports and other metal projections through insulation on cold surfaces shall be insulated and vapor sealed for a minimum length of 150 mm (six inches).

D. Construct insulation on parts of equipment such as chilled water pumps and heads of chillers, converters and heat exchangers, that must be opened periodically for maintenance or repair, so insulation can be removed and replaced without damage. Install insulation with bolted 1 MM THICK (20 gage) galvanized steel or aluminum covers as complete units, or in sections, with all necessary supports, and split to coincide with flange/split of the equipment.

E. Insulation on hot piping and equipment shall be terminated square at items not to be insulated, access openings and nameplates. Cover all exposed raw insulation with white sealer or jacket material.

F. HVAC work not to be insulated:

1. Internally insulated ductwork and air handling units. Omit insulation on relief air ducts (Economizer cycle exhaust air).

2. Exhaust air ducts and plenums, and ventilation exhaust air shafts.

3. Equipment: Expansion tanks, flash tanks, hot water pumps, steam condensate pumps.//

4. In hot piping: Unions, flexible connectors, control valves, PRVs, safety valves and discharge vent piping, vacuum breakers, thermostatic vent valves, steam traps 20 mm (3/4 inch) and smaller, exposed piping through floor for convectors and radiators. Insulate piping to within approximately 80 mm (three inches) of uninsulated items.

G. Plumbing work not to be insulated:

1. Piping and valves of fire protection system.

2. Chromium plated brass piping.

3. Piping in contact with earth.

4. Piping in pipe basement to wall hydrants.

5. Small horizontal branches run in partitions to individual fixtures may be without covering when necessary, for maximum distance of 900 mm (three feet).

6. Distilled water piping.

H. Apply insulation materials subject to the manufacturer's recommended temperature limits. Apply adhesives, mastic and coatings at the manufacturer's recommended minimum coverage.

3.2 INSULATION INSTALLATION

A. Mineral Fiber Board:

APP 349

1. Faced board: Apply board on pins spaced not more than 300 mm (12 inches) on center each way, and not less than 80 mm (3 inches) from each edge of board. In addition to pins, apply insulation bonding adhesive to entire underside of horizontal metal surfaces. Butt insulation edges tightly and seal all joints with laps and butt strips. After applying speed clips, cut pins off flush and apply vapor seal patches over clips.

2. Plain board:

   a. Insulation shall be scored, beveled or mitered to provide tight joints and be secured to equipment with bands spaced 225 mm (nine inches) on center for irregular surfaces or with pins and clips on flat surfaces. Use corner beads to protect edges of insulation.

   b. For hot equipment: Stretch 25 mm (1-inch) mesh wire, with edges wire laced together, over insulation and finish with insulating and finishing cement applied in one coat, 6 mm (1/4-inch) thick, trowelled to a smooth finish.

   c. For cold equipment: Apply 3 m by 3 m (10 ft by 10 ft) mesh glass fabric in a tack coat 1.5 to 1.7 square meter per liter (60 to 70 square feet per gallon) of vapor barrier mastic and finish with mastic at 0.3 to 0.4 square meter per liter (12 to 15 square feet per gallon) over the entire fabric surface.

   d. Chilled water pumps: Insulate with removable and replaceable 1 mm thick (20 gage) aluminum or galvanized steel covers lined with insulation. Seal closure joints/flanges of covers with gasket material. Fill void space in enclosure with flexible mineral fiber insulation.

B. Flexible Mineral Fiber Blanket:

1. Adhere insulation to metal with 100 mm (4-inch) wide strips of insulation bonding adhesive at 200 mm (8 inches) on center all around duct. Additionally secure insulation to bottom of ducts exceeding 600 mm (24 inches) in width with pins welded or adhered on 450 mm (18-inch) centers. Secure washers on pins. Butt insulation edges and seal joints with laps and butt strips. Staples may be used to assist in securing insulation. Seal all vapor barrier penetrations with mastic. Sagging duct insulation will not be acceptable. Install firestop duct insulation where required.

2. Supply air ductwork to be insulated includes main and branch ducts from fan discharge to room supply outlets, and the bodies of ceiling outlets to prevent condensation. Insulate sound attenuator units, coil casings and damper frames. To prevent condensation insulate trapeze type supports and angle iron hangers for flat oval ducts that are in direct contact with metal duct.

C. Molded Mineral Fiber Pipe and Tubing Covering:

1. Fit insulation to pipe or duct, aligning longitudinal joints. Seal longitudinal joint laps and circumferential butt strips by rubbing hard with a nylon sealing tool to assure a positive seal. Staples may be used to assist in securing insulation. Seal all vapor barrier penetrations on cold piping with a generous application of vapor barrier mastic. Provide inserts and install with metal insulation shields at outside pipe supports. Install freeze protection insulation over heating cable.

2. Contractor's options for fitting, flange and valve insulation:

   a. Insulating and finishing cement for sizes less than 100 mm (4 inches) operating at surface temperature of 16 degrees C (61 degrees F) or more.

b. Factory premolded, one piece PVC covers with mineral fiber, (Form B), inserts. Provide two insert layers for pipe temperatures below 4 degrees C (40 degrees F), or above 121 degrees C (250 degrees F). Secure first layer of insulation with twine. Seal seam edges with vapor barrier mastic and secure with fitting tape.

c. Factory molded, Fed. Spec. HH-I-558, Form E or field mitered sections, joined with adhesive or wired in place. For hot piping finish with a smoothing coat of finishing cement. For cold fittings, 16 degrees C (60 degrees F) or less, vapor seal with a layer of glass fitting tape imbedded between two 2 mm (1/16-inch) coats of vapor barrier mastic.

d. Fitting tape shall extend over the adjacent pipe insulation and overlap on itself at least two inches.

D. Pipe and Duct Insulation at Penetrations of Fire or Smoke Barriers:

1. Wrap pipe or duct with firestop pipe insulation, seal jacket seam and seal end joints to adjacent sections of insulation.

2. Seal opening between insulation and pipe sleeve with firestopping material.

E. Flexible Elastomeric Cellular Thermal Insulation:

1. Apply insulation and fabricate fittings in accordance with the manufacturer's installation instructions.

2. Pipe and tubing insulation:

a. Use proper size material. Do not stretch or strain insulation.

b. To avoid undue compression of insulation, provide cork stoppers or wood inserts at supports as recommended by the insulation manufacturer.

c. Where possible, slip insulation over the pipe or tubing prior to connection, and seal the ~~butt joints with adhesive. Where the slip-on technique is not possible, slit the insulation~~ and apply it to the pipe sealing the seam and joints with contact adhesive. Optional tape sealing, as recommended by the manufacturer, may be employed. Make changes from mineral fiber insulation in a straight run of pipe, not at a fitting. Seal joint with tape.

3. Apply sheet insulation to flat or large curved surfaces with 100 percent adhesive coverage. For fittings and large pipe, adhere the seams only.

F. Cellular Glass Insulation (Underground):

1. Underground piping: Apply insulation with joints tightly butted. Seal longitudinal self-sealing lap. Use field fabricated or factory made fittings. Seal butt joints and fitting with jacketing as recommended by the insulation manufacturer. Use 100 mm (4-inch) wide strips to seal butt joints.

2. Provide expansion chambers for pipe loops, anchors and wall penetrations as recommended by the insulation manufacturer.

3. Underground insulation shall be inspected and approved by the COTR as follows:

   a. Insulation in place before coating.

   b. After coating.

4. Sand bed and backfill: Minimum three inches all around insulated pipe or tank, applied after coating has dried.

G. Weatherproofing Outdoor Insulation:

1. Piping, round and oval ducts: Protective metal jacket.

2. Plenums; casing, fans, rectangular ducts and equipment: Apply two coats of weatherproof coating, Mil. Spec. MIL-C-19565, each trowelled or sprayed in place to a wet thickness of 6 mm (1/4-inch), reinforced with open weave glass fabric. After the second layer of mastic has dried, coat and seal with a layer of asphalt aluminum sealer brushed in place.

3. Flexible elastomeric cellular insulation: Finish with two coats of weather resistant finish as recommended by the insulation manufacturer.

---END OF SECTION---

VA New York/New Jersey
VETERANS HEALTH CARE SYSTEM
130 West Kingsbridge Road ~ 10N3ACQ
Bronx, New York 10468

**ACCEPTANCE LETTER- CERTIFIED MAIL**

September 29, 1999 IN REPLY REFER TO: 10N3ACQ

Mr. Salvatore Sciascia, President
S & M Management Incorporated
P.O. Box 1429
Milford, PA 18337

Dear Mr. Sciascia:

Acceptance is hereby made of the Base Bid of your proposal dated September 17, 1999. The Bid was submitted in response to our Solicitation No. IFB 10N3-192-99 and was opened at the VA Medical Center, Bronx, N.Y. on September 20, 1999.

You will be required to furnish all labor, materials, tools, equipment, and supervision necessary for the completion of Project 620-98-127, Replace Lateral Steam Lines, at the Department of Veterans Affairs Medical Center, Castle Point, N.Y. Work includes but is not limited to the following: completely preparing the sites for building operations, excavating to expose approximately 2,150 lineal feet of existing underground steam vaults, removal of said vault covers, abatement of asbestos-containing insulation on existing steam supply lines, condensate return lines, and connections, the removal of existing steam supply and condensate return lines, connections, hangers, etc. In addition, the work includes the installation of two (2) new steam manholes, 2,150 lineal feet of new iron steam supply piping, 2,150 lineal feet of new copper condensate return line piping, new connections, hangers, insulation, the fabrication and installation of new steam vault covers as necessary, the provision of eight (8) new manhole covers, and the replacement of any paving, plant materials and other site amenities that were removed or damaged in the course of work on this project, as called for in the plans and specifications. This work is to be completed within two hundred seventy (270) calendar days after receiving the Notice to Proceed. The cost of the project is Five Hundred Ninety Eight Thousand Dollars and No Cents ($598,000.00).

Purchase Order 620-C97063 and Contract No. V10N3C-067 has been assigned to this project. Please reference the purchase order number, contract number, and project number, 620-98-127, on all correspondence and payments.

You are required to furnish a Performance Bond, (100% of the Bid Items accepted) in the penal sum of Five Hundred Ninety Eight Thousand Dollars and No Cents ($598,000.00) and a Payment Bond (50% or the Bid Items accepted) in the penal sum of Two Hundred Ninety Nine Thousand Dollars and No Cents ($299,000.00). The bond forms SF25 and SF25-A are enclosed, and in accordance with your accepted proposal, must be executed and returned within **ten (10) calendar days** after receipt of this request. You will be officially notified to proceed with the contract work after the bonds have been properly executed and approved.

In accordance with FAR Clause 52.228-5, Insurance Work on a Government Installation (JAN 1997), you must submit your insurance certificates before commencing work under this contract, e.g., Workmen's Compensation and Employer's Liability and Automobile Insurance Certificate.

Kindly acknowledge receipt of this letter and return it immediately to this office. Should you require additional assistance, please contact me at (718) 584-9000, x4313.

Sincerely yours,

Jean P. Ryan

JEAN P. RYAN
Contracting Officer

ACKNOWLEDGED AND ACCEPTED THIS DAY OF October 19, 1999.

BY: [signature] TITLE: President

Print Name: Salvatore Sciascia

VA New York/New Jersey
VETERANS HEALTH CARE SYSTEM
Network Acquisition Program (10N3ACQ)
130 West Kingsbridge Road
Bronx, New York 10468

# NOTICE TO PROCEED

November 9, 1999

**In Reply Refer To: 10N3ACQ**

Mr. Salvatore Sciascia, President
S&M Management Corporation
P.O. Box 1429
Milford, PA 18337

Dear Mr. Sciascia:

You are hereby notified to proceed with Project No. **620-98-127** to Replace Lateral Steam Lines at the VA Hudson Valley Health Care System, Route 9d, Castle Point, New York. You will be required to furnish all labor, materials, tools, equipment, and supervision to perform all work necessary to complete Contract No. **V10N3C-067**, in the amount of five hundred ninety eight thousand dollars ($598,000.00). Your Performance and Payment Bonds, signed by you and The Insurance Company of the State of Pennsylvania, have been approved.

It should be noted that the contract provides for completion of the work within two hundred seventy (270) calendar days from 2/14/2000. Your completion date has been established as **November 11, 2000.**

A copy of your Workmen's Compensation, Employer's Liability and Automobile Insurance Certificate is required per contract clause 52.228.5, Insurance – Work on a Government Installation (JAN 1997).

In accordance with clause 852.236-82, Payments Under Fixed-Price Construction Contracts (Without NAS) (JAN 1988), you must submit the following within Thirty (30) calendar days after receipt of Notice to Proceed: your schedule of costs for payment purposes, a list of all subcontractors (name, address and telephone number for each one), and a certification of the percentage of work to be accomplished by the prime contractor.

**NOTICE TO PROCEED**

Contract #V10N3C-067
Project #620-98-127

---

**All submittals must be approved prior to performance of this contract.** In order to permit proper consideration and approval, submittals must be sent for appropriate action to Chief, Engineering Service (138), VA Hudson Valley Health Care System, Route 9d, Castle Point, N. Y., 12511. A copy of the transmittal letter must be sent directly to the Contracting Officer (10N3ACQ) at the above address. Delays attributable to untimely and rejected submittals will not serve as a basis for extending contract time for completion.

Mr. Michael Shaughnessy, Engineering Service, has been designated as the Contracting Officer's Technical Representative (COTR). A copy of that delegation is enclosed for your records.

If you have any questions concerning the foregoing paragraphs, please call Jean P. Ryan at (718) 584-9000, ext. 4313.

Sincerely Yours,

Jean P. Ryan

JEAN P. RYAN
Contracting Officer

Enclosure

cc: Engineering Service (138)
Contract File (10N3ACQ)

This Notice to Proceed was received on 11/09/99, 1999

S&M Management Corporation
CONTRACTOR

By: [signature]

Print Name: SALVATORE SCIASCIA

Title: PRESIDENT

VA New York/New Jersey
VETERANS HEALTH CARE SYSTEM
Network Acquisition Program
130 West Kingsbridge Road
Bronx, New York 10468

December 5, 2001

**IN REPLY REFER TO: 00BSC**

Mr. Salvatore Sciascia, President
S & M Management Corporation
P.O. Box 1429
Milford, PA 18337

Dear Mr. Sciascia:

Reference is made to your Contract No. V10N3C-067, Project No. 620-98-127, Replace Lateral Steam Lines, at the VA Hudson Valley Healthcare System, Castle Point Campus, Castle Point N.Y.

A final inspection was held on the above referenced project on October 17, 2001 with the following in attendance:

Mr. Sal Scassia, S&M Management
Mr. Kenneth Palmer, Construction Representative
Mr. Joseph DiLossi, Chief Planning & Design/M&O
Mr. Leonard Mirabella, Pipefitter
Mr. Raymond Casazza, Pipefitter
Mr. Arnold Shavuo, Pipefitter

The completed construction was found to be in accordance with the contract drawings and specifications except for the items listed on the enclosed punchlist. All deficient work on the enclosed punchlist is to be corrected within thirty (30) calendar days after today's date. All work must be coordinated with Mr. Joseph DiLossi, Chief Planning & Design (914) 737-4400, ext. 2797. A detainment fee will be withheld from future progress payments to cover the cost of payrolls, daily logs and punchlist items. This percentage may be released as each item is completed and accepted by the COTR and a request for payment is received.

Please initial and date each item (COTR must do the same) on the punchlist as the work is completed, and return the original to the undersigned upon completion of all items. All items required by the technical specifications to be submitted before or upon completion of this project and the attached Release of Claims must accompany this punchlist.

you have any questions concerning the foregoing paragraphs, please do not hesitate to call me at (718) 741-4350.

Sincerely Yours,

SHARON F. PIERCE
Contracting Officer

cc: Eng. Svc. (138P)
Contract File (00BSC)

620-98-127 Castle Point Campus
Replace Lateral System Lines
P.O. #C97063
V[illegible]N3C-067

F[illegible]SH LIST

| LOCATION | ITEM DESCRIPTION | Contractor Ini. | VA Initial |
|---|---|---|---|
| General Items | Provide manuals for equipment installed | | |
| | Provide asbestos close-out documents | | |
| | Pay Resident of Quarters building 45 $340 for damaged goods in basement | | |
| | Provide daily logs | | |
| | ~~Provide payrolls~~ | | |
| | Provide as builts | | |
| | Clean storage area, Remove pipes, remove trailer, regrade and seed area | | |
| | Install outdoor jacketing over all insulation in pipe trench and manhole | | |
| | as per specs. | | |
| | | | |
| Bldg #44 Inside | Leaking Solder | | |
| | Clean debris - trash can with insulation | | |
| | Remove fittings - pipes on floor | | |
| | | | |
| Manhole outside | Repair Blacktop- scratched by machine | | |
| Bldg #44 - manhole | Paint steel in manhole - exposed. | | |
| 27A | Manhole #27 OK - check insulation | | |
| | | | |
| Bldg #9 | Steam pipe into Bldg 9 not supported for expansion, expanding | | |
| | wrong way (growing into building not to trench) - properly support pipe | | |
| | Missing insulation | | |
| | Repair cracked concrete above pipe | | |
| | | | |
| M[illegible]nhole 25B - | Remove block support for hangar/install proper support - Bldg 12 return | | |
| [illegible] B8-B9 | Paint steel | | |
| | Remove oversized insulation on return line/install proper insulation - Bldg 12 | | |
| | Install pipe guides to Bldg 9 | | |
| | Install pipe guides to Bldg 8 | | |
| | Clean debris out of manhole | | |
| | Install missing compensator - Bldg 9 return line | | |
| | | | |
| Bldg #8 | Install missing di-electric fitting - 1-1/2" | | |
| | Patch insulation-penetration | | |
| | | | |
| Manhole 25 | Install missing two compensators on lines to Bldg 8 - 9 | | |
| | Install missing valve inside vault | | |
| | | | |
| | | | |
| Manhole 23 | Unmarked manhole - "steam" Prpperly label manhole cover | | |
| Bldg #13 - Hill Side | Insulation - covering, etc | | |
| | | | |
| Bldg #13 - back | Fix grading around manhole area | | |
| Manhole 23A | Remove stones | | |
| | Install Missing Hangars on steam line | | |
| | Hangar not fastened | | |
| | Insulation cover oversized - Replace with proper insulation | | |
| | | | |
| | | | |
| Manhole 23B | Install missing hangars | | |
| | | | |
| Pump House by | Insulation falling off pipes - Replace/fasten insulation | | |
| [illegible]hole 18 | Paint steel | | |
| | | | |
| [illegible] | No "steam" on manhole - Properly label manhole | | |
| Manhole 19 | No corner bracing on line support return | | |
| | Paint steel supports | | |
| | Into Bldg 7 - supply insulation is oversized - Replace with proper insulation | | |
| | Re-hang support for pipes - 3/4" | | |
| | Install sleeves on pipes | | |
| | Install missing supports on supply/return | | |

APP 359

| | | | |
|---|---|---|---|
| Bldg #7 | Seal penetration | | |
| | Grading in field unacceptable - regrade | | |

6[illegible]8-127 Castle Point Campus
[illegible]ce Lateral System Lines
P.O. #C97063
V1ON3C-067

| | | | |
|---|---|---|---|
| Bldg #5 | Install missing 2 compensators into Bldg 5 | | |
| Manhole 18A | Insulation end pieces opened (no tape) | | |
| | ~~Flange is resting on concrete (return line) - unacceptable - properly support~~ | | |
| | Replace flange (bent) | | |
| | Paint steel | | |
| | | | |
| Manhole 18B | Paint steel | | |
| | Manhole is not in ground - re-install manhole | | |
| | Install missing vent in new manhole | | |
| | Properly label manhole cover | | |
| | Grading unacceptable - regrade | | |
| new one outside | Install missing compensators into Bldg 4 | | |
| | | | |
| Manhole 18C | No "steam" on cover - proeprly label manhole | | |
| | Install missing compensators to Bldg 3 | | |
| | Repair insulation on supply to Bldg 3 | | |
| | Properly install Insulation to next new manhole - oversized supply line | | |
| | Repair Steam leak on elbow or union | | |
| | Fix Return line from Bldg 3 does not have a di-electric | | |
| | Replace damaged compensator on supply to next new manhole | | |
| | | | |
| [illegible]anhole 18E - new | Manhole leaks - secure | | |
| [illegible]le by 1 - 2 | Install missing supports | | |
| | Manhole is not in ground - re-install manhole | | |
| | Install missing vent in new manhole | | |
| | Install compensators to quarters | | |
| | Repair Grading by new manhole | | |
| | | | |
| Bldg #1 | Install sleeve on piping | | |
| | Fix Pipe out of alignment in basement (install compensator) | | |
| | Grade area | | |
| | | | |
| | | | |
| Bldg #2 | Install missing di-electric on return line - 1-1/4" | | |
| | Mend tree between bldgs 2-3 | | |
| | Fix lawn between bldgs 2-3 | | |
| | | | |
| Bldg #3 | Install missing di-electric fitting on return | | |
| | | | |
| | | | |
| | | | |
| Bldg #46 - Daycare | Repair sink hole | | |
| | Grading is unacceptable - repair | | |
| | Mend tree between bldgs 45/46 | | |
| | | | |
| Bldg #5 | Install missing Di-electric | | |
| | Replace missing hedge | | |
| | | | |
| Bldg #4 | Install missing Di-electric | | |
| | Remove PVC Conduit near Bldg 2 | | |
| | Replace damaged hedge by 4B | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |