00496

# PROJECT 620-98-127
# REPLACE LATERAL STEAM LINES
# VA HUDSON VALLEY HEALTH CARE SYSTEM
# CASTLE POINT CAMPUS



## LIST OF DRAWINGS:

| | | |
|---|---|---|
| T-1 | 1 OF 11 | TITLE PLAN |
| S-1 | 2 OF 11 | SITE PLAN |
| S-2 | 3 OF 11 | PARTIAL SITE PLAN |
| S-3 | 4 OF 11 | PARTIAL SITE PLAN |
| A-1 | 5 OF 11 | ASBESTOS ABATEMENT |
| A-2 | 6 OF 11 | ASBESTOS ABATEMENT |
| A-3 | 7 OF 11 | ASBESTOS ABATEMENT |
| A-4 | 8 OF 11 | ASBESTOS ABATEMENT |
| D-1 | 9 OF 11 | DETAILS & NOTES |
| D-2 | 10 OF 11 | DETAILS & NOTES |
| D-3 | 11 OF 11 | DETAILS & NOTES |

NORTH

200 0 200 400 800
SCALE IN FEET

DRAWING TITLE: TITLE SHEET
APPROVED: DIVISION CHIEF
APPROVED: SERVICE DIRECTOR
PROJECT TITLE: REPLACE LATERAL STEAM LINES
BUILDING NO.
CKD BY
DWN BY: D.B.ROD
LOCATION: CASTLE POINT, N.Y. 12511
DATE: MAY 12, 1999
PROJECT NO. 620-98-127
DRAWING NUMBER: T-1
DWG 1 of 11
OFFICE OF FACILITIES
VA