


MANHOLE #27




MANHOLE #27A




MANHOLE #25




MANHOLE #25B




MANHOLE #23A




MANHOLE #23




PUMP PIT #1

MANHOLE #18




MANHOLE #19

NOTE: MANHOLE CONFIGURATIONS MAY NOT BE PRECISE, AND ARE INTENDED TO DEPICT THE GENERAL ARRANGEMENT OF PIPING, VALVES, CONNECTIONS, ETC.
ON-SITE INSPECTION OF EACH MANHOLE IS RECOMMENDED TO DETERMINE LOCATIONS & CONDITIONS OF STEAM SYSTEM ELEMENTS.

NOT TO SCALE

| DRAWING TITLE | PROJECT TITLE | DATE |
|---|---|---|
| DETAILS & NOTES | REPLACE LATERAL STEAM LINES | MAY 28, 1999 |
| | | PROJECT NO. 620-98-127 |
| APPROVED: DIVISION CHIEF | BUILDING NO. / CKD BY / DWN BY D.B.ROD | DRAWING NUMBER D-1 |
| APPROVED: SERVICE DIRECTOR | LOCATION CASTLE POINT, N.Y. 12511 | DWG 9 of 11 |

OFFICE OF FACILITIES

VA