Case 1:06-cv-00155-MMS Document 15-14 Filed 03/15/2007 Page 1 of 1




NOT TO SCALE







NOT TO SCALE

MANHOLE #18A

NOTE: NEW MANHOLES #18B & #18E WILL HAVE SIMILAR PIPING CONFIGURATIONS WITH THE FOLLOWING PIPE SIZES:

| FROM POINT | TO POINT | SUPPLY SIZE | RETURN SIZE |
|---|---|---|---|
| MH#18A | MH#18B | 3IN | 2-1/2IN |
| MH#18B | BLDQ4 | 2IN | 1-1/4IN |
| MH#18B | MH#18C | 3IN | 2-1/2IN |
| MH#18C | MH#18E | 2IN | 1-1/2IN |
| MH#18E | BLDQ2 | 2IN | 1-1/4IN |
| MH#18E | BLDQ1 | 2IN | 1-1/4IN |

MANHOLE #18C

MANHOLE #18D

NOTE: MANHOLE CONFIGURATIONS MAY NOT BE PRECISE, AND ARE INTENDED TO DEPICT THE GENERAL ARRANGEMENT OF PIPING, VALVES, CONNECTIONS, ETC.
ON-SITE INSPECTION OF EACH MANHOLE IS RECOMMENDED TO DETERMINE LOCATIONS & CONDITIONS OF STEAM SYSTEM ELEMENTS.




EXISTING DUCTS




TYPICAL SECTION OF DUCTS SHOWING PIPE ROLL CHAIRS




TYPICAL DETAIL OF PIPE ENTRANCE TO MANHOLES & BUILDINGS

EXISTING CONDITIONS




EXPANSION JOINTS IN DUCTS

SCALE: 1/2" = 1'-0"

| | | | | |
|---|---|---|---|---|
| DRAWING TITLE<br>DETAILS & NOTES | PROJECT TITLE<br>REPLACE LATERAL STEAM LINES | | | DATE<br>MAY 28, 1999<br>PROJECT NO.<br>620-98-127 |
| APPROVED: DIVISION CHIEF | BUILDING NO. | CKD BY | DWN BY<br>D.B.ROD | DRAWING NUMBER<br>D-2 |
| APPROVED: SERVICE DIRECTOR | LOCATION<br>CASTLE POINT, N.Y. 12511 | | | DWG 10 of 11 |

OFFICE OF FACILITIES

VA