# Exhibit A


2007 2 23

# Exhibit B


2007 2 23

# Exhibit C




MANHOLE 23 DEMOLITION PLAN

SCALE: 1/2" = 1'-0"

# Exhibit D


2007 2 23

# Exhibit E


2007 2 23

# Exhibit F


2007 2 23

# Exhibit G


2007 2 23

# Exhibit H




**This unique expansion joint design, incorporating an externally pressurized bellows, imparts upon the MetraGator a number of advantages over the traditional internally pressurized joint.**

- Large axial movements. External pressurization eliminates bellows squirm allowing longer movements of 4, 6 or 8 inch for single units, and 12 or 16 inch movements for dual units.
- Maintenance free. All welded construction, no packing!
- Integral liner. The bellows is not exposed directly to any abrasive impact of the flowing media. No erosion.
- Self cleaning bellows. With the media on the outside of the bellows there is no accumulation of sediment in the root of the convolutions.
- Cover / Housing. The heavy wall housing adds extra protection to the joint minimizing external damage.

# Exhibit I

