VA New York/New Jersey
**VETERANS HEALTH CARE SYSTEM**
**Network Acquisition Program (10N3ACQ)**
130 West Kingsbridge Road
Bronx, New York 10468

# Memorandum

## Department of Veterans Affairs

Date: November 9, 1999

From: Contracting Officer (10N3ACQ)

Subj: Delegation of Authority as Contracting Officer's Technical Representative **(COTR)**

To: Michael Shaughnessy (138)

RE: Contract No.: V10N3C-067

Contractor: S & M Management Incorporated

Project No./Solicitation No.: 620-98-127

1. Under the Authority contained in VAAR 801-602-70 you are hereby designated a Contracting Officer's Technical Representative in the administration of the above numbered contract.

2. Subject to the limitations stated elsewhere in this delegation of authority, you are authorized in connection with this contract to perform the duties of the Contracting Officer which are enumerated below:

   a. Monitoring the contractor's performance to assure compliance with technical requirements of the contract.

   b. Reviewing and approving progress reports, technical reports, drawings and other items required for approval.

   c. Assuring that changes in work under a contract are not implemented before written authorization or a contract modification is issued by the Contracting Officer.

   d. Recommending in writing to the Contracting Officer changes desired in the contract with justification for the proposed change.

e. Furnishing technical advice relative to Contracting Officer approvals of subcontracts, overtime, travel to general-purpose meetings, etc.

f. Making visits to work site to check contractor performance to include the following:

1. Actual performance versus scheduled and reported performance. Inform Contracting Officer of any adverse conditions noted.

2. Changes in technical performance with any affect in financial status, personnel or labor difficulties, overextension of facilities, etc.

3. Verifying that the number and types of employees charged to the contract are actually performing work under the contract.

g. At the completion of the contract, advice the Contracting Officer concerning the following:

1. All articles and services required to be furnished and/or performed under the contract have been technically accepted.

2. Recommend disposition of any Government furnished property in possession of the contractor.

3. Verify proper consumption and use of Government furnished property by the contractor.

3. This delegation **does not** authorize you to take any other actions, including but not limited to the following, all of which remain in the responsibility of the Contracting Officer.

a. Making changes to contract provisions. These include changes involving increase and decrease in contract price as well as no cost changes.

b. Requiring extras.

c. Extending completion time established in the contract.

d. Termination of the contract in whole or in part.

4. You may re-delegate the authority granted herein.

5. When the subject contract is completed, all records maintained by you shall be forwarded to the Contracting Officer for retention in the contract file. Unless otherwise specifically informed to the contrary by the Contracting Officer you are not authorized to have any contact with the contractor after the date of expiration of the contract, or after the final date for delivery, whichever is later, relative to performance under the contract. You are reminded that the Government cannot be bound by the unauthorized actions of its personnel, and the contractor may look to such persons for payment of any claims in connection with such actions.

6. Under no circumstances are you to assume that the contract has been extended or otherwise renewed unless you are informed to that effect by this office.

7. This designation shall remain in effect throughout the contract life unless sooner revoked in writing by the Contracting Officer or by your reassignment.

JEAN P. RYAN
Contract Specialist

11/9/99

Please acknowledge receipt of this Delegation as shown below:

## ACKNOWLEDGEMENT OF DELEGATION

**The undersigned hereby acknowledges receipt of two (2)-signed copies of the foregoing designation on__________________________.**
**One (1) copy is returned herewith.**

11/09/99

**(Signature)**

## CONTRACTOR'S ACKNOWLEDGEMENT OF DELEGATION

**The undersigned hereby acknowledges receipt of two (2)-signed copies of the foregoing designation on__________________________.**
**One (1) copy is returned herewith.**

**(Signature)**

SALVATORE SCIASCIA

**(Print Name)**