# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| S&M MANAGEMENT, INC., | * | |
| Plaintiff, | * | No. 06-155C |
| v. | * | Filed: May 15, 2007 |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

Defendant filed its motion for summary judgment on March 15, 2007. Plaintiff's response was due on April 16. Plaintiff has not filed its response. Plaintiff will either file its response by Friday May 18, 2007 or contact the court to explain its failure to do so. If we do not hear from plaintiff by May 18, 2007, we will issue and order to show cause why this case should not be dismissed for failure to prosecute.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge