# In the United States Court of Federal Claims

* * * * * * *

S&M MANAGEMENT, INC., *

Plaintiff, * No. 06-155C

v. * Filed: June 12, 2007

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER TO SHOW CAUSE**

Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. This order is based upon the following:

Defendant filed its motion for summary judgment on March 15, 2007. Plaintiff's response was due on April 16. We issued an order on May 15, 2007 directing plaintiff to file its response by Friday May 18, 2007, or contact the court to explain its failure to do so. We have not heard from plaintiff.

Plaintiff will show cause on or before June 21, 2007 why we should not dismiss this lawsuit for failure to prosecute. On default of said showing, the clerk will act in accordance with this order without further notice to the parties.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge