# In the United States Court of Federal Claims

**No. 06-155 C**

**S&M MANAGEMENT, INC.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order to Show Cause, filed June 12, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(b), that the complaint is dismissed for failure to prosecute.

Brian Bishop
Clerk of Court

July 18, 2007 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.