**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| S & M MANAGEMENT INCORPORATED | ) | |
| | ) | No. 06-155C |
| Plaintiff, | ) | (Judge Hodges) |
| | ) | |
| V. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA (DEPARTMENT OF VETERANS AFFAIRS) | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR RECONSIDERATION**

Plaintiff, S&M Management ("Plaintiff"), by its attorneys, McCullough, Goldberger & Staudt, LLP ("McCullough"), submits this instant motion for reconsideration in relation to the judgment of this Court, which was entered on July 18, 2007 (the "Judgment"), and which dismissed the Complaint for failure to prosecute. For the reasons set forth more fully in the Affidavit of Edmund C. Grainger, III, which is annexed hereto, Plaintiff respectfully requests that this Court vacate the Judgment and enter a judgment allowing S&M Management 60 days to oppose the defendant's motion for summary judgment.

Plaintiff's Complaint in this action was initially signed by Mark Giacopelli, who is an associate in the firm McCullough, Goldberger & Staudt, LLP. After the filing of the Complaint, this office was advised that Plaintiff must have an attorney of this office admitted to this Court. Thereafter, Edmund C. Grainger, III, who is an associate with the firm McCullough, Goldberger & Staudt, LLP, submitted the required materials and fees in order to gain admission to this Court.

Mr. Grainger has been the primary attorney handling this matter for Plaintiff. Mr. Grainger was the attorney that signed off by electronic means on the Joint Preliminary

Status Report. Mr. Grainger conducted all discovery on Plaintiff's behalf. Based upon Mr. Grainger's admission to this Court and his handling of this matter, it was this office's understanding that he was the attorney of record for Plaintiff.

The aforesaid Joint Preliminary Status Report set December 1, 2006 as the date when the defendant, The United States of America's ("Defendant") motion for summary judgment would be due. On three separate occasions, Defendant asked Plaintiff if it could adjourn this date. As a professional courtesy, Plaintiff consented to each of Defendant's requests for an adjournment.

It has come to our attention that Defendant filed a motion for partial summary judgment in this matter. Rule 5 of the Rules of the United States Court of Federal Claims ("RCFC") sets forth the ways in which one may serve and file pleadings, motions and other papers. Plaintiff was not served with the Defendant's motion pursuant to the methods set forth in Rule 5 of the RCFC.

Moreover, Mr. Grainger has had an ECF account prior to the commencement of this action, and it was this office's understanding that he would be notified via e-mail of any documents that were filed with ECF. Neither Mr. Grainger, Mr. Giacopelli, nor any other member of this firm received notification of the Defendant's motion for summary judgment, or any other activity which took place prior to the Judgment.

This office has recently been mailed a copy the Judgment, which dismissed the Complaint for failure to prosecute. Upon receipt, Mr. Giacopelli contacted the Clerk's office and was advised that Mr. Grainger was never substituted as the attorney of record, and that is why he has not received any e-mail notification of any activity in this

case. Mr. Giacopelli was further informed that no member of this firm received notice as to any activity which took place in this case.

The representative of the Clerk's office directed Mr. Giacopelli to file a motion for substitution of counsel in order to formally substitute Mr. Grainger as the attorney of record for Plaintiff. Plaintiff has filed such motion with the Court.

Defendant, which has been given numerous adjournments to make its motion for summary judgment would certainly not be prejudiced by this Court providing Plaintiff with time to oppose such motion, and to have this case decided on the merits.

Based upon the foregoing, Plaintiff respectfully requests that this Court vacate the Judgment and enter a judgment allowing S&M Management 60 days to oppose the defendant's motion for summary judgment.

Dated: White Plains, New York
July 27, 2007

McCULLOUGH, GOLDBERGER & STAUDT, LLP

By:______________________________
Edmund C. Grainger, III (EG-8019)
Attorneys for Plaintiff, S&M Construction
1311 Mamaroneck Avenue – Suite 340
White Plains, New York 10605
(914) 949-6400

McCULLOUGH, GOLDBERGER & STAUDT, LLP

By:______________________________
Mark P. Giacopelli
Attorneys for Plaintiff, S&M Construction
1311 Mamaroneck Avenue – Suite 340
White Plains, New York 10605
(914) 949-6400

CERTIFICATE OF SERVICE AND FILING

I hereby certify that on this 27th day of July, 2007, a copy of the foregoing "PLAINTIFF'S MOTION FOR RECONSIDERATION" and the attached "AFFIDAVIT OF EDMUND C. GRAINGER, III," with exhibits attached thereto, was filed electronically, and was served upon counsel for defendant, via regular mail at the following address:

Sean B. McNamara, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530

s/ Edmund C. Grainger, III