# In the United States Court of Federal Claims

* * * * * * *

S&M MANAGEMENT, INC., *

Plaintiff, * No. 06-155C

v. * Filed: August 2, 2007

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Plaintiff seeks reconsideration of this court's dismissing its complaint. We treat plaintiff's motion to reconsider as a Rule 60(b) motion for relief from judgment for excusable neglect. Plaintiff's motion is GRANTED.

The Clerk of Court will vacate the judgment of July 18, 2007. Plaintiff will file its opposition to the Government's motion to dismiss on or before October 1, 2007.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge