IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| S&M MANAGEMENT INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-155C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of seven days, to and including February 22, 2008, within which to file the contract provisions requested by the Court in its February 7, 2008 order. Pursuant to the Court's order, the contract provisions are due on February 15, 2008. This is defendant's first request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel, who has indicated that plaintiff does not oppose this request.

This enlargement of time is necessary because counsel for the Government has apparently misfiled the contract documents requested by the Court, and he cannot now locate them. Accordingly, counsel has requested a copy of the contract from the agency. Because counsel did not know the documents had been misfiled, counsel did not realize that he would need more time until yesterday. Counsel immediately contacted the agency to request a copy of the documents. An enlargement of time of seven days should provide sufficient time for the Government to obtain and file the relevant portions of the contract. We apologize to the Court and to the plaintiff for any inconvenience.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a seven-day enlargement of time within which to file the relevant contract provisions.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

February 15, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 15th day of February, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Sean B. McNamara