# In the United States Court of Federal Claims

No. 06-155 C
(Filed: February 19, 2008)

***********************************
S & M MANAGEMENT INCORPORATED, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On February 15, 2008, defendant in the above-captioned case filed an unopposed motion for an enlargement time, seeking an additional seven days in which to file the contract provisions the court requested in its February 7, 2008 order. Defendant's motion is **GRANTED**. Accordingly, defendant shall file those pages of the contract containing the provision(s) describing the authority and/or responsibilities of the contracting officer **no later than Friday, February 22, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge