IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| S&M MANAGEMENT INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-155C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SUPPLEMENTAL BRIEF

On February 7, 2008, this Court ordered defendant, the United States, to submit to the Court "those pages of the contract containing the provision(s) describing the authority and/or responsibilities of the contracting officer." We then requested an extension of time until February 22, 2008, to locate, review, and file the relevant provisions of the contract. We have now located and reviewed the contract, and we submit the attached pages of the contract as a supplemental appendix to our motion for summary judgment. A number of the pages in the supplemental appendix were previously filed in the appendix to our motion for summary judgment; we submit them again, with other potentially relevant sequential pages of the contract, for the sake of completeness. Of particular relevance are:

52.236-21 Specifications and Drawings for Construction (Feb. 1997). Supp. App. 21-22.

52.243-4 Changes (Aug. 1987). Supp. App. 23-24.

52.246-12 Inspection and Construction (Aug. 1996). Supp. App. 24-25.

852.236-71 Specifications and Drawings for Construction (April 1994). Supp. App. 31.

852.236-74 Inspection of Construction (April 1984). Supp. App. 32.

852.236-78 Government Supervision (April 1984). Supp. App. 33.

852.236-88 Contract Changes (June 1987). Supp. App. 39-41.

852.270-1 Representatives of Contracting Officers (Apr. 1984). Supp. App. 43.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

February 19, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of February, 2008, a copy of the foregoing "DEFENDANT'S SUPPLEMENTAL BRIEF AND SUPPLEMENTAL APPENDIX" were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Sean B. McNamara