# In the United States Court of Federal Claims

No. 06-155 C
(Filed: July 14, 2008)

```
***********************************
S & M MANAGEMENT                  *
INCORPORATED,                     *
                                  *
              Plaintiff,          *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
***********************************
```

## ORDER

On July 11, 2008, defendant in the above-captioned case filed an unopposed motion for an enlargement time, seeking an additional thirty-three days in which to file the joint status report that was due that day. Defendant indicates that the parties have begun settlement discussions, and require additional time to attempt to reach an agreement. The court is pleased that the parties are attempting to settle the remaining issues in this case. Accordingly, defendant's motion is **GRANTED**. The parties shall file their joint status report **no later than Wednesday, August 13, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge