# In the United States Court of Federal Claims

No. 06-155 C
(Filed: August 13, 2008)

```
***********************************
S & M MANAGEMENT                  *
INCORPORATED,                     *
                                  *
              Plaintiff,          *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
***********************************
```

## ORDER

On August 12, 2008, defendant in the above-captioned case filed an unopposed motion for an enlargement of time, seeking an additional thirty days in which to file the joint status report due on August 13, 2008. Defendant indicates that the parties are still engaged in settlement discussions, and require additional time to attempt to reach an agreement. Defendant's motion is **GRANTED**. The parties shall file their joint status report **no later than Friday, September 12, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge