# In the United States Court of Federal Claims

No. 06-155 C
(Filed: September 11, 2008)

| | |
|---|---|
| S & M MANAGEMENT INCORPORATED, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

On September 11, 2008, defendant in the above-captioned case filed an unopposed motion for an enlargement of time, seeking an additional twenty-eight days in which to file the joint status report due on September 12, 2008. Defendant indicates that the parties are still engaged in settlement discussions, and require additional time to attempt to reach an agreement. Defendant's motion is **GRANTED**. The parties shall file their joint status report **no later than Friday, October 10, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge